B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**LB Steel, LLC, a Delaware limited liability company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Concord Steel; DBA Topeka Metal Specialties** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**36-4487226** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15700 Lathrop Ave.**<br>**Harvey, IL**<br>ZIP Code **60426** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **LB Steel, LLC, a Delaware limited liability company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **LB Steel, LLC, a Delaware limited liability company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Daniel A. Zazove
Signature of Attorney for Debtor(s)

**Daniel A. Zazove ARDC No. 3104117**
Printed Name of Attorney for Debtor(s)

**Perkins Coie LLP**
Firm Name

**131 S Deaborn St, Suite 1700**
**Chicago, IL 60603**

_____
Address

**Email: DZazove@perkinscoie.com**
**312.324.8605  Fax: 312.324.9605**
Telephone Number

10/16/15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Michael Goich**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **LB Steel, LLC, a Delaware limited liability company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Daniel A. Zazove ARDC No. 3104117**
Printed Name of Attorney for Debtor(s)

**Perkins Coie LLP**
Firm Name

**131 S Deaborn St, Suite 1700**
**Chicago, IL 60603**

Address

Email: DZazove@perkinscoie.com
**312.324.8605  Fax: 312.324.9605**
Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

**Michael Goich**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**10-15-2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **LB Steel, LLC, a Delaware limited liability company**          Case No.
                                                    Debtor(s)           Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Walsh Construction** **Attn Timothy Gerken** **929 W Adams St.** **Chicago, IL 60607** | **Walsh Construction** **Attn Timothy Gerken** **929 W Adams St.** **Chicago, IL 60607** **312-492-0774** | **Judgment** | **Disputed Subject to Setoff** | **19,187,304.00** |
| **Evraz Claymont Steel** **Attn Jim Torongo** **200 E Randolph** **Chicago, IL 60601** | **Evraz Claymont Steel** **Attn Jim Torongo** **200 E Randolph** **Chicago, IL 60601** **312-533-3621** | **Trade debt** | | **1,530,552.96** |
| **ThyssenKrupp Materials NA** **Attn Ronald J. Vilag** **22355 W 11 Mile Rd** **Southfield, MI 48033** | **ThyssenKrupp Materials NA** **Attn Ronald J. Vilag** **22355 W 11 Mile Rd** **Southfield, MI 48033** **248-233-5821** | **Trade debt** | | **859,023.76** |
| **SSAB** **Attn Philip Caldwell** **801 Warrenville Rd** **Lisle, IL 60532** | **SSAB** **Attn Philip Caldwell** **801 Warrenville Rd** **Lisle, IL 60532** **630-810-4736** | **Trade debt** | | **714,199.85** |
| **Conway & Morowiec** **Attn Mercedes Gallardo** **20 S Clark St, Ste 1000** **Chicago, IL 60603** | **Conway & Morowiec** **Attn Mercedes Gallardo** **20 S. Clark St., Ste 1000** **Chicago, IL 60603** **312-658-1100** | **Legal** | | **427,345.95** |
| **Janco Steel** **Attn Terrie Demelo** **925 Arvin Ave** **Stoney Creek** **Ontario Canada L8E5N9** | **Janco Steel** **Attn Terrie Demelo** **925 Arvin Ave** **Ontario Canada L8E5N9** **800-263-1375 x2225** | **Trade debt** | | **315,523.88** |
| **Blue Cross Blue Shield of IL** **Attn Cindy Bierovic** **1020 W 31st St., Ste 600** **Downers Grove, IL 60515-5000** | **Blue Cross Blue Shield of IL** **Attn Cindy Bierovic** **1020 W 31st St., Ste 600** **Downers Grove, IL 60515-5000** **630-824-6038** | **Insurance** | | **175,430.68** |

