APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re )
)  Case No. 15-35358
LB Steel, LLC )
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

MB Financial Bank, N.A.

---

Barry A. Chatz  
Print Name on this Line

/s/ Barry A. Chatz  
Signature

ATTORNEY ID NUMBER    06196639

Arnstein & Lehr LLP  
Firm Name

FIRM ID NUMBER:

120 S. Riverside Plaza, Suite 1200  
Street Address

Chicago        Illinois        60606  
City           State          Zip

Telephone    312-876-7100

Trial Attorneys*

_____  Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____

TYPE OF DEFENSE COUNSEL:

CJA _____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____ D _____ TP _____