APPEARANCE

## United States Bankruptcy Court

For the    Northern    District of    Illinois

In re                                    )

    LB Steel, LLC                     )   Case No.  15-35358

                                )

                                )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

MB Financial Bank, N.A.

---

David A. Golin
Print Name on this Line

/s/  David A. Golin
Signature
ATTORNEY ID NUMBER          06180517

Arnstein & Lehr LLP
Firm Name

FIRM ID NUMBER:

120 S. Riverside Plaza, Suite 1200
Street Address

Chicago          Illinois          60606
City                State          Zip

Telephone        312-876-7100

Trial Attorneys*

Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:

TYPE OF DEFENSE COUNSEL:

CJA _____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____    D _____    TP _____