APPEARANCE

## United States Bankruptcy Court

For the  Northern  District of  Illinois

In re  )

LB Steel, LLC  ) Case No. 15-35358
)
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

MB Financial Bank, N.A.

| Kevin H. Morse | Arnstein & Lehr LLP |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ Kevin H. Morse | FIRM ID NUMBER: |
| Signature | 120 S. Riverside Plaza, Suite 1200 |
| ATTORNEY ID NUMBER  06297244 | Street Address |
| | Chicago    Illinois    60606 |
| | City    State    Zip |
| | Telephone  312-876-7100 |

Trial Attorneys*

Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:

TYPE OF DEFENSE COUNSEL:

CJA____ ,RETAINED____ ,SELF____ ,NONE OTHER____ ,PUB DEF____

FOR OFFICE USE ONLY:

Party Code: P_____  D_____  TP_____