APPEARANCE

## United States Bankruptcy Court
### EASTERN DIVISION

For the __Northern__ District of __Illinois__

In re __LB Steel, LLC,__ )
) Case No. 15-35358
Debtor. )
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

LB Steel, LLC

| | |
|---|---|
| David J. Gold | Perkins Coie LLP |
| Print Name on this Line | Firm Name |
| /s/ David J. Gold | FIRM ID NUMBER: |
| Signature | 131 S. Dearborn St., Suite 1700 |
| ATTORNEY ID NUMBER   6299872 | Street Address |
| | Chicago     IL     60603 |
| | City     State     Zip |
| | Telephone   312.324.8540 |

Trial Attorneys*

Daniel A. Zazove
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:   10/18/15