# United States Bankruptcy Court
## Northern District of Illinois

In re    **LB Steel, LLC, a Delaware limited liability company**    Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Goich & Goich LLC**<br>Attn Michael Z. Goich<br>15700 Lathrop Ave.<br>Harvey, IL 60426 | **Class A Member** | | **19% owner of capital securities** |
| **Goich Family Trust**<br>Attn Michael Z. Goich<br>12822 West Hadley Rd<br>Homer Glen, IL 60491 | **Class B Member** | | **5% owner of capital securities** |
| **LB Industries, Inc.**<br>Attn Robert J. Krems<br>8770 Railroad Dr<br>PO Box 15430<br>Covington, KY 41015 | **Class A Member** | | **76% owner of capital securities** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  10 - 15 - 2015                Signature _____
                                    **Michael Goich**
                                    **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders