UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Janet S. Baer

Hearing Date: October 19, 2015

Bankruptcy Case: 15 B 35358

Adversary No.:

Title of Case: LB Steel, LLC

Brief Statement of Motion: Application to Set Hearing on Emergency Motion (# 8 on dkt)

Names and Addresses of moving counsel:

Representing:

## ORDER

IT IS HEREBY ORDERED, that Debtor's Application to set hearing on an Emergency Motion for First Day Motions ( Dkt # 8 ) is GRANTED, Pursuant to GO 12-01, E. Debtor shall immediately notify all parties of the hearing on the Emergency Motion which will be held on Wednesday, October 21, 2015 at 3:00 p.m. before Judge Baer in courtroom 615.

JUDGE JANET S. BAER
UNITED STATES BANKRUPTCY COURT