**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LB STEEL, LLC, | ) | Case No. 15-35358 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

**NOTICE OF EMERGENCY HEARING ON FIRST DAY MOTIONS**

TO: Twenty Largest Unsecured Creditors; United States Trustee; attorneys for MB Financial Bank; other affected parties

YOU ARE HEREBY NOTIFIED that on October 18, 2015, the debtor and debtor-in-possession in the above-captioned Chapter 11 Case ("Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois.

YOU ARE HEREBY FURTHER NOTIFIED that an emergency hearing shall be held on the First Day Motions (defined below) on **October 21, 2015,** at **3:00 p.m.** before the Honorable Janet S. Baer, or any judge sitting in her stead, in Courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. Should you oppose the motions on the basis that emergency treatment is not appropriate, you should file or bring an objection setting forth such opposition.

YOU ARE HEREBY FURTHER NOTIFIED that on October 19, 2015, Debtor filed the following motions (the "First Day Motions"):

1. Debtor's Motion for Interim and Final Orders Authorizing Debtor to Use Cash Collateral and Other Collateral and Granting Lender Adequate Protection Pursuant to Sections 361 and 363 of the Bankruptcy Code and to Schedule a Final Hearing;

2. Debtor's Motion for Authority to (a) Pay Prepetition Employee Obligations, (b) Continue Administration of Employee Benefit Plans, and (c) Direct All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations;

3. Debtor's Motion for Entry of Order Authorizing Debtor to Pay Prepetition Sales, Use and Other Tax Obligations; and

4. Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 345 and 363 (a) Authorizing Continued Use and Maintenance of Existing Bank Accounts, and Business Forms, and (b) Waiving Investment and Deposit Requirements.

Copies of these First Day Motions and a copy of Debtor's Chapter 11 Petition are included with this notice. Additional case information can be obtained from the case docket using a PACER account login and password by visiting http://www.ilnb.uscourts.gov.

Dated:  October 19, 2015

Respectfully submitted,

**LB STEEL, LLC**,

By: /s/ *Daniel A. Zazove*
    PERKINS COIE LLP
    Daniel A. Zazove
    David J. Gold
    131 S. Dearborn Street, Suite 1700
    Chicago, Illinois 60603-5559
    dzazove@perkinscoie.com
    dgold@perkinscoie.com
    Telephone:  (312) 324-8400
    Facsimile:  (312) 324-9400

*Proposed Attorneys for the Debtor*

57419-0019/128240501.2