**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LB STEEL, LLC, | ) | Case No. 15-35358 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

**DECLARATION OF SERVICE**

I, Nancy Saldinger, a non-attorney and not a party to this case, state that on October 19, 2015, I caused a copy of:

1. Debtor's Chapter 11 Petition [Docket No. 1];

2. Debtor's Motion for Interim and Final Orders Authorizing Debtor to Use Cash Collateral and Other Collateral and Granting Lender Adequate Protection Pursuant to Sections 361 and 363 of the Bankruptcy Code and to Schedule a Final Hearing [Docket No. 10];

3. Debtor's Motion for Authority to (a) Pay Prepetition Employee Obligations, (b) Continue Administration of Employee Benefit Plans, and (c) Direct All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations [Docket No. 11];

4. Debtor's Motion for Entry of Order Authorizing Debtor to Pay Prepetition Sales, Use and Other Tax Obligations [Docket No. 12];

5. Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 345 and 363 (a) Authorizing Continued Use and Maintenance of Existing Bank Accounts, and Business Forms, and (b) Waiving Investment and Deposit Requirements [Docket No. 13];

6. Notice of Emergency Hearing on First Day Motions [Docket No. 14]; and

7. Declaration of Michael Goich in Support of Debtor's Chapter 11 Petition and First Motions [Docket No. 15],

to be served on the parties indicated on the attached Master Service List, in the manner so indicated thereon, before close of business.

I declare, under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Dated: October 19, 2015

_____
Nancy Saldinger, paralegal
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559

## LB STEEL, LLC - MASTER SERVICE LIST

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| Office of the U.S. Trustee<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | U.S. Trustee | USTPRegion11.es.ecf@usdoj.gov | Messenger and Email |
| Barry Chatz<br>David Golin<br>Kevin Morse<br>Arnstein & Lehr LLP<br>120 S Riverside Plaza, Ste 1200<br>Chicago, IL 60606 | Attorneys for MB Financial Bank | Bachatz@arnstein.com<br>Dagolin@arnstein.com<br>Khmorse@arnstein.com | ECF and Email |
| Walsh Construction<br>Attn Timothy Gerken<br>929 W Adams St.<br>Chicago, IL 60607 | Top 20 Creditor | Tgerken@walshgroup.com | Messenger and Email |
| Evraz Claymont Steel<br>Attn Jim Torongo<br>200 E Randolph<br>Chicago, IL 60601 | Top 20 Creditor | Jim.Torongo@evrazna.com | Messenger and Email |
| ThyssenKrupp Materials NA<br>Attn Ronald J. Vilag<br>22355 W 11 Mile Rd<br>Southfield, MI 48033 | Top 20 Creditor | Ronald.Vilag@thyssenkrupp.com | FedEx and Email |
| SSAB<br>Attn Philip Caldwell<br>801 Warrenville Rd<br>Lisle, IL 60532 | Top 20 Creditor | 630-810-4608<br>Philip.Caldwell@ssab.com | Fax and Email |
| Conway & Morowiec<br>Attn Mercedes Gallardo<br>20 S Clark St, Ste 1000<br>Chicago, IL 60603 | Top 20 Creditor | 312-658-1021<br>Mgallardo@cmcontractors.com | Messenger and Email |
| Janco Steel<br>Attn Terrie Demelo<br>925 Arvin Ave<br>Stoney Creek<br>Ontario Canada L8E5N9 | Top 20 Creditor | 905-643-3585<br>Tdemelo@jancosteel.com | Fax and Email |
| Blue Cross Blue Shield of IL<br>Attn Cindy Bierovic<br>1020 W 31st St., Ste 600<br>Downers Grove, IL 60515-5000 | Top 20 Creditor | 312-938-4624<br>Bierovic@bcbsil.com | Fax and Email |

