APPEARANCE

# United States Bankruptcy Court

For the __Northern__ District of __Illinois__
EASTERN DIVISION

In re )
  LB Steel, LLC )
) Case No. 15-35358
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

LB Industries, Inc.

| | |
|---|---|
| David A. Agay | McDonald Hopkins LLC |
| Print Name on this Line | Firm Name |
| /s/ David A. Agay | FIRM ID NUMBER: |
| Signature | 300 North LaSalle, Suite 2100 |
| ATTORNEY ID NUMBER   6244314 | Street Address |
| | Chicago     IL     60654 |
| | City     State     Zip |
| | Telephone   (312) 280-0111 |

Trial Attorneys*

Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: