APPEARANCE

# United States Bankruptcy Court

For the  Northern  District of  Illinois
EASTERN DIVISION

In re )
  LB Steel, LLC
) Case No. 15-35358
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

LB Industries, Inc.

| Joshua A. Gadharf | McDonald Hopkins LLC |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ Joshua A. Gadharf | FIRM ID NUMBER: |
| Signature | 300 North LaSalle, Suite 2100 |
| ATTORNEY ID NUMBER   6296543 | Street Address |
|  | Chicago    IL    60654 |
|  | City    State    Zip |
|  | Telephone  (312) 280-0111 |

Trial Attorneys*

Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: