UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 15-35358
LB Steel, LLC )
) Chapter: 11
) Honorable Janet S. Baer
)
)
Debtor(s) )

## ORDER AUTHORIZING THE
## DEBTOR TO PAY PREPETITION SALES, USE, AND OTHER TAX OBLIGATIONS

Upon the Motion (the "Motion"), of the above-captioned debtor (the "Debtor") for entry of an order pursuant to 11 U.S.C. §§ 105(a), 507(a)(8) and 541 authorizing it to pay certain unpaid prepetition Taxes to the respective Taxing Authorities in the ordinary course of the Debtor's business; the Court having reviewed the Motion; the Debtor having represented that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties-in-interest; and it appearing that notice of the hearing on the Motion was sufficient under the present circumstances and that no other or further notice of the hearing on the Motion need be given; therefore, it is hereby

ORDERED THAT:

1. The Motion is GRANTED as outlined herein.

2. The Debtor is authorized, but not directed to, in the reasonable exercise of its business judgment, pay all Taxes, including Taxes subsequently determined upon audit to be owed for periods prior to the Petition Date, to the Taxing Authorities.

3. As applicable, all of the Debtor's banks are hereby authorized, when requested by the Debtor in its sole discretion, to receive, process, honor, and pay any and all checks drawn on the Debtor's accounts to pay the Taxes, whether those checks were presented prior to or after the Petition Date, provided that sufficient funds are available in the applicable accounts to make the payments.

4. Nothing contained in the Motion or this Order shall, or shall be deemed to, limit, abridge, or otherwise impair the Debtor's rights to contest, on any grounds, the validity or amount of any Taxes that the Taxing Authorities allege to be due.

5. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

6. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Enter:

_[signature]_
United States Bankruptcy Judge

Dated: 10/21/15

**Prepared by:**
David Gold
Perkins Coie LLP
131 South Dearborn Street Suite 1700
Chicago, IL 60603