APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

EASTERN DIVISION

In re  LB Steel, LLC,                )

    Debtor.                              )  Case No. 15-35358

                                                            )

                                                             )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Scot Forge Company, a creditor or party-in-interest.

| | |
|---|---|
| Samuel C. Wisotzkey | Kohner, Mann & Kailas, S.C. |
| Print Name on this Line | Firm Name |
| /s/ Samuel C. Wisotzkey | FIRM ID NUMBER: |
| Signature | 4650 North Port Washington Road, 2nd Fl. |
| ATTORNEY ID NUMBER     90785503 | Street Address |
| | Milwaukee   WI   53212 |
| | City     State     Zip |
| | Telephone   (414)962-5110 |

Trial Attorneys*

        Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

    DATED: