## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LB STEEL, LLC, | ) | Case No. 15-35358 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

### NOTICE OF CREDITOR NAME OR ADDRESS CHANGES

PLEASE TAKE NOTICE of the following changes or corrections for creditors. Changes are underlined for reference purposes only:

| Old | New |
|---|---|
| Conway & Morowiec<br>Attn Mercedes Gallardo<br>20 S Clark St, Ste 1000<br>Chicago, IL 60603 | Conway & Mrowiec<br>Attn Mercedes Gallardo<br>20 S Clark St, Ste 1000<br>Chicago, IL 60603 |
| Joseph T. Ryerson & Son, Inc.<br>Attn Kevin Rush<br>1050 Warrenville Rd<br>Lisle, IL 60532 | Joseph T. Ryerson & Son, Inc.<br>Attn Kevin Rusin<br>1050 Warrenville Rd<br>Lisle, IL 60532 |
| United Steel Workers<br>950 Youngstown Warren Rd.<br>Suite A<br>Niles, OH 44446 | United Steel Workers<br>777 Dearborn Park Lane, Suite J<br>Columbus, OH 43085 |
| Earle M. Jorgensen<br>1800 Universal Ave<br>Kansas City, MO 64120 | Earle M. Jorgensen Co.<br>PO Box 4943<br>Kansas City, Mo 64120 |

119236-0001/128312640.2

- 2 -

Dated:  October 23, 2015

Respectfully submitted,

**LB STEEL, LLC**,

By: /s/ *David J. Gold*
    PERKINS COIE LLP
    Daniel A. Zazove
    David J. Gold
    131 S. Dearborn Street, Suite 1700
    Chicago, Illinois 60603-5559
    dzazove@perkinscoie.com
    dgold@perkinscoie.com
    Telephone:  (312) 324-8400
    Facsimile:  (312) 324-9400

    *Proposed Attorneys for the Debtor*

119236-0001/128312640.2

## **CERTIFICATE OF SERVICE**

David J. Gold, an attorney, certifies that on October 23, 2015, he caused the foregoing *Notice of Creditor Name or Address Changes* to be filed electronically with the Court and served via operation of the Court's electronic filing system to the ECF registered parties, or as otherwise indicated on the attached service list.  In addition, this *Notice* and a copy of the *Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines* [Docket No. 20] were served via U.S. Mail, postage prepaid, on United Steel Workers and Earle M. Jorgensen Co. at the corrected addresses indicated on this *Notice*.

*/s/ David J. Gold*

## LB STEEL, LLC - MASTER SERVICE LIST

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| Office of the U.S. Trustee<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | U.S. Trustee | USTPRegion11.es.ecf@usdoj.gov | ECF and Messenger Attn Kimberly Bacher |
| Barry Chatz<br>David Golin<br>Kevin Morse<br>Arnstein & Lehr LLP<br>120 S Riverside Plaza, Ste 1200<br>Chicago, IL 60606 | Attorneys for MB Financial Bank | Bachatz@arnstein.com<br>Dagolin@arnstein.com<br>Khmorse@arnstein.com | ECF |
| Michael K. Desmond<br>William G. Cross<br>Figliulo & Silverman, P.C.<br>10 S. LaSalle St., Ste 3600<br>Chicago, IL 60603 | Attorneys for Walsh Construction | Mdesmond@fslegal.com<br>Wcross@fslegal.com | ECF |
| David A. Agay<br>Joshua A. Gadharf<br>McDonald Hopkins LLC<br>300 N. LaSalle St, Ste 2100<br>Chicago, IL 60654 | Attorneys for LB Industries, Inc. | dagay@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com | ECF |
| Samuel C. Wisotzkey<br>Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Rd.<br>2nd Floor<br>Milwaukee, WI 53212 | Attorneys for Scot Forge Company | Swisotzkey@kmksc.com | ECF |
| Evraz Claymont Steel<br>Attn Jim Torongo<br>200 E Randolph<br>Chicago, IL 60601 | Top 20 Creditor | Jim.Torongo@evrazna.com | U.S. Mail |
| ThyssenKrupp Materials NA<br>Attn Ronald J. Vilag<br>22355 W 11 Mile Rd<br>Southfield, MI 48033 | Top 20 Creditor | Ronald.Vilag@thyssenkrupp.com | U.S. Mail |
| SSAB<br>Attn Philip Caldwell<br>801 Warrenville Rd<br>Lisle, IL 60532 | Top 20 Creditor | 630-810-4608<br>Philip.Caldwell@ssab.com | U.S. Mail |
| Conway & Mrowiec<br>Attn Mercedes Gallardo<br>20 S Clark St, Ste 1000<br>Chicago, IL 60603 | Top 20 Creditor | 312-658-1021<br>Mgallardo@cmcontractors.com | U.S. Mail |

