# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LB STEEL, LLC, | ) | Case No. 15-35358 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## NOTICE OF ADDED CREDITORS

PLEASE TAKE NOTICE that the following potential creditors have been added to the creditor mailing matrix for noticing purposes.

| | |
|---|---|
| Kansas Gas Service<br>11950 E Road 20<br>Ulysses, KS 67880 | Constellation Energy<br>c/o Exelon<br>10 S. Dearborn, 48th Fl.<br>Chicago, IL 60680 |
| Westar Energy<br>4001 NW 14th St<br>Topeka, KS 66609 | Topeka Water<br>620 SE Madison<br>Topeka, KS 66607 |
| Direct Energy<br>1001 Liberty Avenue, 12th Fl.<br>Pittsburgh, PA 15222 | CenterPoint Energy<br>1111 Louisiana St.<br>Houston, TX 77002 |
| City of Harvey Water Dept.<br>City Hall<br>15320 Broadway Ave<br>Harvey, IL 60426 | Ohio Edison<br>2231 W. Market St.<br>Warren, OH 44485 |
| Everflow Eastern Partners<br>585 W Main St<br>Canfield, OH 44406 | Dominion East Ohio<br>1165 W Rayen Ave<br>Youngstown, OH 44502 |
| City of Warren OH<br>Law Dept. Civil Div.<br>391 Mahoning Ave. N.W.<br>Warren, OH 44483 | |

119236-0001/128320040.1

- 2 -

Dated:  October 23, 2015      Respectfully submitted,

**LB STEEL, LLC**,

By: /s/ *David J. Gold*
    PERKINS COIE LLP
    Daniel A. Zazove
    David J. Gold
    131 S. Dearborn Street, Suite 1700
    Chicago, Illinois 60603-5559
    dzazove@perkinscoie.com
    dgold@perkinscoie.com
    Telephone:  (312) 324-8400
    Facsimile:  (312) 324-9400

*Proposed Attorneys for the Debtor*

# **CERTIFICATE OF SERVICE**

David J. Gold, an attorney, certifies that on October 23, 2015, he caused the foregoing *Notice of Added Creditors* to be filed electronically with the Court and served via operation of the Court's electronic filing system to the ECF registered parties indicated below. In addition, the added creditors were served with this *Notice* via first-class U.S. Mail, postage prepaid.

David A Agay on behalf of Interested Party LB Industries, Inc.
dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; mgupta@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com

Barry A Chatz on behalf of Creditor MB Financial Bank, N.A.
bachatz@arnstein.com, jbmedziak@arnstein.com

William Cross on behalf of Creditor Walsh Construction Company
wcross@fslegal.com

Michael K Desmond on behalf of Creditor Walsh Construction Company
mdesmond@fslegal.com, dorisbay@fslegal.com

Joshua A Gadharf on behalf of Interested Party LB Industries, Inc.
jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com

David A. Golin on behalf of Creditor MB Financial Bank, N.A.
dagolin@arnstein.com, mgonzalez@arnstein.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Kevin H Morse on behalf of Creditor MB Financial Bank, N.A.
khmorse@arnstein.com

Samuel C. Wisotzkey on behalf of Creditor Scot Forge Company
swisotzkey@kmksc.com, kmksc@kmksc.com

Daniel A Zazove on behalf of Debtor LB Steel, LLC
docketchi@perkinscoie.com

                                                          */s/ David J. Gold*