# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LB STEEL, LLC, | ) | Case No. 15-35358 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## DECLARATION OF SERVICE

I, Nancy Saldinger, a non-attorney and not a party to this case, state that on October 23, 2015, I caused a copy of the *Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines* [Docket No. 20] to be served via first-class U.S. Mail, postage prepaid, on the parties listed below, who have been added to the creditor mailing matrix.

| | |
|---|---|
| Kansas Gas Service<br>11950 E Road 20<br>Ulysses, KS 67880 | Constellation Energy<br>c/o Exelon<br>10 S. Dearborn, 48th Fl.<br>Chicago, IL 60680 |
| Westar Energy<br>4001 NW 14th St<br>Topeka, KS 66609 | Topeka Water<br>620 SE Madison<br>Topeka, KS 66607 |
| Direct Energy<br>1001 Liberty Avenue, 12th Fl.<br>Pittsburgh, PA 15222 | CenterPoint Energy<br>1111 Louisiana St.<br>Houston, TX 77002 |
| City of Harvey Water Dept.<br>City Hall<br>15320 Broadway Ave<br>Harvey, IL 60426 | Ohio Edison<br>2231 W. Market St.<br>Warren, OH 44485 |
| Everflow Eastern Partners<br>585 W Main St<br>Canfield, OH 44406 | Dominion East Ohio<br>1165 W Rayen Ave<br>Youngstown, OH 44502 |
| City of Warren OH<br>Law Dept. Civil Div.<br>391 Mahoning Ave. N.W.<br>Warren, OH 44483 | |

I declare, under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: October 23, 2015

*[signature]*
Nancy Saldinger, paralegal
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559