IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LB STEEL, LLC, | ) | Case No. 15-35358 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## DECLARATION OF SERVICE

I, Nancy Saldinger, a non-attorney and not a party to this case, state that on October 23, 2015, I caused a copy of the *Interim Order Authorizing Debtor to Use Cash Collateral and Granting Adequate Protection* [Dkt No. 35] to be served on the attached service list, as indicated thereon.

In addition, I caused a copy of the *Order Pursuant to 11 U.S.C. §§ 345 and 363 (A) Authorizing Continued Use and Maintenance of Existing Bank Accounts and Business Forms, and (B) Excusing Compliance with Investment and Deposit Requirements* [Dkt No. 34] to be served on attorneys for MB Financial Bank as indicated on the attached service list; and via U.S. Mail, postage prepaid, on Capital City Bank, Attn: Business Banking, 3710 SW Topeka Blvd., Topeka, KS 66609.

I declare, under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: October 23, 2015

_____
Nancy Saldinger, paralegal
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559

Last revised: 10/22/15

## **LB STEEL, LLC - SERVICE LIST FOR CASH COLLATERAL ORDERS**

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| Office of the U.S. Trustee<br>Attn Kimberly Bacher<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | U.S. Trustee | USTPRegion11.es.ecf@usdoj.gov | ECF and Messenger |
| Barry Chatz<br>David Golin<br>Kevin Morse<br>Arnstein & Lehr LLP<br>120 S Riverside Plaza, Ste 1200<br>Chicago, IL 60606 | Attorneys for MB Financial Bank | Bachatz@arnstein.com<br>Dagolin@arnstein.com<br>Khmorse@arnstein.com | ECF |
| Michael K. Desmond<br>William G. Cross<br>Figliulo & Silverman, P.C.<br>10 S. LaSalle St., Ste 3600<br>Chicago, IL 60603 | Attorneys for Walsh Construction | Mdesmond@fslegal.com<br>Wcross@fslegal.com | ECF |
| David A. Agay<br>Joshua A. Gadharf<br>McDonald Hopkins LLC<br>300 N. LaSalle St, Ste 2100<br>Chicago, IL 60654 | Attorneys for LB Industries, Inc. | dagay@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com | ECF |
| Samuel C. Wisotzkey<br>Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Rd.<br>2nd Floor<br>Milwaukee, WI 53212 | Attorneys for Scot Forge Company | Swisotzkey@kmksc.com | ECF |
| Evraz Claymont Steel<br>Attn Jim Torongo<br>200 E Randolph<br>Chicago, IL 60601 | Top 20 Creditor | Jim.Torongo@evrazna.com | U.S. Mail |
| ThyssenKrupp Materials NA<br>Attn Ronald J. Vilag<br>22355 W 11 Mile Rd<br>Southfield, MI 48033 | Top 20 Creditor | Ronald.Vilag@thyssenkrupp.com | U.S. Mail |
| SSAB<br>Attn Philip Caldwell<br>801 Warrenville Rd<br>Lisle, IL 60532 | Top 20 Creditor | 630-810-4608<br>Philip.Caldwell@ssab.com | U.S. Mail |
| Conway & Mrowiec<br>Attn Mercedes Gallardo<br>20 S Clark St, Ste 1000<br>Chicago, IL 60603 | Top 20 Creditor | 312-658-1021<br>Mgallardo@cmcontractors.com | U.S. Mail |

