UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| In re:<br><br>LB STEEL, LLC<br><br>    Debtor. | Case No. 15-35358<br><br>Chapter 11<br><br>Honorable Janet S. Baer |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby files an appearance on behalf of **Ohio Edison Company**, Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings shall be served upon counsel at the address, telephone number and email address listed below.

> Kurt M. Carlson
> Jeffrey E. Altshul
> Carlson Dash, LLC
> 216 S. Jefferson Street, Suite 504
> Chicago, IL 60661
> Telephone: (312) 382-1600
> kcarlson@carlsondash.com
> jaltshul@carlsondash.com

Respectfully Submitted,

/s/ Jeffrey E. Altshul