UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| LB STEEL, LLC, | Case No. 15-35358 |
| Debtor. | |

### VERIFIED STATEMENT PURSUANT TO RULE 2019
### OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1. The names and addresses of the Utilities represented by the Firm are:

   A.  CenterPoint Energy Services, Inc.
       Attn: Delia White
       Director of Corporate Credit
       1111 Louisiana Street, Room 2037
       Houston, Texas 77002

   B.  Ohio Edison Company
       FirstEnergy Solutions Corp.
       Attn: Kathy M. Hofacre
       FirstEnergy Corp.
       76 S. Main St., A-GO-15
       Akron, OH 44308

   C. Westar Energy, Inc.
    Attn: Sally Wilson
    818 S. Kansas Avenue
    P.O. Box 889 (66601)
    Topeka, Kansas 66612

  2. The nature and amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

   (a) CenterPoint Energy Services, Inc., FirstEnergy Solutions Corp., Ohio Edison Company and Westar Energy, Inc. have unsecured claims against the above-referenced Debtor arising from prepetition utility usage.

   (b) For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the *Objection of Certain Utility Companies to the Debtor's Motion For Order Pursuant To 11 U.S.C. § 366 (A) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Services On Account of Prepetition Invoices and (B) Deeming the Utility Companies Adequately Assured of Payment* filed in the above-captioned bankruptcy case.

  3. The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in October 2015. The circumstances and terms and conditions of employment of the Firm by the Utilities is protected by the attorney-client privilege and attorney work product doctrine.

LAW FIRM OF RUSSELL R. JOHNSON III, PLC

By: /s/ Russell R. Johnson III
**Russell R. Johnson III**

Russell R. Johnson III appeared before me this 26 day of October 2015, and acknowledged that the representations in the foregoing statement are true to the best of his knowledge, information and belief.

NOTARY PUBLIC

_Elaine G. Smiley_

My commission expires: Jan. 31, 2016

```
ELAINE G. SMILEY
Notary Public
Commonwealth of Virginia
7516087
My Commission Expires Jan 31, 2016
```