**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LB STEEL, LLC, | ) | Case No. 15-35358 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on October 26, 2015, we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, a Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, a copy of which is attached and served upon you.

CARLSON DASH, LLC.

/s/ Kurt M. Carlson

Kurt M. Carlson
Jeffrey E. Altshul
216 South Jefferson Street, Suite 504
Chicago, IL  60661
Telephone:  (312) 382-1600
E-mail:  KCarlson@carlsondash.com
E-mail:  jaltshul@carlsondash.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail:  russj4478@aol.com

*Counsel for CenterPoint Energy Services, Inc., FirstEnergy Solutions Corp., Ohio Edison Company and Westar Energy, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2015, I caused a true and correct copy of the foregoing *2019 Statement* to be served through the Court's ECF System on the parties set forth on the Rule 2002 Service List, or by first-class mail, postage prepaid, or by email, upon the following:

Daniel A. Zazove
David J. Gold
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
*Debtor's Counsel*

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

/s/ Kurt M. Carlson_____
Kurt M. Carlson, Esq.