## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LB STEEL, LLC, | ) | Case No. 15 B 35358 |
| | ) | |
| Debtor. | ) | Judge Janet S. Baer |

### APPEARANCE & REQUEST FOR
### NOTICE AND SERVICE OF COURT PAPERS

John S. Mrowiec, Timothy R. Conway and Erik R. Nelson of Conway & Mrowiec hereby enter their appearances on behalf of Conway & Mrowiec, Creditor, in the above-captioned matter and request that all notices, pleadings, orders, motions and other court papers be delivered to the following:

> John S. Mrowiec jsm@cmcontractors.com
> Timothy R. Conway trc@cmcontractors.com
> Erik R. Nelson  ern@cmcontractors.com
> Conway & Mrowiec
> 20 South Clark Street
> Suite 1000
> Chicago, Illinois 60603
> (312) 658-1100
> Fax: (312) 658-1201.

John S. Mrowiec is lead counsel and member of the Northern District of Illinois Trial Bar.

Dated:  October 26, 2015

| | | |
|---|---|---|
| /s/ John S. Mrowiec | /s/ Timothy R. Conway | /s/ Erik R. Nelson |
| John S. Mrowiec | Timothy R. Conway | Erik R. Nelson |

John S. Mrowiec
Timothy R. Conway
Erik R. Nelson
Conway & Mrowiec
20 South Clark Street
Suite 1000
Chicago, Illinois 60603
(312) 658-1100
Fax: (312) 658-1201
*Attorneys for Creditor, Conway & Mrowiec*

## <u>CERTIFICATE OF SERVICE</u>

I, John S. Mrowiec, an attorney, certify that I caused an authentic photocopy of the foregoing

Appearance and Request for Notice and Service of Court Papers to be served on the parties via ECF

on October 26, 2015.


/s/ John S. Mrowiec