UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Janet S. Baer | Hearing Date | October 27, 2015 |
| Bankruptcy Case | 15 B 35358 | Adversary No. | |

Title of Case: LB Steel, LLC

Brief Statement of Motion: Motion For Relief from Stay as to To Allow Withdrawal of Funds on Deposit With Circuit Court of Cook County and For Other Relief ( # 42 on dkt )

Names and Addresses of moving counsel:

Representing:

## ORDER

IT IS HEREBY ORDERED, Response the Motion is due on or before 12/4/15; Reply to the response is due on or before 12/18/15. Continued status is set for 1/5/16 at 10:00 a.m. before Judge Baer in courtroom 615.

JUDGE JANET S. BAER
UNITED STATES BANKRUPTCY COURT