UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>LB Steel, LLC<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 15-35358<br><br>Chapter: 11<br>Honorable Janet S. Baer |

## ORDER GRANTING ADDITIONAL TIME TO FILE
## SCHEDULES AND STATEMENTS

Upon the motion (the "Motion") of the above-captioned debtor (the "Debtor") for entry of an order extending the time within which Debtor must file its Schedules and Statements under 11 U.S.C. § 521 and Fed. R. Bank. P. 1007; the Court having reviewed the Motion; and the Debtor having represented that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties-in-interest; and it appearing that notice of the hearing on the Motion was good and sufficient under the present circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; therefore, it is hereby

ORDERED THAT:

1. The Motion is GRANTED as outlined herein.

2. The time within which the Debtor is required to file its Schedules and Statements is extended to November 20, 2015 without prejudice to the Debtor's right to seek further extensions of this deadline.

3. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Enter:

_[signature]_

United States Bankruptcy Judge

Dated: 10/28/15

**Prepared by:**
David Gold
Perkins Coie LLP
131 South Dearborn Street Suite 1700
Chicago, IL 60603

Rev: 20130104_bko