IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LB STEEL, LLC, | ) | Case No. 15-35358 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

### DECLARATION OF SERVICE

I, Nancy Saldinger, a non-attorney and not a party to this case, state that on October 29, 2015, I caused a copy of the *Interim Order Authorizing Debtor to Use Cash Collateral and Granting Adequate Protection* [Dkt No. 64] to be served on the attached service list, as indicated thereon.

I declare, under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: October 29, 2015

_____
Nancy Saldinger, paralegal
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559

119236-0001/128308517.1

## LB STEEL, LLC - SERVICE LIST FOR CASH COLLATERAL ORDERS

| Name | Party Type | Fax No. or Email | Type of Service |
| --- | --- | --- | --- |
| Office of the U.S. Trustee<br>Attn Kimberly Bacher<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | U.S. Trustee | USTPRegion11.es.ecf@usdoj.gov | ECF and Messenger |
| Barry Chatz<br>David Golin<br>Kevin Morse<br>Arnstein & Lehr LLP<br>120 S Riverside Plaza, Ste 1200<br>Chicago, IL 60606 | Attorneys for MB Financial Bank | Bachatz@arnstein.com<br>Dagolin@arnstein.com<br>Khmorse@arnstein.com | ECF |
| Michael K. Desmond<br>William G. Cross<br>Figliulo & Silverman, P.C.<br>10 S. LaSalle St., Ste 3600<br>Chicago, IL 60603 | Attorneys for Walsh Construction | Mdesmond@fslegal.com<br>Wcross@fslegal.com | ECF |
| David A. Agay<br>Joshua A. Gadharf<br>McDonald Hopkins LLC<br>300 N. LaSalle St, Ste 2100<br>Chicago, IL 60654 | Attorneys for LB Industries, Inc. | dagay@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com | ECF |
| Samuel C. Wisotzkey<br>Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Rd.<br>2nd Floor<br>Milwaukee, WI 53212 | Attorneys for Scot Forge Company | Swisotzkey@kmksc.com | ECF |
| Kurt M. Carlson<br>Jeffrey E. Altshul<br>Carlson Dash, LLC<br>216 S. Jefferson St., Ste. 504<br>Chicago, IL 60661 | Attorneys for CenterPoint Energy, FirstEnergy, Westar Energy, & Ohio Edison | kcarlson@carlsondash.com<br>jaltshul@carlsondash.com | ECF |
| Russell R. Johnson III<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Dr.<br>Manakin-Sabot, VA  23103 | Attorney for CenterPoint Energy, FirstEnergy, Westar Energy, & Ohio Edison | | U.S. Mail |
| John S. Mrowiec<br>Timothy R. Conway<br>Erik R. Nelson<br>Conway & Mrowiec<br>20 S Clark St, Ste 1000<br>Chicago, IL 60603 | Attorneys for Top 20 Creditor Conway & Mrowiec | 312-658-1021<br>jsm@cmcontractors.com<br>trc@cmcontractors.com<br>ern@cmcontractors.com | ECF |

| Name | Party Type | Fax No. or Email | Type of Service |
| --- | --- | --- | --- |
| Evraz Claymont Steel<br>Attn Jim Torongo<br>200 E Randolph<br>Chicago, IL 60601 | Top 20 Creditor | Jim.Torongo@evrazna.com | U.S. Mail |
| ThyssenKrupp Materials NA<br>Attn Ronald J. Vilag<br>22355 W 11 Mile Rd<br>Southfield, MI 48033 | Top 20 Creditor | Ronald.Vilag@thyssenkrupp.com | U.S. Mail |
| SSAB<br>Attn Philip Caldwell<br>801 Warrenville Rd<br>Lisle, IL 60532 | Top 20 Creditor | 630-810-4608<br>Philip.Caldwell@ssab.com | U.S. Mail |
| Janco Steel<br>Attn Terrie Demelo<br>925 Arvin Ave<br>Stoney Creek<br>Ontario Canada L8E5N9 | Top 20 Creditor | 905-643-3585<br>Tdemelo@jancosteel.com | U.S. Mail |
| Blue Cross Blue Shield of IL<br>Attn Cindy Bierovic<br>1020 W 31st St., Ste 600<br>Downers Grove, IL 60515-5000 | Top 20 Creditor | 312-938-4624<br>Bierovic@bcbsil.com | U.S. Mail |
| Kamm Insurance Group<br>Attn Jennifer Brooks<br>300 S Wacker Dr., Ste 1000<br>Chicago, IL 60606 | Top 20 Creditor | 312-256-8413<br>Jbrooks@kammgroup.com | U.S. Mail |
| Steel Canada Recycling Ltd.<br>Attn Shafiq Rajwany<br>355 Traders Blvd East<br>Mississauga<br>Ontario Canada L4Z2E5 | Top 20 Creditor | 905-890-5391<br>Shafiq@steelcanada.com | U.S. Mail |
| Welding Industrial Supply<br>Attn Rick Roschek<br>2200 N Western Ave<br>Chicago, IL 60647 | Top 20 Creditor | 773-384-7273<br>Rroschek@wiscoonline.com | U.S. Mail |
| Russel Metals<br>Attn Sam Ledonne<br>185 Barton Street East<br>Stoney Creek<br>Ontario Canada  L8E2K3 | Top 20 Creditor | 905-662-8201<br>Sledonne@russelmetals.com | U.S. Mail |
| U.S. Steel Div of USX Corp.<br>Attn Robert T. Lewis<br>600 Grant St, #450<br>Pittsburgh, PA 15219 | Top 20 Creditor | Rlewis@USS.com | U.S. Mail |

