**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| LB STEEL, LLC., | ) | |
| | ) | CASE NO. 15 B 35358 |
| | ) | |
| DEBTOR. | ) | HON. JANET S. BAER |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on October 29, 2015, the United States Trustee, by his attorney, Kimberly Bacher, filed a copy of the **APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE**, with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached and served on you.

BY: /s/ *Kimberly Bacher*
Kimberly Bacher, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois  60604
(312) 353-5014

**CERTIFICATE OF SERVICE**

I, Kimberly Bacher, an attorney, state that pursuant to Local Rule 9013-3(D) the attached **APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** was filed on October 29, 2015, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on October 29, 2015.

/s/ *Kimberly Bacher*
Kimberly Bacher, Trial Attorney

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**

- David A Agay    dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; mgupta@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com
- Jeffrey E Altshul    jaltshul@carlsondash.com, kidstein@carlsondash.com
- Kurt M. Carlson    kcarlson@carlsondash.com, knoonan@carlsondash.com;bmurzanski@carlsondash.com
- Barry A Chatz    bachatz@arnstein.com, jbmedziak@arnstein.com
- William Cross    wcross@fslegal.com
- Michael K Desmond    mdesmond@fslegal.com, dorisbay@fslegal.com
- Joshua A Gadharf    jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
- David J. Gold    dgold@perkinscoie.com, jmatamoros@perkinscoie.com,ecf-f3d8ba2b0968@ecf.pacerpro.com
- David A. Golin    dagolin@arnstein.com, mgonzalez@arnstein.com
- Kevin H Morse    khmorse@arnstein.com
- John S Mrowiec    jsm@cmcontractors.com
- Samuel C. Wisotzkey    swisotzkey@kmksc.com, kmksc@kmksc.com
- Daniel A Zazove    docketchi@perkinscoie.com

**Parties Served by First Class Mail**

| | |
|---|---|
| LB Steel, LLC<br>15700 Lathrop Ave<br>Harvey, IL 60426 | David J. Gold<br>Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603 |
| Daniel A Zazove<br>Perkins Coie LLP<br>131 S. Dearborn, Suite 1700<br>Chicago, IL 60603-5559 | Terrie Demelo<br>Janco Steel Ltd<br>925 Arvin Ave.<br>Stoney Creek, ON L8E 5N9 |
| Craig Devries<br>Welding Industrial Supply Co.<br>2200 N Western Ave.<br>Chicago, IL 60647 | John Thompson CA, CPA, CIA, CTP<br>SSAB Americas<br>801 Warrenville Road, Suite 800<br>Lisle, IL 60532 |
| James Torongo<br>EVRAZ of North America<br>200 E. Randolph Dr.<br>Suite 7800<br>Chicago, IL 60601 | Peter T. Glimco<br>The Walsh Group<br>929 West Adams Street<br>Chicago, IL 60607 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| LB STEEL, LLC., | ) | |
| | ) | CASE NO. 15 B 35358 |
| | ) | |
| DEBTOR. | ) | HON. JANET S. BAER |

**APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE**

The following creditors, selected from unsecured creditors who were willing to serve, are hereby appointed as the creditors' committee in this case:

| CREDITOR | REPRESENTATIVE |
|---|---|
| Janco Steel LTD<br>925 Arvin Ave.<br>Stoney Creek, ON L8E 5N9 | Terrie Demelo |
| Welding Industrial Supply Co.<br>2200 N. Western Ave.<br>Chicago, IL 60647 | Craig Debries |
| SSAB Americas<br>801 Warrenville Road, Suite 800<br>Lisle, IL 60532 | John Thompson CA, CPA, CIA, CTP |
| The Walsh Group<br>929 West Adams Street<br>Chicago, IL 60607 | Peter T. Glimco |
| EVRAZ North America<br>200 E. Randolph Dr.<br>Chicago, IL 60601 | James Torongo |

                                        RESPECTFULLY SUBMITTED,

                                        PATRICK S. LAYNG
                                        UNITED STATES TRUSTEE

DATED: <u>October 29, 2015</u>        BY: <u>/s/ *Kimberly Bacher*</u>
                                        Kimberly Bacher, Trial Attorney
                                          United States Department of Justice
                                          Office of the United States Trustee
                                          219 South Dearborn, Room 873
                                          Chicago, Illinois  60604
                                          (312) 353-5014