APPEARANCE

# United States Bankruptcy Court
EASTERN DIVISION
For the __Northern__ District of __Illinois__

In re  LB Steel, LLC   )
)  Case No. 15 B 35358
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

The Official Committee of Unsecured Creditors'

| Rosanne Ciambrone | Duane Morris LLP |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ Rosanne Ciambrone | FIRM ID NUMBER: |
| Signature | 190 S. LaSalle Street, Suite 3700 |
| ATTORNEY ID NUMBER   6199456 | Street Address |
|  | Chicago,   IL   60603 |
|  | City   State   Zip |
|  | Telephone   312.499.6700 |

Trial Attorneys*

Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:   November 2, 2015