APPEARANCE

## United States Bankruptcy Court

For the  Northern  District of  Illinois
EASTERN DIVISION

In re  LB Steel, LLC  )
 ) Case No. 15 B 35358
 )
 )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

The Official Committee of Unsecured Creditors'

| John Robert Weiss | Duane Morris LLP |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ John Robert Weiss | FIRM ID NUMBER: |
| Signature | 190 S. LaSalle Street, Suite 3700 |
| ATTORNEY ID NUMBER  6190335 | Street Address |
| | Chicago,   IL   60603 |
| | City   State   Zip |
| | Telephone   312.499.6700 |

Trial Attorneys*

Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: November 2, 2015