# United States Bankruptcy Court
## Northern District of Illinois

In re  **LB Steel, LLC, a Delaware limited liability company**  
Debtor(s)

Case No. **15-35358**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **LB Steel, LLC, a Delaware limited liability company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Goich & Goich LLC**  
**Attn Michael Z. Goich**  
**15700 Lathrop Ave.**  
**Harvey, IL 60426**

**LB Industries, Inc.**  
**Attn Robert J. Krems**  
**8770 Railroad Dr**  
**PO Box 15430**  
**Covington, KY 41015**

☐ None [*Check if applicable*]

**11/2/15**  
Date

**/s/ Daniel A. Zazove**  
**Daniel A. Zazove**  
Signature of Attorney or Litigant  
Counsel for **LB Steel, LLC, a Delaware limited liability company**  
**Perkins Coie LLP**  
**131 S Deaborn St, Suite 1700**  
**Chicago, IL 60603**  
**312.324.8605 Fax:312.324.9605**  
**DZazove@perkinscoie.com**