

Plante & Moran, PLLC
Suite 300
600 East Front Street
Traverse City, MI 49686
Tel: 231.947.7800
Fax: 231.947.0348
plantemoran.com

October 28, 2015

Clerk of the Court
U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago IL  60604

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV -2 2015
JEFFREY P. ALLSTEADT, CLERK
TEAM - CA

RE:  LB Steel, LLC
     Bankruptcy Case #15-35358

Dear Clerk of the Court:

Please update your mailing list to reflect the following change for all future correspondence directed to Plante & Moran, PLLC.

FORMER ADDRESS:

Plante & Moran, PLLC
2155 Point Blvd
Suite 200
Elgin, IL 60123


NEW ADDRESS:

Plante & Moran, PLLC
Attn: Karen Allen
600 E Front Street
Suite 300
Traverse City MI  49686-2618

Thank you for your attention and assistance regarding this matter.

Sincerely,

**Plante & Moran, PLLC**

*Karen Allen*
Karen Allen
Credit & Collection Manager



Praxity
MEMBER
GLOBAL ALLIANCE OF
INDEPENDENT FIRMS