APPEARANCE

# United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re LB STEEL, LLC,    )
)   Case No. 15-35358
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

The Official Committee of Unsecured Creditors

---

| Matthew A. Olins | Duane Morris LLP |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ Matthew A. Olins | FIRM ID NUMBER: |
| Signature | 190 S. LaSalle St., Suite 3700 |
| ATTORNEY ID NUMBER    6275636 | Street Address |
| | Chicago,    IL    60603 |
| | City    State    Zip |
| | Telephone    312.499.6762 |

Trial Attorneys*

_____    Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:    November 5, 2015

TYPE OF DEFENSE COUNSEL:

CJA ____ ,RETAINED ____ ,SELF ____ ,NONE OTHER ____ ,PUB DEF ____

FOR OFFICE USE ONLY:

Party Code: P ____    D ____    TP ____