APPEARANCE

## United States Bankruptcy Court
### EASTERN DIVISION

For the __Northern__ District of __Illinois__

In re )
)
LB Steel, LLC ) Case No. 15-35358
)
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and

Service Workers International ("USW")

| | |
|---|---|
| Stephen A. Yokich | Dowd,Bloch,Bennett,Cervone,Auerbach & Yo |
| Print Name on this Line | Firm Name |
| /s/ Stephen A. Yokich | FIRM ID NUMBER: |
| Signature | 8 S. Michigan Avenue, 19th Floor |
| ATTORNEY ID NUMBER    6181707 | Street Address |
| | Chicago    IL    60603 |
| | City    State    Zip |
| | Telephone    (312) 372-1361 |

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____