UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-35358 |
| LB STEEL, LLC | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING DEBTOR'S MOTION
## FOR LEAVE TO EXCEED PAGE LIMITATION

Upon the Motion (the "Motion")* of the above-captioned debtor (the "Debtor") for an order authorizing the Debtor to exceed the page limitation for its Bid Procedures Motion; the Court having reviewed the Motion; the Debtor having represented that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties-in-interest; and it appearing that notice of the hearing on the Motion was good and sufficient under the present circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtor is hereby authorized to exceed the page limitation imposed by Local Bankruptcy Rule 5005-3D with regard to its Bid Procedures Motion.

*Capitalized terms used herein shall have the meaning ascribed to them in the Motion.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  November 09, 2015

**Prepared by:**

David Gold
Perkins Coie LLP
131 S. Dearborn St., Ste. 1700
Chicago, IL 60603