IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LB STEEL, LLC, | ) | Case No. 15-35358 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## DECLARATION OF SERVICE

I, Nancy Saldinger, a non-attorney and not a party to this case, state that on November 9, 2015, I caused a copy of the *Order Pursuant to 11 U.S.C. § 366 (A) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services on Account of Prepetition Invoices and (B) Deeming the Utility Companies Adequately Assured of Payment* [Dkt No. 92] to be served on the attached service list, as indicated thereon.

I declare, under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: November 9, 2015

Nancy Saldinger, paralegal
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559

119236-0001/128567136.1

Last revised: 11/6/15

**Via ECF Notification:**

David A Agay on behalf of Interested Party LB Industries, Inc.
dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; mgupta@mcdonaldhopkins.com;
bkfilings@mcdonaldhopkins.com

Jeffrey E Altshul on behalf of Creditors CenterPoint Energy Services, Inc., FirstEnergy Solutions Corp., Creditor Ohio Edison Company, Creditor Westar Energy, Inc.
jaltshul@carlsondash.com, kidstein@carlsondash.com

Kurt M. Carlson on behalf of Creditors CenterPoint Energy Services, Inc., FirstEnergy Solutions Corp., Creditor Ohio Edison Company, Creditor Westar Energy, Inc.
kcarlson@carlsondash.com, knoonan@carlsondash.com; bmurzanski@carlsondash.com

Barry A Chatz on behalf of Creditor MB Financial Bank, N.A.
bachatz@arnstein.com, jbmedziak@arnstein.com

Rosanne Ciambrone on behalf of Creditor Committee The Official Committee of Unsecured Creditors'
rciambrone@duanemorris.com, jkahane@duanemorris.com; rpdarke@duanemorris.com

William Cross on behalf of Creditor Walsh Construction Company
wcross@fslegal.com

Michael K Desmond on behalf of Creditor Walsh Construction Company
mdesmond@fslegal.com, dorisbay@fslegal.com

Joshua A Gadharf on behalf of Interested Party LB Industries, Inc.
jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com

David J. Gold on behalf of Debtor LB Steel, LLC
dgold@perkinscoie.com, jmatamoros@perkinscoie.com; ecf-f3d8ba2b0968@ecf.pacerpro.com

David A. Golin on behalf of Creditor MB Financial Bank, N.A.
dagolin@arnstein.com, mgonzalez@arnstein.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Kevin H Morse on behalf of Creditor MB Financial Bank, N.A.
khmorse@arnstein.com

John S Mrowiec on behalf of Creditor Conway & Mrowiec
jsm@cmcontractors.com

Matthew A Olins on behalf of Creditor Committee The Official Committee of Unsecured Creditors
maolins@duanemorris.com

John R Weiss on behalf of Creditor Committee The Official Committee of Unsecured Creditors'
jrweiss@duanemorris.com

Samuel C. Wisotzkey on behalf of Creditor Scot Forge Company
swisotzkey@kmksc.com, kmksc@kmksc.com

Stephen A Yokich on behalf of Creditor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International
efile@dbb-law.com, syokich@dbb-law.com

**Served as indicated:**

| Name | Party Type | Fax No. or Email | Type of Service |
| --- | --- | --- | --- |
| Office of the U.S. Trustee<br>Attn Kimberly Bacher<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | U.S. Trustee | USTPRegion11.es.ecf@usdoj.gov | ECF and U.S. Mail |
| Russell R. Johnson III<br>John M. Craig<br>Russell R. Johnson III, PLC<br>2258 Wheatlands Dr.<br>Manakin-Sabot, VA  23103 | Rule 2002 - Attorneys for CenterPoint Energy, et al. | | U.S. Mail |

**Utilities Service List served as indicated:**

| | | | |
| --- | --- | --- | --- |
| Kansas Gas Service<br>c/o Walker Hendrix, Mg Attorney<br>7421 West 129th<br>Overland Park, KS  66213 | U.S. Mail | Constellation Energy<br>c/o Exelon<br>10 S. Dearborn, 48th Fl.<br>Chicago 60680 | U.S. Mail |
| Westar Energy<br>4001 NW 14th St<br>Topeka, KS 66609 | U.S. Mail | Topeka Water<br>620 SE Madison<br>Topeka, KS 66607 | U.S. Mail |
| Direct Energy<br>1001 Liberty Avenue, 12th Fl.<br>Pittsburgh, PA 15222 | U.S. Mail | CenterPoint Energy<br>1111 Louisiana St.<br>Houston, TX 77002 | U.S. Mail |
| City of Harvey<br>City Hall<br>15320 Broadway Ave<br>Harvey, IL 60426 | U.S. Mail | Ohio Edison<br>2231 W. Market St.<br>Warren, OH 44485 | U.S. Mail |
| Everflow Eastern Partners<br>585 W Main St<br>Canfield, OH 44406 | U.S. Mail | Dominion East Ohio<br>1165 W Rayen Ave<br>Youngstown, OH 44502 | U.S. Mail |
| City of Warren OH<br>Law Dept. Civil Div.<br>391 Mahoning Ave. N.W.<br>Warren, OH 44483 | U.S. Mail | | |

119236-0001/128244662.5