UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 15-35358
LB Steel, LLC  )
 )
 )  Chapter: 11
 )  Honorable Janet S. Baer
 )
 )
Debtor(s)  )

## ORDER AUTHORIZING THE DEBTOR TO EMPLOY AND RETAIN PERKINS COIE LLP AS ITS BANKRUPTCY COUNSEL

Upon the application (the "Application") of the above-captioned debtor (the "Debtor") for an order authorizing the Debtor to employ and retain Perkins Coie LLP as its bankruptcy counsel effective as of the Petition Date; the Court having reviewed the Application and the Zazove Declaration; and the Court having determined that the relief requested in the Application is in the best interests of the Debtor, its estate, its creditors and other parties-in-interest; and it appearing that notice of the Application was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby
ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. The Debtor is hereby authorized to retain Daniel A. Zazove, Kenneth M. Crane, David J. Gold and the law firm of Perkins Coie LLP as its bankruptcy counsel effective as of the Petition Date.

3. Perkins Coie LLP's professional compensation shall be subject to further order of the Court.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Enter: */s/ Janet S. Baer/*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: November 09, 2015

**Prepared by:**

David Gold
Perkins Coie LLP
131 S. Dearborn St., Ste. 1700
Chicago, IL 60603