# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LB STEEL, LLC, ) | Case No. 15-35358 |
| ) | |
| Debtor. ) | Honorable Janet S. Baer |

## NOTICE OF CREDITOR ADDRESS CHANGES

PLEASE TAKE NOTICE of the following creditor address changes for noticing purposes:

| Old | New |
|---|---|
| CIMCO Communications<br>1901 S Meyers Rd, Suite 700<br>Oakbrook Terrace, IL 60181-5211 | CIMCO Communications<br>717 S. Wells St.<br>Chicago, IL 60607 |
| Haas Factory Outlet<br>2501 Landmeier Rd Suite B<br>Elk Grove Village, IL 60007-2622 | Haas Factory Outlet<br>555 Busse Rd<br>Elk Grove Village, IL 60007 |
| Kansas Gas Service<br>11950 E Road 20<br>Ulysses, KS 67880 | Kansas Gas Service<br>c/o Walker Hendrix<br>7421 West 129th<br>Overland Park, KS 66213 |

Dated: November 9, 2015

Respectfully submitted,

**LB STEEL, LLC**,

By: /s/ *David J. Gold*
    PERKINS COIE LLP
    Daniel A. Zazove
    David J. Gold
    131 S. Dearborn Street, Suite 1700
    Chicago, Illinois 60603-5559
    dzazove@perkinscoie.com
    dgold@perkinscoie.com
    Telephone: (312) 324-8400
    Facsimile: (312) 324-9400

*Attorneys for the Debtor*

128312640.3

## **CERTIFICATE OF SERVICE**

David J. Gold, an attorney, certifies that on November 9, 2015, he caused the foregoing *Notice of Creditor Address Changes* to be filed electronically with the Court and served via operation of the Court's electronic filing system to the ECF registered parties, or as otherwise indicated on the service list below. In addition, this *Notice* and a copy of the *Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines* [Docket No. 20] were served via U.S. Mail, postage prepaid, on CIMCO Communications, Haas Factory Outlet, and Kansas Gas Service at the corrected addresses indicated on this *Notice*.

**Via ECF Notification:**

David A Agay on behalf of Interested Party LB Industries, Inc.
dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; mgupta@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com

Jeffrey E Altshul on behalf of Creditors CenterPoint Energy Services, Inc., FirstEnergy Solutions Corp., Creditor Ohio Edison Company, Creditor Westar Energy, Inc.
jaltshul@carlsondash.com, kidstein@carlsondash.com

Kurt M. Carlson on behalf of Creditors CenterPoint Energy Services, Inc., FirstEnergy Solutions Corp., Creditor Ohio Edison Company, Creditor Westar Energy, Inc.
kcarlson@carlsondash.com, knoonan@carlsondash.com; bmurzanski@carlsondash.com

Barry A Chatz on behalf of Creditor MB Financial Bank, N.A.
bachatz@arnstein.com, jbmedziak@arnstein.com

Rosanne Ciambrone on behalf of Creditor Committee The Official Committee of Unsecured Creditors'
rciambrone@duanemorris.com, jkahane@duanemorris.com; rpdarke@duanemorris.com

William Cross on behalf of Creditor Walsh Construction Company
wcross@fslegal.com

Michael K Desmond on behalf of Creditor Walsh Construction Company
mdesmond@fslegal.com, dorisbay@fslegal.com

Joshua A Gadharf on behalf of Interested Party LB Industries, Inc.
jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com

David J. Gold on behalf of Debtor LB Steel, LLC
dgold@perkinscoie.com, jmatamoros@perkinscoie.com; ecf-f3d8ba2b0968@ecf.pacerpro.com

David A. Golin on behalf of Creditor MB Financial Bank, N.A.
dagolin@arnstein.com, mgonzalez@arnstein.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Kevin H Morse on behalf of Creditor MB Financial Bank, N.A.
khmorse@arnstein.com

128312640.3

- 3 -

John S Mrowiec on behalf of Creditor Conway & Mrowiec
jsm@cmcontractors.com

Matthew A Olins on behalf of Creditor Committee The Official Committee of Unsecured Creditors
maolins@duanemorris.com

John R Weiss on behalf of Creditor Committee The Official Committee of Unsecured Creditors'
jrweiss@duanemorris.com

Samuel C. Wisotzkey on behalf of Creditor Scot Forge Company
swisotzkey@kmksc.com, kmksc@kmksc.com

Stephen A Yokich on behalf of Creditor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International
efile@dbb-law.com, syokich@dbb-law.com

**Served as indicated:**

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| Office of the U.S. Trustee<br>Attn Kimberly Bacher<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | U.S. Trustee | USTPRegion11.es.ecf@usdoj.gov | ECF and U.S. Mail |
| Russell R. Johnson III<br>John M. Craig<br>Russell R. Johnson III, PLC<br>2258 Wheatlands Dr.<br>Manakin-Sabot, VA  23103 | Rule 2002 - Attorneys for CenterPoint Energy, et al. | | U.S. Mail |

*/s/ David J. Gold*

- 3 -

128312640.3