IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LB STEEL, LLC, | ) | Case No. 15-35358 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

## DECLARATION OF SERVICE

I, Nancy Saldinger, a non-attorney and not a party to this case, state that on November 11, 2015, I caused a copy of the *Third Interim Order Authorizing Debtor to Use Cash Collateral and Granting Adequate Protection* [Dkt No. 98] to be served on the attached service list, as indicated thereon.

I declare, under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: November 11, 2015

                                                     /s/ Nancy Saldinger
                                                     Nancy Saldinger, paralegal
                                                     PERKINS COIE LLP
                                                     131 South Dearborn Street, Suite 1700
                                                     Chicago, Illinois 60603-5559

119236-0001/128308517.2

**LB STEEL, LLC - SERVICE LIST FOR THIRD INTERIM CASH COLLATERAL ORDER**

**Via ECF Notification:**

David A Agay on behalf of Interested Party LB Industries, Inc.
dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; mgupta@mcdonaldhopkins.com;
bkfilings@mcdonaldhopkins.com

Jeffrey E Altshul on behalf of Creditors CenterPoint Energy Services, Inc., FirstEnergy Solutions Corp., Creditor Ohio Edison Company, Creditor Westar Energy, Inc.
jaltshul@carlsondash.com, kidstein@carlsondash.com

Kurt M. Carlson on behalf of Creditors CenterPoint Energy Services, Inc., FirstEnergy Solutions Corp., Creditor Ohio Edison Company, Creditor Westar Energy, Inc.
kcarlson@carlsondash.com, knoonan@carlsondash.com; bmurzanski@carlsondash.com

Barry A Chatz on behalf of Creditor MB Financial Bank, N.A.
bachatz@arnstein.com, jbmedziak@arnstein.com

William D Cherny on behalf of Creditor Stainless Shapes, Inc.
bill@chernylaw.com

Rosanne Ciambrone on behalf of Creditor Committee The Official Committee of Unsecured Creditors'
rciambrone@duanemorris.com, jkahane@duanemorris.com; rpdarke@duanemorris.com

William Cross on behalf of Creditor Walsh Construction Company
wcross@fslegal.com

Michael K Desmond on behalf of Creditor Walsh Construction Company
mdesmond@fslegal.com, dorisbay@fslegal.com

Joshua A Gadharf on behalf of Interested Party LB Industries, Inc.
jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com

David J. Gold on behalf of Debtor LB Steel, LLC
dgold@perkinscoie.com, jmatamoros@perkinscoie.com; ecf-f3d8ba2b0968@ecf.pacerpro.com

David A. Golin on behalf of Creditor MB Financial Bank, N.A.
dagolin@arnstein.com, mgonzalez@arnstein.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Kevin H Morse on behalf of Creditor MB Financial Bank, N.A.
khmorse@arnstein.com

John S Mrowiec on behalf of Creditor Conway & Mrowiec
jsm@cmcontractors.com

Matthew A Olins on behalf of Creditor Committee The Official Committee of Unsecured Creditors
maolins@duanemorris.com

John R Weiss on behalf of Creditor Committee The Official Committee of Unsecured Creditors'
jrweiss@duanemorris.com

Samuel C. Wisotzkey on behalf of Creditor Scot Forge Company
swisotzkey@kmksc.com, kmksc@kmksc.com

Stephen A Yokich on behalf of Creditor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International
efile@dbb-law.com, syokich@dbb-law.com

**Served as indicated:**

| Name | Party Type | Fax No. or Email | Type of Service |
| --- | --- | --- | --- |
| Office of the U.S. Trustee<br>Attn Roman Sukley<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | U.S. Trustee | USTPRegion11.es.ecf@usdoj.gov | ECF and Messenger |
| Evraz North America<br>Attn Jim Torongo<br>200 E Randolph<br>Chicago, IL 60601 | Committee Member | Jim.Torongo@evrazna.com | U.S. Mail |
| SSAB Americas<br>Attn John Thompson<br>801 Warrenville Rd, Ste 800<br>Lisle, IL 60532 | Committee Member | 630-810-4608<br>John.Thompson@SSAB.com | U.S. Mail |
| Janco Steel<br>Attn Terrie Demelo<br>925 Arvin Ave<br>Stoney Creek<br>Ontario Canada L8E5N9 | Committee Member | 905-643-3585<br>Tdemelo@jancosteel.com | U.S. Mail |
| Welding Industrial Supply<br>Attn Craig Devries<br>2200 N Western Ave<br>Chicago, IL 60647 | Committee Member | 773-384-7273<br>Cdevries@wiscoonline.com | U.S. Mail |
| ThyssenKrupp Materials NA<br>Attn Ronald J. Vilag<br>22355 W 11 Mile Rd<br>Southfield, MI 48033 | Top 20 Creditor | Ronald.Vilag@thyssenkrupp.com | U.S. Mail |
| Blue Cross Blue Shield of IL<br>Attn Cindy Bierovic<br>1020 W 31st St., Ste 600<br>Downers Grove, IL 60515-5000 | Top 20 Creditor | 312-938-4624<br>Bierovic@bcbsil.com | U.S. Mail |
| Kamm Insurance Group<br>Attn Jennifer Brooks<br>300 S Wacker Dr., Ste 1000<br>Chicago, IL 60606 | Top 20 Creditor | 312-256-8413<br>Jbrooks@kammgroup.com | U.S. Mail |

