IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
LB STEEL, LLC,                                                 :    Case No. 15-35358
                                                               :
                    Debtor.                                    :
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Angela Ferrante, being duly sworn, depose and state:

1. I am a Vice President with Garden City Group, LLC, the notice, claims and balloting agent for the debtor in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On November 30, 2015, the following documents were electronically filed and served through the Case Management/Electronic Case Filing System automatically generated by the United States Bankruptcy Court for the Northern District of Illinois on the parties identified on Exhibit A annexed hereto (Master Service List and 2002 List who are registered with CM/ECF):

- **Order Approving Application of the Debtor to Retain and Employ Garden City Group, LLC as Notice, Claims, and Balloting Agent for the Debtor as of November 20, 2015 ("Order Retaining and Employing Garden City Group LLC")** [Docket No. 121];

- **Order Authorizing Joseph T. Ryerson & Son, Inc. and the Debtor to Set Off Mutual Obligations ("Order to Set Off Obligations")** [Docket No. 122];

- **Order Approving Application of the Official Committee of Unsecured Creditors to Employ Duane Morris LLP as Counsel ("Order Authorizing Employment of Duane Morris LLP")** [Docket No. 123]; and

- **Order Authorizing the Retention and Compensation of Certain Professionals in the Ordinary Course of Business ("Order Authorizing Retention and Compensation of Ordinary Course Professionals")** [Docket No. 124].

3. On November 30, 2015, at the direction of Perkins Coie LLP, Proposed Attorneys for the Debtor, I caused true and correct copies of the **Order Retaining and Employing Garden City Group LLC**, the **Order to Set Off Obligations**, the **Order Authorizing Employment of Duane Morris LLP** and the **Order Authorizing Retention and Compensation of Ordinary Course Professionals** to be served by first class mail on the parties identified on Exhibit B annexed hereto (Master Service List and 2002 List who are not registered with CM/ECF).

/s/ Angela Ferrante
Angela Ferrante

Sworn to before me this 2nd day of
December, 2015

/s/ Debra Wolther
Debra Wolther
Notary Public, State of New York
No. 02WO4853469
Qualified in Nassau County
Commission Expires: January 27, 2018

# EXHIBIT A

ARNSTEIN & LEHR LLP
ATTN BARRY A CHATZ
120 S RIVERSIDE PLAZA, STE 1200
CHICAGO IL 60600
email: bachatz@arnstein.com; jbmedziak@arnstein.com

ARNSTEIN & LEHR LLP
ATTN KEVIN H MORSE
120 S RIVERSIDE PLAZA, STE 1200
CHICAGO IL 60606
email: khmorse@arnstein.com

ARNSTEIN & LEHR LLP
ATTN DAVID A GOLIN
120 S RIVERSIDE PLAZA, STE 1200
CHICAGO IL 60606
email: dagolin@arnstein.com; mgonzalez@arnstein.com

CARLSON DASH, LLC
ATTN KURT M CARLSON
216 S JEFFERSON ST, STE 504
CHICAGO IL 60661
email: kcarlson@carlsondash.com; knoonan@carlsondash.com; bmurzanski@carlsondash.com

CARLSON DASH, LLC
ATTN JEFFREY E ALTSHUL
216 S JEFFERSON ST, STE 504
CHICAGO IL 60661
email: jaltshul@carlsondash.com; kidstein@carlsondash.com

CHERNY LAW OFFICES, PC
ATTN WILLIAM D CHERNY
1111 S. WASHINGTON ST
NAPERVILLE IL 60540
email: bill@chernylaw.com

CONWAY & MROWIEC
ATTN TIMOTHY R CONWAY
20 S CLARK ST, STE 1000
CHICAGO IL 60603
email: trc@cmcontractors.com

CONWAY & MROWIEC
ATTN ERIK R NELSON
20 S CLARK ST, STE 1000
CHICAGO IL 60603
email: ern@cmcontractors.com

CONWAY & MROWIEC
ATTN JOHN S MROWIEC
20 S CLARK ST
STE 1000 STE 100
CHICAGO IL 60603-1825
email: jsm@cmcontractors.com

DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YO
ATTN STEPHEN A YOKICH
8 S MICHIGAN AVE, 19TH FL
CHICAGO IL 60603
email: efile@dbb-law.com; syokich@dbb-law.com

DUANE MORRIS LLP
ATTN ROSANNE CIAMBRONE
190 S LASALLE ST, STE 3700
CHICAGO IL 60603
email: rciambrone@duanemorris.com; jkahane@duanemorris.com; rpdarke@duanemorris.com

DUANE MORRIS LLP
ATTN KERI L WINTLE
100 HIGH ST, STE 2400
CHICAGO IL 02110
email: klwintle@duanemorris.com

DUANE MORRIS LLP
ATTN MATTHEW A OLINS
190 S LASALLE ST STE 3700
CHICAGO IL 60603
email: maolins@duanemorris.com

DUANE MORRIS LLP
ATTN JOHN R WEISS
190 S LASALLE ST, STE 3700
CHICAGO IL 60603
email: jrweiss@duanemorris.com

FIGLIULO & SILVERMAN, PC
ATTN MICHAEL K DESMOND
10 S LASALLE ST, STE 3600
CHICAGO IL 60603
email: mdesmond@fslegal.com; dorisbay@fslegal.com

FIGLIULO & SILVERMAN, PC
ATTN WILLIAM CROSS
10 S LASALLE ST, STE 3600
CHICAGO IL 60603
email: wcross@fslegal.com

KOHNER, MANN & KAILAS, S C
ATTN SAMUEL C WISOTZKEY
4650 N PORT WASHINGTON RD, 2ND FL
MILWAUKEE WI 53212
email: swisotzkey@kmksc.com; kmksc@kmksc.com

MCDONALD HOPKINS LLC
ATTN DAVID A AGAY
300 N LASALLE, STE 2100
CHICAGO IL 60654
email: dagay@mcdonaldhopkins.com; mbrady@mcdonaldhopkins.com; mgupta@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com

MCDONALD HOPKINS LLC
ATTN JOSHUA A GADHARF
300 N LASALLE, STE 2100
CHICAGO IL 60654
email: jgadharf@mcdonaldhopkins.com; mhdocket@mcdonaldhopkins.com

OFFICE OF THE UNITED STATES TRUSTEE
ATTN ROMAN SUKLEY
219 S DEARBORN ST, RM 873
CHICAGO IL 60604
email: USTPRegion11.es.ecf@usdoj.gov

OFFICE OF THE UNITED STATES TRUSTEE
ATTN PATRICK S LAYNG
219 S DEARBORN ST, RM 873
CHICAGO IL 60604
email: USTPRegion11.ES.ECF@usdoj.gov

PERKINS COIE LLP
ATTN DAVID J GOLD
131 S DEARBORN ST, STE 1700
CHICAGO IL 60603
email: dgold@perkinscoie.com; jmatamoros@perkinscoie.com; ecf-f3d8ba2b0968@ecf.pacerpro.com

# EXHIBIT B

RUSSELL R JOHNSON III, PLC
ATTN JOHN M CRAIG
2258 WHEATLANDS DR.
MANAKIN-SABOT, VA 23103

RUSSELL R JOHNSON III, PLC
ATTN RUSSELL R JOHNSON III
2258 WHEATLANDS DR.
MANAKIN-SABOT, VA 23103