**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| LB Steel, LLC, | Case No. 15-35358 |
| Debtor. | Honorable Janet S. Baer |

## CERTIFICATE OF SERVICE

David J. Gold, an attorney, hereby certifies that on February 18, 2016, he caused a copy of the *Notice of Identity of Bidders for the Sale of LB Steel, LLC's Assets* to be served via electronic mail, U.S. Priority Express Mail, or FedEx Standard Overnight, postage prepaid, upon all defendants listed below as so indicated.

**Via U.S. Priority Express Mail:**

NMHG Financial Services, Inc.
P.O. Box 35701
Billings, MT 59107

Toshiba Financial Services
P.O. Box 790448
St. Louis, MO 63179

**Via FedEx Standard Overnight:**

Commercial Capital Co., LLC
8215 Melrose Dr., Suite 100
Lenexa, KS 66214

NMHG Financial Services, Inc.
201 Merritt 7
Norwalk, CT 06851

NMHG Financial Services, Inc.
10 Riverview Drive
Danbury, CT 06851

De Lage Landen Financial Services
1111 Old Eagle School Rd.
Wayne, PA 19087

National Machine Tool Financial
80 Gordon Street
Elk Grove Village, IL 60007

Shopmen's Local Union 473
International Association of Bridge Iron Workers
1819 Beach Street
Broadview, IL 60155

Joanne Zettle
68 Olive Street
Chagrin Falls, OH 44022

S-M-A-R-T Workers Union Local #2
2902 Blue Ridge Blvd.
Kansas City, MO 64129
Attn: Gregory Chastain

129949398.1

**Via Electronic Mail:**

| | |
|---|---|
| Gerdes Family, LLC<br>jstutz@emlawkc.com | Goich Real Estate LLC<br>mgoich@lbsteel.com<br>jcohen@cohenandkrol.com<br>jcohenattorney@gmail.com<br>gkrol@cohenandkrol.com<br>jneiman@cohenandkrol.com<br>trotman@cohenandkrol.com |
| MZG Associates LLC<br>mgoich@lbsteel.com<br>jcohen@cohenandkrol.com<br>jcohenattorney@gmail.com<br>gkrol@cohenandkrol.com<br>jneiman@cohenandkrol.com<br>trotman@cohenandkrol.com | LB Steel Acquisitions V, LLC<br>rkrems@lallypipe.com<br>dagay@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com<br>mgoich@lbsteel.com |
| United Steel Workers<br>syokich@dbb-law.com | |

DATED: February 22, 2016          **David J. Gold**

By: */s/ David J. Gold*
PERKINS COIE LLP
Daniel A. Zazove
David J. Gold
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
dgold@perkinscoie.com

129949398.1