B4 (Official Form 4) (12/07) - Cont.
In re  **LB Steel, LLC, a Delaware limited liability company**          Case No. _____
          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Kamm Insurance Group**<br>**Attn Jennifer Brooks**<br>**300 S Wacker Dr., Ste 1000**<br>**Chicago, IL 60606** | **Kamm Insurance Group**<br>**Attn Jennifer Brooks**<br>**300 S Wacker Dr., Ste 1000**<br>**Chicago, IL 60606**<br>**312-425-2373** | **Insurance** | | **166,656.00** |
| **Steel Canada Recycling Ltd.**<br>**Attn Shafiq Rajwany**<br>**355 Traders Blvd East**<br>**Mississauga**<br>**Ontario Canada L4Z2E5** | **Steel Canada Recycling Ltd.**<br>**Attn Shafiq Rajwany**<br>**355 Traders Blvd East**<br>**Ontario Canada L4Z2E5**<br>**905-890-0209** | **Trade debt** | | **142,373.51** |
| **Welding Industrial Supply**<br>**Attn Rick Roschek**<br>**2200 N Western Ave**<br>**Chicago, IL 60647** | **Welding Industrial Supply**<br>**Attn Rick Roschek**<br>**2200 N Western Ave**<br>**Chicago, IL 60647**<br>**773-384-7622** | **Trade debt** | | **128,206.90** |
| **Russel Metals**<br>**Attn Sam Ledonne**<br>**185 Barton Street East**<br>**Stoney Creek**<br>**Ontario Canada  L8E2K3** | **Russell Metals**<br>**Attn Sam Ledonne**<br>**185 Barton Street East**<br>**Ontario Canada  L8E2K3**<br>**905-662-6401** | **Trade debt** | | **88,981.76** |
| **U.S. Steel Div of USX Corp.**<br>**Attn Robert T. Lewis**<br>**600 Grant St, #450**<br>**Pittsburgh, PA 15219** | **U.S. Steel Div of USX Corp.**<br>**Attn Robert T. Lewis**<br>**600 Grant St, #450**<br>**Pittsburgh, PA 15219**<br>**412-433-4740** | **Trade debt** | | **82,871.79** |
| **Danico Construction Inc.**<br>**Attn Jim Sampagnaro**<br>**29724 Ashland Ave**<br>**Beecher, IL 60401** | **Danicao Construction Inc.**<br>**Attn Jim Sampagnaro**<br>**29724 Ashland Ave**<br>**Beecher, IL 60401**<br>**219-381-8493** | **Trade debt** | | **81,680.00** |
| **Nucor Steel - Hertford**<br>**Attn Amy Poston**<br>**1505 River Rd**<br>**Cofield, NC 27922** | **Nucor Steel - Hertford**<br>**Attn Amy Poston**<br>**1505 River Rd**<br>**Cofield, NC 27922**<br>**252-356-3759** | **Trade debt** | | **72,692.36** |
| **Norfolk Iron & Metal**<br>**Attn Jordan Buettner**<br>**3001 N Victory Rd**<br>**Norfolk, NE 68702** | **Norfolk Iron & Metal**<br>**Attn Jordan Buettner**<br>**3001 N Victory Rd**<br>**Norfolk, NE 68702**<br>**402-379-5474** | **Trade debt** | | **72,497.65** |
| **Joseph T. Ryerson & Son, Inc.**<br>**Attn Kevin Rush**<br>**1050 Warrenville Rd**<br>**Lisle, IL 60532** | **Joseph T. Ryerson & Son, Inc.**<br>**Attn Kevin Rush**<br>**1050 Warrenville Rd**<br>**Lisle, IL 60532**<br>**708-288-5283** | **Trade debt** | | **59,341.25** |

B4 (Official Form 4) (12/07) - Cont.

In re  **LB Steel, LLC, a Delaware limited liability company**   Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Olympic Steel**<br>**Attn Cathy Schey**<br>**1901 Mitchell Blvd**<br>**Schaumburg, IL 60193** | **Olympic Steel**<br>**Attn Cathy Schey**<br>**1901 Mitchell Blvd**<br>**Schaumburg, IL 60193**<br>**847-584-5017** | **Trade debt** | | 56,388.52 |
| **PSC Metals Inc.**<br>**Attn Steve Minnier**<br>**4250 E 68th St**<br>**Cleveland, OH 44105** | **PSC Metals Inc.**<br>**Attn Steve Minnier**<br>**4250 E 68th St**<br>**Cleveland, OH 44105**<br>**216-641-2216** | **Trade debt** | | 51,081.16 |
| **Alro Steel Corporation**<br>**Attn Randy Halsey**<br>**777 Industrial Dr.**<br>**University Park, IL 60466** | **Alro Steel Corporation**<br>**Attn Randy Halsey**<br>**777 Industrial Dr.**<br>**University Park, IL 60466**<br>**708-534-5400** | **Trade debt** | | 48,562.69 |
| **Praxair Distribution Inc Headquarters**<br>**39 Old Ridgebury Rd**<br>**Danbury, CT 06810** | **Joseph Muting**<br>**Praxair Distribution Inc Headquarters**<br>**39 Old Ridgebury Rd**<br>**Danbury, CT 06810**<br>**708-425-5155** | **Trade debt** | | 42,885.65 |

B4 (Official Form 4) (12/07) - Cont.