57419-0019/128244662.2

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| Kamm Insurance Group<br>Attn Jennifer Brooks<br>300 S Wacker Dr., Ste 1000<br>Chicago, IL 60606 | Top 20 Creditor | 312-256-8413<br>Jbrooks@kammgroup.com | Messenger and Email |
| Steel Canada Recycling Ltd.<br>Attn Shafiq Rajwany<br>355 Traders Blvd East<br>Mississauga<br>Ontario Canada L4Z2E5 | Top 20 Creditor | 905-890-5391<br>Shafiq@steelcanada.com | Fax and Email |
| Welding Industrial Supply<br>Attn Rick Roschek<br>2200 N Western Ave<br>Chicago, IL 60647 | Top 20 Creditor | 773-384-7273<br>Rroschek@wiscoonline.com | Messenger and Email |
| Russel Metals<br>Attn Sam Ledonne<br>185 Barton Street East<br>Stoney Creek<br>Ontario Canada  L8E2K3 | Top 20 Creditor | 905-662-8201<br>Sledonne@russelmetals.com | Fax and Email |
| U.S. Steel Div of USX Corp.<br>Attn Robert T. Lewis<br>600 Grant St, #450<br>Pittsburgh, PA 15219 | Top 20 Creditor | Rlewis@USS.com | FedEx and Email |
| Danico Construction Inc.<br>Attn Jim Sampagnaro<br>29724 Ashland Ave<br>Beecher, IL 60401 | Top 20 Creditor | Danicoinc@sbcglobal.net | FedEx and Email |
| Nucor Steel - Hertford<br>Attn Amy Poston<br>1505 River Rd<br>Cofield, NC 27922 | Top 20 Creditor | Amy.poston@nucor.com | FedEx and Email |
| Norfolk Iron & Metal<br>Attn Jordan Buettner<br>3001 N Victory Rd<br>Norfolk, NE 68702 | Top 20 Creditor | Jbuettner@norfolkiron.com | FedEx and Email |
| Joseph T. Ryerson & Son, Inc.<br>Attn Kevin Rush<br>1050 Warrenville Rd<br>Lisle, IL 60532 | Top 20 Creditor | 708-478-0154<br>Kevin.rush@ryerson.com | Fax and Email |
| Olympic Steel<br>Attn Cathy Schey<br>1901 Mitchell Blvd<br>Schaumburg, IL 60193 | Top 20 Creditor | Cschey@olysteel.com | FedEx and Email |

57419-0019/128244662.2

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| PSC Metals Inc.<br>Attn Steve Minnier<br>4250 E 68th St<br>Cleveland, OH 44105 | Top 20 Creditor | 216-641-2219<br>Sminnier@pscmetals.com | Fax and Email |
| Alro Steel Corporation<br>Attn Randy Halsey<br>777 Industrial Dr.<br>University Park, IL 60466 | Top 20 Creditor | 708-534-5563<br>Rhalsey@alro.com | Fax and Email |
| Praxair Distribution Inc.<br>Headquarters<br>39 Old Ridgebury Rd.<br>Danbury, CT 06810 | Top 20 Creditor | 708-425-9602<br>Joseph_a_muting@praxair.com | Fax and Email |

## Taxing Authorities Service List

| | | | |
|---|---|---|---|
| Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Via Express Mail | Illinois Department of Revenue<br>Sale/Use/Occupation Tax<br>101 W. Jefferson St.<br>Springfield, IL 62702 | Via FedEx |
| Illinois Dept of Employment Security<br>Benefit Payment Control Div.<br>PO Box 4385<br>Chicago, IL 60680 | Via Express Mail | Internal Revenue Service<br>Centralized Insolvency<br>Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Via Express Mail |
| Kansas Department of Labor<br>Dept. of Employment Security<br>401 SW Topeka Blvd.<br>Topeka, KS 66603 | Via FedEx | Kansas Department of Revenue<br>Sale and Use Tax<br>915 SW Harrison, 1st Fl.<br>Topeka, KS 66612-1588 | Via FedEx |
| OH Dept of Administrative Svcs<br>Dept of Employment Security<br>4200 Surface Rd.<br>Columbus, OH 43228 | Via FedEx | Ohio Department of Taxation<br>Sales/Use/Commercial<br>4485 Northland Ridge Blvd.<br>Columbus, OH 43229 | Via FedEx |
| Trumbull County Auditor<br>Real Estate Tax Div.<br>160 High St., NW<br>Warren, OH 44481 | Via FedEx | Texas Comptroller of Public<br>Accounts<br>Franchise Tax Dept.<br>111 E. 17th St.<br>Austin, TX 78774 | Via FedEx |
| PA Department of Revenue<br>1 Revenue Place<br>Harrisburg, PA 17129 | Via FedEx | | |

- 3 -

57419-0019/128244662.2

## Unions Service List

| | | | |
|---|---|---|---|
| S-M-A-R-T Workers Union Loc #2<br>Attn Gregory Chastain<br>2902 Blue Ridge Blvd.<br>Kansas City, MO 64129 | Via FedEx | Shopmen's Local Union 473<br>Int'l Ass'n Bridge Iron Workers<br>1819 Beach Street<br>Broadview, IL 60155 | Via FedEx |
| United Steel Workers<br>950 Youngstown Warren Rd.<br>Suite A<br>Niles, OH 44446 | Via FedEx | | |

57419-0019/128244662.2