128244662.3

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| Janco Steel<br>Attn Terrie Demelo<br>925 Arvin Ave<br>Stoney Creek<br>Ontario Canada L8E5N9 | Top 20 Creditor | 905-643-3585<br>Tdemelo@jancosteel.com | U.S. Mail |
| Blue Cross Blue Shield of IL<br>Attn Cindy Bierovic<br>1020 W 31st St., Ste 600<br>Downers Grove, IL 60515-5000 | Top 20 Creditor | 312-938-4624<br>Bierovic@bcbsil.com | U.S. Mail |
| Kamm Insurance Group<br>Attn Jennifer Brooks<br>300 S Wacker Dr., Ste 1000<br>Chicago, IL 60606 | Top 20 Creditor | 312-256-8413<br>Jbrooks@kammgroup.com | U.S. Mail |
| Steel Canada Recycling Ltd.<br>Attn Shafiq Rajwany<br>355 Traders Blvd East<br>Mississauga<br>Ontario Canada L4Z2E5 | Top 20 Creditor | 905-890-5391<br>Shafiq@steelcanada.com | U.S. Mail |
| Welding Industrial Supply<br>Attn Rick Roschek<br>2200 N Western Ave<br>Chicago, IL 60647 | Top 20 Creditor | 773-384-7273<br>Rroschek@wiscoonline.com | U.S. Mail |
| Russel Metals<br>Attn Sam Ledonne<br>185 Barton Street East<br>Stoney Creek<br>Ontario Canada  L8E2K3 | Top 20 Creditor | 905-662-8201<br>Sledonne@russelmetals.com | U.S. Mail |
| U.S. Steel Div of USX Corp.<br>Attn Robert T. Lewis<br>600 Grant St, #450<br>Pittsburgh, PA 15219 | Top 20 Creditor | Rlewis@USS.com | U.S. Mail |
| Danico Construction Inc.<br>Attn Jim Sampagnaro<br>29724 Ashland Ave<br>Beecher, IL 60401 | Top 20 Creditor | Danicoinc@sbcglobal.net | U.S. Mail |
| Nucor Steel - Hertford<br>Attn Amy Poston<br>1505 River Rd<br>Cofield, NC 27922 | Top 20 Creditor | Amy.poston@nucor.com | U.S. Mail |
| Norfolk Iron & Metal<br>Attn Jordan Buettner<br>3001 N Victory Rd<br>Norfolk, NE 68702 | Top 20 Creditor | Jbuettner@norfolkiron.com | U.S. Mail |

128244662.3

| Name | Party Type | Fax No. or Email | Type of Service |
| --- | --- | --- | --- |
| Joseph T. Ryerson & Son, Inc.<br>Attn Kevin Rusin<br>1050 Warrenville Rd<br>Lisle, IL 60532 | Top 20 Creditor | 312.292.5200<br>Kevin.rusin@ryerson.com | U.S. Mail |
| Olympic Steel<br>Attn Cathy Schey<br>1901 Mitchell Blvd<br>Schaumburg, IL 60193 | Top 20 Creditor | Cschey@olysteel.com | U.S. Mail |
| PSC Metals Inc.<br>Attn Steve Minnier<br>4250 E 68th St<br>Cleveland, OH 44105 | Top 20 Creditor | 216-641-2219<br>Sminnier@pscmetals.com | U.S. Mail |
| Alro Steel Corporation<br>Attn Randy Halsey<br>777 Industrial Dr.<br>University Park, IL 60466 | Top 20 Creditor | 708-534-5563<br>Rhalsey@alro.com | U.S. Mail |
| Praxair Distribution Inc.<br>Headquarters<br>39 Old Ridgebury Rd.<br>Danbury, CT 06810 | Top 20 Creditor | 708-425-9602<br>Joseph_a_muting@praxair.com | U.S. Mail |

128244662.3