57419-0019/128307878.1

| Name | Party Type | Fax No. or Email | Type of Service |
| --- | --- | --- | --- |
| Janco Steel<br>Attn Terrie Demelo<br>925 Arvin Ave<br>Stoney Creek<br>Ontario Canada L8E5N9 | Top 20 Creditor | 905-643-3585<br>Tdemelo@jancosteel.com | U.S. Mail |
| Blue Cross Blue Shield of IL<br>Attn Cindy Bierovic<br>1020 W 31st St., Ste 600<br>Downers Grove, IL 60515-5000 | Top 20 Creditor | 312-938-4624<br>Bierovic@bcbsil.com | U.S. Mail |
| Kamm Insurance Group<br>Attn Jennifer Brooks<br>300 S Wacker Dr., Ste 1000<br>Chicago, IL 60606 | Top 20 Creditor | 312-256-8413<br>Jbrooks@kammgroup.com | U.S. Mail |
| Steel Canada Recycling Ltd.<br>Attn Shafiq Rajwany<br>355 Traders Blvd East<br>Mississauga<br>Ontario Canada L4Z2E5 | Top 20 Creditor | 905-890-5391<br>Shafiq@steelcanada.com | U.S. Mail |
| Welding Industrial Supply<br>Attn Rick Roschek<br>2200 N Western Ave<br>Chicago, IL 60647 | Top 20 Creditor | 773-384-7273<br>Rroschek@wiscoonline.com | U.S. Mail |
| Russel Metals<br>Attn Sam Ledonne<br>185 Barton Street East<br>Stoney Creek<br>Ontario Canada  L8E2K3 | Top 20 Creditor | 905-662-8201<br>Sledonne@russelmetals.com | U.S. Mail |
| U.S. Steel Div of USX Corp.<br>Attn Robert T. Lewis<br>600 Grant St, #450<br>Pittsburgh, PA 15219 | Top 20 Creditor | Rlewis@USS.com | U.S. Mail |
| Danico Construction Inc.<br>Attn Jim Sampagnaro<br>29724 Ashland Ave<br>Beecher, IL 60401 | Top 20 Creditor | Danicoinc@sbcglobal.net | U.S. Mail |
| Nucor Steel - Hertford<br>Attn Amy Poston<br>1505 River Rd<br>Cofield, NC 27922 | Top 20 Creditor | Amy.poston@nucor.com | U.S. Mail |
| Norfolk Iron & Metal<br>Attn Jordan Buettner<br>3001 N Victory Rd<br>Norfolk, NE 68702 | Top 20 Creditor | Jbuettner@norfolkiron.com | U.S. Mail |

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| Joseph T. Ryerson & Son, Inc.<br>Attn Kevin Rusin<br>1050 Warrenville Rd<br>Lisle, IL 60532 | Top 20 Creditor | 312.292.5200<br>Kevin.rusin@ryerson.com | U.S. Mail |
| Olympic Steel<br>Attn Cathy Schey<br>1901 Mitchell Blvd<br>Schaumburg, IL 60193 | Top 20 Creditor | Cschey@olysteel.com | U.S. Mail |
| PSC Metals Inc.<br>Attn Steve Minnier<br>4250 E 68th St<br>Cleveland, OH 44105 | Top 20 Creditor | 216-641-2219<br>Sminnier@pscmetals.com | U.S. Mail |
| Alro Steel Corporation<br>Attn Randy Halsey<br>777 Industrial Dr.<br>University Park, IL 60466 | Top 20 Creditor | 708-534-5563<br>Rhalsey@alro.com | U.S. Mail |
| Praxair Distribution Inc.<br>Headquarters<br>39 Old Ridgebury Rd.<br>Danbury, CT 06810 | Top 20 Creditor | 708-425-9602<br>Joseph_a_muting@praxair.com | U.S. Mail |

**Other Purported Secured Creditors**

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| American National Bank<br>8990 West Dodge Road<br>Omaha, NE 68114 | UCC | | U.S. Mail |
| Yamazen Inc.<br>735 E. Remington Rd.<br>Schaumburg, IL 60173 | Additional notice party | | U.S. Mail |
| Atlas Copco Cust Finance USA<br>34 Maple Ave<br>PO Box 2028<br>Pine Brook, NJ 07058 | UCC | | U.S. Mail |
| Bank of the West<br>7101 College Blvd, Ste 550<br>Overland Park, KS 66210 | UCC | | U.S. Mail |
| Caterpillar Inc.<br>100 N.E. Adams St<br>Peoria, IL 61629 | UCC | | U.S. Mail |

57419-0019/128307878.1

- 4 -

| Name | Party Type | Fax No. or Email | Type of Service |
| --- | --- | --- | --- |
| JPMorgan Chase Bank, NA<br>Mail Code IL1-0199<br>300 S Riverside Plaza<br>Chicago, IL 60670 | UCC | | U.S. Mail |
| NMHG Financial Services, Inc.<br>PO Box 35701<br>Billings, MT 59107 | UCC | | U.S. Mail |
| NMHG Financial Services Inc<br>201 Merritt 7<br>Norwalk, CT 06851 | Additional notice address | | U.S. Mail |
| Trumbull County Auditor<br>Real Estate Tax Div.<br>160 High St., NW<br>Warren, OH 44481 | Real Estate Tax Authority | | U.S. Mail |
| De Lage Landen Financial Svc<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | Copiers and Machinery leases | | U.S. Mail |
| Commercial Capital Co, LLC<br>8215 Melrose Dr., Ste 100<br>Lenexa, KS 66214 | Copier lease | | U.S. Mail |