119236-0001/128307878.1

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| Danico Construction Inc.<br>Attn Jim Sampagnaro<br>29724 Ashland Ave<br>Beecher, IL 60401 | Top 20 Creditor | Danicoinc@sbcglobal.net | U.S. Mail |
| Nucor Steel - Hertford<br>Attn Amy Poston<br>1505 River Rd<br>Cofield, NC 27922 | Top 20 Creditor | Amy.poston@nucor.com | U.S. Mail |
| Norfolk Iron & Metal<br>Attn Jordan Buettner<br>3001 N Victory Rd<br>Norfolk, NE 68702 | Top 20 Creditor | Jbuettner@norfolkiron.com | U.S. Mail |
| Joseph T. Ryerson & Son, Inc.<br>Attn Kevin Rusin<br>1050 Warrenville Rd<br>Lisle, IL 60532 | Top 20 Creditor | 312.292.5200<br>Kevin.rusin@ryerson.com | U.S. Mail |
| Olympic Steel<br>Attn Cathy Schey<br>1901 Mitchell Blvd<br>Schaumburg, IL 60193 | Top 20 Creditor | Cschey@olysteel.com | U.S. Mail |
| PSC Metals Inc.<br>Attn Steve Minnier<br>4250 E 68th St<br>Cleveland, OH 44105 | Top 20 Creditor | 216-641-2219<br>Sminnier@pscmetals.com | U.S. Mail |
| Alro Steel Corporation<br>Attn Randy Halsey<br>777 Industrial Dr.<br>University Park, IL 60466 | Top 20 Creditor | 708-534-5563<br>Rhalsey@alro.com | U.S. Mail |
| Praxair Distribution Inc. Headquarters<br>39 Old Ridgebury Rd.<br>Danbury, CT 06810 | Top 20 Creditor | 708-425-9602<br>Joseph_a_muting@praxair.com | U.S. Mail |

## Other Purported Secured Creditors

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| American National Bank<br>8990 West Dodge Road<br>Omaha, NE 68114 | UCC | | U.S. Mail |
| Yamazen Inc.<br>735 E. Remington Rd.<br>Schaumburg, IL 60173 | Additional notice party | | U.S. Mail |

119236-0001/128307878.1

| Name | Party Type | Fax No. or Email | Type of Service |
| --- | --- | --- | --- |
| Atlas Copco Cust Finance USA<br>34 Maple Ave<br>PO Box 2028<br>Pine Brook, NJ 07058 | UCC | | U.S. Mail |
| Bank of the West<br>7101 College Blvd, Ste 550<br>Overland Park, KS 66210 | UCC | | U.S. Mail |
| Caterpillar Inc.<br>100 N.E. Adams St<br>Peoria, IL 61629 | UCC | | U.S. Mail |
| JPMorgan Chase Bank, NA<br>Mail Code IL1-0199<br>300 S Riverside Plaza<br>Chicago, IL 60670 | UCC | | U.S. Mail |
| NMHG Financial Services, Inc.<br>PO Box 35701<br>Billings, MT 59107 | UCC | | U.S. Mail |
| NMHG Financial Services Inc<br>201 Merritt 7<br>Norwalk, CT 06851 | Additional notice address | | U.S. Mail |
| Trumbull County Auditor<br>Real Estate Tax Div.<br>160 High St., NW<br>Warren, OH 44481 | Real Estate Tax Authority | | U.S. Mail |
| De Lage Landen Financial Svc<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | Copiers and Machinery leases | | U.S. Mail |
| Commercial Capital Co, LLC<br>8215 Melrose Dr., Ste 100<br>Lenexa, KS 66214 | Copier lease | | U.S. Mail |

- 4 -