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| Steel Canada Recycling Ltd.<br>Attn Shafiq Rajwany<br>355 Traders Blvd East<br>Mississauga<br>Ontario Canada L4Z2E5 | Top 20 Creditor | 905-890-5391<br>Shafiq@steelcanada.com | U.S. Mail |
| Russel Metals<br>Attn Sam Ledonne<br>185 Barton Street East<br>Stoney Creek<br>Ontario Canada  L8E2K3 | Top 20 Creditor | 905-662-8201<br>Sledonne@russelmetals.com | U.S. Mail |
| U.S. Steel Div of USX Corp.<br>Attn Robert T. Lewis<br>600 Grant St, #450<br>Pittsburgh, PA 15219 | Top 20 Creditor | Rlewis@USS.com | U.S. Mail |
| Danico Construction Inc.<br>Attn Jim Sampagnaro<br>29724 Ashland Ave<br>Beecher, IL 60401 | Top 20 Creditor | Danicoinc@sbcglobal.net | U.S. Mail |
| Nucor Steel - Hertford<br>Attn Amy Poston<br>1505 River Rd<br>Cofield, NC 27922 | Top 20 Creditor | Amy.poston@nucor.com | U.S. Mail |
| Norfolk Iron & Metal<br>Attn Jordan Buettner<br>3001 N Victory Rd<br>Norfolk, NE 68702 | Top 20 Creditor | Jbuettner@norfolkiron.com | U.S. Mail |
| Joseph T. Ryerson & Son, Inc.<br>Attn Kevin Rusin<br>1050 Warrenville Rd<br>Lisle, IL 60532 | Top 20 Creditor | 312.292.5200<br>Kevin.rusin@ryerson.com | U.S. Mail |
| Olympic Steel<br>Attn Cathy Schey<br>1901 Mitchell Blvd<br>Schaumburg, IL 60193 | Top 20 Creditor | Cschey@olysteel.com | U.S. Mail |
| PSC Metals Inc.<br>Attn Steve Minnier<br>4250 E 68th St<br>Cleveland, OH 44105 | Top 20 Creditor | 216-641-2219<br>Sminnier@pscmetals.com | U.S. Mail |
| Alro Steel Corporation<br>Attn Randy Halsey<br>777 Industrial Dr.<br>University Park, IL 60466 | Top 20 Creditor | 708-534-5563<br>Rhalsey@alro.com | U.S. Mail |

| Name | Party Type | Fax No. or Email | Type of Service |
| --- | --- | --- | --- |
| Praxair Distribution Inc. Headquarters<br>39 Old Ridgebury Rd.<br>Danbury, CT 06810 | Top 20 Creditor | 708-425-9602<br>Joseph_a_muting@praxair.com | U.S. Mail |
| Russell R. Johnson III<br>John M. Craig<br>Russell R. Johnson III, PLC<br>2258 Wheatlands Dr.<br>Manakin-Sabot, VA 23103 | Rule 2002 - Attorneys for CenterPoint Energy, et al. | | U.S. Mail |

**Other purported secured creditors, served as indicated:**

| Name | Party Type | Fax No. or Email | Type of Service |
| --- | --- | --- | --- |
| American National Bank<br>8990 West Dodge Road<br>Omaha, NE 68114 | UCC | | U.S. Mail |
| Yamazen Inc.<br>735 E. Remington Rd.<br>Schaumburg, IL 60173 | Additional notice party | | U.S. Mail |
| Atlas Copco Cust Finance USA 34 Maple Ave<br>PO Box 2028<br>Pine Brook, NJ 07058 | UCC | | U.S. Mail |
| Bank of the West<br>7101 College Blvd, Ste 550<br>Overland Park, KS 66210 | UCC | | U.S. Mail |
| Caterpillar Inc.<br>100 N.E. Adams St<br>Peoria, IL 61629 | UCC | | U.S. Mail |
| JPMorgan Chase Bank, NA<br>Mail Code IL1-0199<br>300 S Riverside Plaza<br>Chicago, IL 60670 | UCC | | U.S. Mail |
| NMHG Financial Services, Inc.<br>PO Box 35701<br>Billings, MT 59107 | UCC | | U.S. Mail |
| NMHG Financial Services Inc<br>201 Merritt 7<br>Norwalk, CT 06851 | Additional notice address | | U.S. Mail |

- 6 -

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| Trumbull County Auditor<br>Real Estate Tax Div.<br>160 High St., NW<br>Warren, OH 44481 | Real Estate Tax Authority | | U.S. Mail |
| De Lage Landen Financial Svc<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | Copiers and Machinery leases | | U.S. Mail |
| Commercial Capital Co, LLC<br>8215 Melrose Dr., Ste 100<br>Lenexa, KS 66214 | Copier lease | | U.S. Mail |