In re  **LB Steel, LLC, a Delaware limited liability company**          Case No. _____
                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **10-15-2015**          Signature  _____
                                         **Michael Goich**
                                         **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# LB STEEL, LLC

## WRITTEN CONSENT
## OF
## THE MANAGER

### As of October 14, 2015

The undersigned LB Industries, Inc., as the sole manager ("Manager") of LB Steel, LLC, a Delaware limited liability company (the "Company"), acting pursuant to §18-302(d) of the Delaware Limited Liability Company Act and the Amended and Restated Limited Liability Company Operating Agreement of the Company dated as of June 30, 2007 (the "Operating Agreement"), does hereby consent to and approve of the following actions, such consent to have the same force and effect as the vote of the sole manager of the Company at a meeting duly held, and direct that this written consent to such action be filed in the records of the Company.

**WHEREAS**, the Manager having considered (i) the liabilities and liquidity situation of the Company, (ii) the Company's negotiations and inability to reach a resolution with Walsh Construction and the potential actions and other creditors Walsh Construction may take against the Company and its assets as a result of the litigation, (iii) the strategic alternatives available to the Company, and (v) the impact of the foregoing on the Company's business; and

**WHEREAS**, the Manager believes it to be advisable and in the best interest of the Company, its creditors, members and other parties in interest for the Company to seek relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Company is hereby authorized and shall file for protection under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Case");

**RESOLVED FURTHER**, that (i) the engagement of the law firm of Perkins Coie LLP ("Perkins Coie") as counsel for the Company in connection with the Company's Bankruptcy Case is hereby adopted and approved and (ii) the previously approved engagement of Perkins Coie as the Company's legal counsel in connection with the potential restructuring of the Company and ancillary work thereto is hereby ratified, acknowledged and affirmed;

**RESOLVED FURTHER**, that Patrick O'Malley of Development Specialists, Inc. is hereby appointed as Chief Restructuring Officer for the Company in connection with its Chapter 11 filing, Bankruptcy Case, and for such ancillary matters pursuant thereto and such appointment is hereby adopted and approved;

**RESOLVED FURTHER**, that in his capacity as Chief Restructuring Officer, Mr. O'Malley shall: (i) be responsible for, and shall exercise oversight of, the general affairs of the Company with respect to its Bankruptcy Case; (ii) be responsible to see the company fulfills any duties and obligations of a debtor-in-possession under the Bankruptcy Code and Federal Rules of

57419-0002/127965032.3

- 2 -

Bankruptcy Procedure; (iii) have authority to sign such agreements, instruments, contracts and documents, make such filings, and take such other actions to fulfill his duties as set forth herein; (iv) communicate with the Company's stakeholders, including, vendors, customers, employees, lenders, creditor committees, court officials, attorneys and other service providers; (v) together with the Company's other officers and managers, propose and implement a restructuring plan, including making any operational changes deemed necessary; (vi) make employment-related decisions; (vii) monitor daily cash allocation and cash management processes; (viii) together with the Company's President, manage the marketing and auction process of the Company with both strategic and financial buyers; and (ix) assist in communications and/or negotiations with outside constituents including banks and their advisors.  All officers and employees of the Company shall report to the Chief Restructuring Officer in the performance of their duties.

**RESOLVED FURTHER**, that the Company, by its officers and employees, is authorized, empowered, and directed to certify and furnish such copies of these resolutions and such statements as to the incumbency of the Company's members, officers and/or directors, under seal if necessary, as may be requested, and any person receiving such certified copy is and shall be authorized to rely upon the contents thereof;

**RESOLVED FURTHER**, that this consent may be executed by facsimile, telecopy or other reproduction, and in counterpart, and such execution shall be considered valid, binding and effective for all purposes.

[*Signature page follows*]

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.

LB INDUSTRIES, INC.

By: _____
Robert J. Krems
Vice President, Treasurer and Assistant Secretary
