# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 15-35358 |
| LB STEEL, LLC, | ) | |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |

## TRANSCRIPT OF FEBRUARY 22, 2016 SALE OF THE DEBTOR'S ASSETS PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE

Page 1

1              IN RE:  LB STEEL, LLC
2        IN THE UNITED STATES BANKRUPTCY COURT
       FOR THE NORTHERN DISTRICT OF ILLINOIS
3                  EASTERN DIVISION
4   In Re:                          )  Chapter 11
    LB STEEL, LLC,                  )  Case No. 15-35358
5                                   )  Honorable Janet S.
                                    )  Baer
6              Debtor,              )
7
8            The Section 363 Sale of the Assets
9   of LB Steel LLC, had in the above-entitled
10  cause, pursuant to the Federal Rules of Civil
11  Procedure of the United States Bankruptcy
12  Courts, taken before JANET L. ROBBINS, CSR
13  No. 84-2207, Certified Shorthand Reporter of
14  the State of Illinois, at Perkins Coie, 131
15  South Dearborn Street, Suite 1700, Chicago,
16  Illinois on February 22, 2016, at 10:18 a.m.
17
18  Job no. 104081
19
20
21
22
23
24
25

## Page 2

1  APPEARANCES
2
3  PERKINS COIE
     BY:  DANIEL ZAZOVE, ESQ.
4        DAVID GOLD, ESQ.
         KENNETH CRANE, ESQ.
5  131 South Dearborn Street
   Chicago, Illinois  60603
6      appeared on behalf of the Debtor;
7
8  DUANE MORRIS
     BY:  JOHN ROBERT WEISS, ESQ.
9        MATTHEW OLINS, ESQ.
   190 South LaSalle Street
10 Chicago, Illinois  60603
       appeared on behalf of Official Committee
11     of Unsecured Creditors;
12
13 ARNSTEIN & LEHR
     BY:  DAVID GOLIN, ESQ.
14        BARRY CHATZ, ESQ.
   120 South Riverside Plaza
15 Chicago, Illinois  60606
       appeared on behalf of MB Financial;
16
17
18 BRYAN CAVE
     BY:  LESLIE BAYLES, ESQ.
19 Chicago, Illinois  60601
       appeared on behalf of LB Metals,
20     Big Shoulders Capital.
21
22
23
24
25

## Page 3

1  APPEARANCES:  (Continued)
2
3  ALSO PRESENT:
4  MICHAEL GOICH, LB Steel LLC
5  JOSEPH GREENWOOD, Livingstone Partners LLC,
       Investment Banker for Debtor
6  MARK CARL, Livingstone Partners LLC
       Investment Banker for Debtor;
7
   PATRICK J. O'MALLEY, CPA, Development
8  Specialists, Inc.
       Chief Restructuring Officer for Debtor;
9  JEFFREY S. GASBARRA, CPA, Development Financial
   Specialists, Inc.
10     Financial Advisor to Debtor;
11 ANDREW J. CAMERON, Big Shoulders Capital
   DAVID A. MUSLIN, Big Shoulders Capital
12 EVAN NADLER, Big Shoulders Capital
13 PETER T. GLIMCO, ESQ., General Counsel,
       The Walsh Group
14
   LINDA M. WEBER, MB Financial Bank, N.A.,
15     Senior Vice President, Director of Managed
       Assets
16 CURTIS SLACK, MB Financial Bank, N.A.
   MIKE DINAN, MB Financial Bank, N.A.
17
   DAVID WATSON, Chief Financial Officer,
18     The Ernest-Spencer Companies
19 DAVE SCHMITT, Armor
   JEFF STAGNARO, Armor
20
21 MICHELE FRISKE, Evraz Inc., N.A.
22 REPORTED BY:  JANET L. ROBBINS, CSR, RPR
23
24
25

## Page 4

1          IN RE:  LB STEEL, LLC
2          MR. ZAZOVE:  Thank you all for
3  attending.  My name is Dan Zazove.  I'm one
4  of the attorneys for the Debtor in this
5  case.  We're here today to auction off the
6  assets of LB Steel.
7          I believe that there's a sign-in
8  sheet circulating.  If everyone would
9  please sign in, we'll make copies of that
10 available for everyone who is here.
11         We should indicate at the start that
12 pursuant to the order of Court, we had an
13 approved bidding process.
14         I would like everyone to know that
15 we have received bids from four parties and
16 that all the parties are qualified bidders.
17 Everyone who in this room is qualified,
18 qualification meaning that they have signed
19 an asset purchase agreement, they have
20 made, if they're required, a required
21 earnest money deposit.  Their bids are
22 unconditional.  So when we start the
23 auction, everybody is on the same page.
24         I should let everybody know that
25 there are assets of the company in

## Page 5

1          IN RE:  LB STEEL, LLC
2  different locations; that as far as we
3  know, all of the bids that we've received
4  include certain of the assets in Warren,
5  Ohio.
6          MR. O'MALLEY:  Not all of them, no.
7          MR. ZAZOVE:  Oh, okay.
8          MR. WEISS:  Topeka.
9          MR. ZAZOVE:  I'm sorry.  Topeka.  I
10 misspoke.  Topeka.  And that certain of the
11 assets in Warren are included in the bids
12 and certain assets are excluded.
13         To date, I will inform who is here
14 that the highest and best offer that we've
15 received among the parties in this room is
16 a bid that we've received from MB Financial
17 Bank in the amount of $10.9 million.  That
18 bid also excludes cash and it excludes
19 litigation claims, which are defined in the
20 asset purchase agreement.  And other
21 parties have included litigation claims;
22 not everyone has.
23         So we would be looking for the
24 parties to make advanced bids beyond the
25 $10.9 million for our evaluation.

Page 6

1    IN RE:  LB STEEL, LLC
2        And what our plan is is that after I
3    make these introductory remarks, everybody
4    has got their own rooms and we will come
5    visit with each of you.
6        If there are questions that we have
7    regarding the asset purchase agreement or
8    things that need to be clarified, we'll
9    identify those for you and then we'll ask
10   you whether or not you wish to increase
11   your offer beyond that which we've received
12   from MB Financial Bank.
13       Before we start, though, let me ask:
14   Does anybody have any questions?
15       MR. MUSLIN:  Sorry.
16       MR. ZAZOVE:  I hear no questions.
17       MR. STAGNARO:  Jeff Stagnaro with
18   Armor Group.
19       Are we entitled to a copy of
20   MB Financial's APA so that we know what
21   we're bidding against?
22       MR. ZAZOVE:  Generally, we don't
23   provide those.  But, I mean, I can tell you
24   pretty much that it's a straight
25   $10.9 million bid and that it excludes

Page 7

1    IN RE:  LB STEEL, LLC
2    cash, you identify how much cash is
3    available in the company now, and it
4    excludes litigation claims, which are
5    pretty much identified in the -- defined in
6    the asset purchase agreement.  But other
7    than that, it includes the same terms that
8    other parties are bidding on.
9        I would indicate that the Bank's bid
10   does not provide for the assumption of any
11   liabilities or executory contracts.  There
12   would be no cure sums.  There would be no
13   employee claims that the Bank would be
14   taking.
15       MR. GOLIN:  One further
16   clarification.  Our bid does include the
17   Warren property as defined, not the real
18   estate, but the Warren property.
19       MR. ZAZOVE:  Right, the sheeting
20   equipment and the inventory in Warren is
21   included in the Bank's bid.
22       Any questions before we break?
23       We'll be available for questions
24   after we break.  All right.
25       MR. MUSLIN:  I'm good.

Page 8

1    IN RE:  LB STEEL, LLC
2        MR. ZAZOVE:  Very good.
3        Listen, one other point is that --
4    there were some question -- we left each of
5    the bidders which contracts they wish to
6    assume, and people had indicated that they
7    would like lists of what the contracts
8    were.  So those are now -- if you don't
9    have copies of those, they're now
10   available.  We did post them.  I assume
11   everybody has got them now.
12       MR. GREENWOOD:  And recognizing that
13   they were just posted over the weekend,
14   we're prepared to spend some time with the
15   individual groups, to the extent you have
16   questions conceptually what some of the
17   contracts at least as pertain to.  We'd
18   like to have that dialogue with you kind of
19   between now and the next round of bidding.
20       One of the groups has requested some
21   time to log through the schedules, so DSI
22   and Livingstone will be prepared to walk
23   through the schedules, to the extent you
24   have specific questions.
25       MR. ZAZOVE:  Right.  We're not

Page 9

1    IN RE:  LB STEEL, LLC
2    suggesting that you need to assume or
3    reject any of them.  They're just giving
4    you the list of the ones that are
5    available.
6        With that, if there aren't any other
7    questions...
8        MR. MUSLIN:  One question.  Did you
9    say MB's bid includes cash or excludes
10   cash?
11       MR. ZAZOVE:  Excludes cash.
12       MR. MUSLIN:  Excludes cash and
13   litigation.
14       MR. ZAZOVE:  All right.  Everybody
15   has their rooms.
16       (Whereupon, a recess was had
17   from 10:24 a.m. to 6:22 p.m.)
18       MR. ZAZOVE:  We're going to back on
19   the record now at approximately 6:23 p.m.,
20   older, perhaps no wiser, but the same
21   people who were here this morning, for the
22   most part, are still here, including all of
23   our qualified bidders in the room.
24       In the interim, we've had
25   discussions with everyone for quite a

Page 10

IN RE: LB STEEL, LLC

while, and I'm pleased to announce that, while MB Financial Bank made the initial largest bid, we now have a bid which is, I think, acknowledged to be a higher and better offer, and that is the bid of Big Shoulders.

Let me go through the items of the bid in their presence, and I'm sure they will, and I invite them to, correct me if I misstate. The cash component of their offer is $11 million.

In addition, additional consideration, they will assume -- Big Shoulders will assume the obligations to employees for personal time off, that being principally vacation and leave time that may be due as of the closing.

The approximate amount of that claim is $490,000. It will not, however, assume any payroll obligations that are due for the post-petition period. Those will remain with the Debtor.

In addition, additional consideration is that Big Shoulders will

Page 11

IN RE: LB STEEL, LLC

have an option to acquire the Debtor's ownership interest in the entity which owns the real estate in Warren, Ohio for a purchase price of $250,000.

And they will have how long to exercise that option?

MS. BAYLES: 60 days.

MR. MUSLIN: 60 days.

MR. ZAZOVE: 60 days. However, because they are acquiring the other assets in Warren, Ohio, they will have the right to occupy the Warren premises for an additional --

MR. MUSLIN: 120 days.

MR. ZAZOVE: -- 120 days, provided that during that period they will pay occupancy costs as part of their occupation of the premises.

MR. MUSLIN: We didn't talking about that. We didn't talk about that. Do we know what the occupancy costs are?

MR. ZAZOVE: I would assume they're pretty much utilities and, I don't know, maybe a little bit of insurance, not much

Page 12

IN RE: LB STEEL, LLC

else, I wouldn't think.

MR. MUSLIN: We were -- we didn't think that we were paying utilities or the occupancy costs.

MR. ZAZOVE: I thought you said you were paying the utilities?

MR. MUSLIN: No, sir. Rent -- we -- we can just be on the premises for 120 days at no cost to Big Shoulders.

MR. ZAZOVE: The other thing is that the closing of the sale of the assets other than the Warren lease will occur within 30 days of the entry of the Court order, is that correct? We've asked you to shorten it, but you've insisted on 30 days.

MR. MUSLIN: That is correct, 30 days, sir.

MR. ZAZOVE: Okay. In addition, it will be the Debtor's responsibility to pay the cure costs on assumed obligations, executory contracts, up to $100,000. Those cure costs would include the cure of the mispayments on the Harvey leases, which we calculate and which were asserted as

Page 13

IN RE: LB STEEL, LLC

$98,210.94, exclusive of real estate taxes.

I just want to confirm with Mr. Goich, G-O-I-C-H, who is present, that that is his understanding as well?

MR. GOICH: Yes.

MR. ZAZOVE: Very good.

In addition, Big Shoulders will acquire for no additional consideration any avoidance action claims against Mr. Goich or any of his insiders or any entity that he or his insiders owns that the company may have as part of the transaction.

MR. MUSLIN: That's correct.

MR. ZAZOVE: Have I correctly described the terms?

MS. BAYLES: Yes.

MR. MUSLIN: Yes.

MR. ZAZOVE: Thank you.

Now, of course, we'll have to modify the asset purchase agreement to reflect these changes that we've made.

Yes Mr. Weiss?

MR. WEISS: Excluded assets from the estate include all the cash in the

Page 14

IN RE: LB STEEL, LLC

estate --
  MR. ZAZOVE: That is correct.
  MR. WEISS: -- as of the closing date?
  MR. ZAZOVE: Correct.
  MR. CHATZ: This is Barry Chatz for MB.
  Understand, however, that we will not release our lien unless we are paid in full. And the $11 million is not anticipated to pay us in full.
  Our anticipated close, now that it's 30 days after an entry of an order, we don't know what that differential number is.
  MR. ZAZOVE: Since it excludes cash, we believe we have sufficient cash to pay the balance of the bank's claim at the closing.
  MS. WEBER: And to run the company during the additional time?
  MR. ZAZOVE: Well, we will have to propose a budget for that purpose.
  MR. GOLIN: But to be clear, the

Page 15

IN RE: LB STEEL, LLC

Bank is not reducing its lien on the purchased assets unless it's paid its claim in full.
  MR. ZAZOVE: We think we've understood that from the beginning; it's a condition of the Bank's release that the Bank is paid in full.
  Are there any questions at least up to this point?
  Now, we should ask, since there's another bidder here, if they have anything that they would like to say or add or any other bids that they would wish to make at this point.
  MR. WEISS: You're not closing the auction right now?
  MR. ZAZOVE: No. I'm just asking if they have any other offers or bids that they'd like to make.
  MR. STAGNARO: Not at this time.
  MR. ZAZOVE: Subject to everybody's reservation of all of their rights, we intend to appear before her Honor, Judge Baer, tomorrow morning at 10 a.m., which

Page 16

IN RE: LB STEEL, LLC

was the scheduled date for a hearing with respect to the sale itself.
  We will probably most likely not have completed our work getting all the changes made to the asset purchase agreement and the schedules. And we may inform her of what's transpired so far, let everybody state what their opinion is and their view and ask her perhaps to adjourn the hearing until the afternoon when we may have a completed documents to present to her.
  Do we have any more questions or comments from anybody?
  MR. WEISS: As I indicated, you're not closing the auction at this point; we're going to break again, is my understanding? We're just going to have a little bit further conversation to see if there are no other bids from any other party on a final basis?
  MR. ZAZOVE: That is correct. That is correct. That's where we are as of this time.

Page 17

IN RE: LB STEEL, LLC

  I don't know if the parties will want to meet and convene before court tomorrow?
  MR. WEISS: I'd like to meet right now.
  MR. ZAZOVE: Well, we can do that. We can close the record perhaps -- do you want to close the record for this evening?
  MR. O'MALLEY: No, we're going to stay open. We're going to adjourn for a while and we'll report back with a status.
  MR. WEISS: It's an update.
  MR. O'MALLEY: Yes.
  MR. ZAZOVE: That's what we'll do. We'll go off the record now, but not close the record --
  MR. O'MALLEY: There we go.
  MR. ZAZOVE: -- at approximately 6:33 p.m.
  Thank you, all.
  (Whereupon, a recess was had from 6:33 p.m. to 7:26 p.m.)
  MR. ZAZOVE: We're back on the record. And it is now presently 7:26 p.m.

Page 18

1      IN RE: LB STEEL, LLC
2      The same parties are still assembled
3  here who were here before.  We have a new
4  offer, and this is made by the Armor Group,
5  Inc. who is present here in the conference
6  room with us.  Let me go through the terms
7  of the offer in their presence and let them
8  either agree or disagree and speak up.
9      So the offer we have received from
10 the Armor Group is the cash amount of
11 $10,750,000, and it excludes all of the
12 assets in Warren, Ohio.  That's machinery
13 and equipment; that's accounts receivable,
14 inventory, everything, real estate that's
15 there.
16     Similarly, to the Big Shoulders bid,
17 they would acquire what we call the Goich
18 avoidance actions.
19     Similarly, they will assume the
20 personal time off obligations to the
21 transferring employees, again,
22 approximately in the amount of $490,000.
23     The Debtor will pay the cure sums.
24 Again, $100,000 is our number.  Mr. Goich
25 is present and he's acknowledged the lower

Page 19

1      IN RE: LB STEEL, LLC
2  sum.  And they will close the sale within
3  15 days after the entry of the court order.
4      Have I said that correctly,
5  gentlemen?
6      MR. STAGNARO:  Yes.
7      MR. ZAZOVE:  Oh, one other thing.
8  In the last iteration of asset purchase
9  agreement they sent us, they had changed
10 the working capital adjustment.  They have
11 agreed that the working capital adjustment
12 will be the same as Big Shoulders working
13 capital adjustment, so they're apples to
14 apples.
15     The Debtor considers this to be,
16 again, a higher and better offer than we've
17 received from Big Shoulders.
18     We're not closing the auction, but
19 we now acknowledge that this is the highest
20 and best offer that we've received thus
21 far.
22     Does anybody have any questions as
23 of this moment or comments?
24     MR. CHATZ:  I want to make the same
25 similar comments to the Big Shoulders bid,

Page 20

1      IN RE: LB STEEL, LLC
2  that the Bank will not release its lien
3  unless it's paid in full at closing.
4      MR. ZAZOVE:  And we hereby assume
5  and acknowledge your prior comment as if
6  you had just made it in full again.
7      MR. MUSLIN:  You're saying it's
8  higher than our offer?
9      MR. ZAZOVE:  Correct.
10     MR. MUSLIN:  By how much?
11     MR. ZAZOVE:  Let my CPA do that
12 calculation.
13     MR. GREENWOOD:  Depends on the value
14 of Warren.
15     MR. ZAZOVE:  Right.
16     MR. MUSLIN:  That's what I'm asking,
17 how are you valuing Warren?
18     MR. O'MALLEY:  We should huddle on
19 that.
20     MR. ZAZOVE:  Give us a moment.
21 Don't leave.
22     MR. WEISS:  Off the record.
23     (Whereupon, a recess was had
24 from 7:28 p.m. to 7:31 p.m.)
25     MR. ZAZOVE:  The question on the

Page 21

1      IN RE: LB STEEL, LLC
2  table is how do we value the Warren, Ohio
3  assets for the purpose of this bid.  And we
4  valued all of those assets at $750,000.
5      MR. O'MALLEY:  So that's the total
6  Warren assets that would be excluded.
7  That's accounts receivable, inventory,
8  machinery and equipment, and the real
9  estate.
10     MR. ZAZOVE:  And I think there's
11 maybe a little bit of an IP there.  Isn't
12 there a name?
13     MR. CRANE:  Concord.
14     MR. ZAZOVE:  Concord.
15     Would you like some time?
16     MR. MUSLIN:  Please.
17     MR. ZAZOVE:  How much would you
18 think it's appropriate so we can give
19 you --
20     MR. MUSLIN:  15 minutes.
21     MR. ZAZOVE:  15 minutes will be just
22 fine.  Thank you.
23     (Whereupon, a recess was had
24 from 7:32 p.m. to 8:05 p.m.)
25     MR. ZAZOVE:  We're now back on the

Page 22

1    IN RE: LB STEEL, LLC
2  record and it's now 8:05.
3      We have a new offer. And the offer
4  is from Big Shoulders. And I'll state the
5  offer in their presence. They're here.
6  The cash has been increased from
7  $11 million to $11,400,000. The real
8  estate option has been reduced from
9  $250,000 to $150,000.
10     MR. MUSLIN: Correct.
11     MR. ZAZOVE: But they will close in
12 15 days, consistent.
13     There's one correction that I need
14 to make, and that is, last time when we
15 were talking about excluded assets, I was
16 excluding the name Concord, thinking that
17 would go with the Warren assets. I'm told
18 that the Concord is a name and trade style
19 that is used in connection with the assets
20 that are sold. I'm not sure about Topeka,
21 but certainly at Harvey. And, therefore,
22 the Concord name and the right to use that
23 trade style will remain and be part of the
24 assets sold with Harvey.
25     MR. MUSLIN: Correct. So we're

Page 23

1    IN RE: LB STEEL, LLC
2  getting the Concord name that's included in
3  our offer?
4      MR. ZAZOVE: Correct. Have I
5  correctly stated that?
6      MR. MUSLIN: Yes, sir.
7      MR. O'MALLEY: And, also, the Armor
8  Group offer would also include the Concord
9  Steel intellectual property. That's what
10 the clarification was really for, was the
11 previous bid where the Warren assets were
12 being excluded.
13     MR. ZAZOVE: They are now part of
14 everybody's bid.
15     MR. MUSLIN: Okay.
16     MR. ZAZOVE: We consider that to now
17 be the highest offer that we've received.
18     You can make the same caveat.
19     MR. GOLIN: Just a clarification,
20 the offer includes the Warren personal
21 property?
22     MR. ZAZOVE: It's the same as their
23 bid that they previously made. The changes
24 are the cash is increased to $11,400,000,
25 but the option to purchase the Warren real

Page 24

1    IN RE: LB STEEL, LLC
2  estate is reduced from 250 to 150, close in
3  15 days, all other terms stay the same.
4      My mistake on the Concord Steel
5  name, that's now included for everybody's
6  purposes with the assets.
7      MR. CHATZ: And as stated before,
8  there needs to be sufficient cash to close,
9  if necessary, on top of the 11.4, if that's
10 needed.
11     MR. WEISS: I'm just wondering if
12 there's a rebid.
13     MR. ZAZOVE: Sure. How long would
14 you think would be appropriate?
15     MR. STAGNARO: Five or ten minutes.
16     MR. ZAZOVE: I'll give you ten.
17     MR. GREENWOOD: We have pizzas
18 coming.
19     (Whereupon, a recess was had
20 from 8:08 p.m. to 8:53 p.m.)
21     MR. ZAZOVE: We're now back on the
22 record at 8:55.
23     We've heard the last offer from Big
24 Shoulders.
25     Armor, do you have anything that

Page 25

1    IN RE: LB STEEL, LLC
2  you'd like to say at this time?
3      MR. SCHMITT: We'll increase our
4  offer to 10 million 850 without taking
5  Warren and everything else is the same from
6  our previous bid.
7      MR. ZAZOVE: All right. Any
8  questions?
9      MR. WEISS: Dan, I'd like to ask
10 that we close the record and move on,
11 because the amount of money that we're
12 generating here in these hourlong breaks is
13 getting eaten up by the people around the
14 table waiting for the breaks. So either we
15 keep bidding or we close it and let's go
16 home. It's our money at this point that
17 we're playing with and we're not getting
18 anything out of it.
19     MR. ZAZOVE: Okay. I appreciate
20 your comment.
21     Big Shoulders, anything to say?
22     MR. MUSLIN: Are we still high or
23 are they high?
24     MR. ZAZOVE: They're high, by my
25 calculation, by $50,000, right?

Page 26

1    IN RE:  LB STEEL, LLC
2    MR. O'MALLEY:  Yeah.
3    MR. MUSLIN:  We'll increase our
4    offer 100 grand.
5    MR. ZAZOVE:  So let me just go
6    through this.  It would mean 11 million
7    500, all other terms stay the same, is that
8    correct?
9    MR. MUSLIN:  Correct.  If the man
10   wants to go home, we can't fool around
11   anymore.
12   MR. ZAZOVE:  Armor, it's up to you.
13   MR. SCHMITT:  Is a five-minute break
14   appropriate for a $100,000 raise?
15   MR. WEISS:  But at the end of the
16   five minutes, we're going to assume you're
17   not bidding at five minutes and we're going
18   home.
19   (Whereupon, a recess was had
20   from 8:55 p.m. to 8:59 p.m.)
21   MR. ZAZOVE:  Armor?
22   MR. SCHMITT:  We'll go up 100,000.
23   MR. ZAZOVE:  So that would be
24   $10,950,000, all other terms remain the
25   same, is that correct?

Page 27

1    IN RE:  LB STEEL, LLC
2    MR. SCHMITT:  Yes.
3    MR. CHATZ:  My comments prior that
4    were incorporated into the last discussion
5    continue throughout all of these
6    discussions.
7    MR. ZAZOVE:  We accept that caveat.
8    MR. CHATZ:  Thank you very much.
9    MR. MUSLIN:  Big Shoulders will go
10   eleven-six.
11   MR. GOLD:  So that's a raise of
12   $100,000 fro your previous position?
13   MR. MUSLIN:  Yes, sir.
14   MR. ZAZOVE:  And all other terms
15   remain the same, correct?
16   MR. MUSLIN:  Yes, sir.
17   MR. ZAZOVE:  Thank you.
18   MR. WEISS:  Are we through?
19   MR. SCHMITT:  We'll go up $100,000.
20   MR. ZAZOVE:  That would put you at
21   11,050,000, is that correct?
22   MR. SCHMITT:  That's correct.
23   MR. ZAZOVE:  All other terms remain
24   the same?
25   MR. SCHMITT:  Correct.

Page 28

1    IN RE:  LB STEEL, LLC
2    MR. ZAZOVE:  Thank you.
3    MR. MUSLIN:  Big Shoulders bids
4    eleven-seven.
5    MR. ZAZOVE:  Again, all other terms
6    remaining the same, is that correct?
7    MR. MUSLIN:  Yes, sir.
8    MR. ZAZOVE:  Thank you.
9    And your caveat is still there.
10   MR. CHATZ:  Thank you.
11   MR. SCHMITT:  We're not going to
12   bid.
13   MR. ZAZOVE:  All right.  Everybody
14   all through and all done?
15   Any other bids?  Should we close the
16   record at this time?
17   Before we close the record, let's go
18   through one more time and summarize.
19   So the final offer, the highest bid
20   received is from Big Shoulders in the cash
21   amount of $11,700,000.  It will close
22   within 15 days.  You have an option for 60
23   days to purchase the real estate in Warren
24   for $150,000.
25   The Debtor pays the cure sums up to

Page 29

1    IN RE:  LB STEEL, LLC
2    $100,000 on all executory contracts that
3    you desire to assume.
4    Mike, you're there.  You're fine?
5    MR. GOICH:  Yes.
6    MR. ZAZOVE:  Very good.
7    Big Shoulders assumes the
8    obligations for personal time off for
9    transferring employees in the approximate
10   amount of $490,000.
11   In addition, the claims that can be
12   asserted against Mr. Goich or his family
13   members or businesses owned by them are
14   transferred to you at the closing of the
15   sale.  And you have 60 days to exercise
16   your option on the Warren real estate, but
17   you have up to 120 days rent free in those
18   premises.
19   Have I stated all of those terms
20   correctly?
21   MR. MUSLIN:  Yes.  Did we cover all
22   points?
23   MS. BAYLES:  Right.
24   MR. ZAZOVE:  You did get the Concord
25   intellectual property as part of your

Page 30

1      IN RE: LB STEEL, LLC
2  offer. That's included.
3      MS. BAYLES: And just so it's clear,
4  the occupancy rights are without payments.
5  So not just rent free, but also utility
6  free.
7      MR. ZAZOVE: Right, without payment,
8  without occupancy costs to you, close
9  within 15 days.
10     MS. BAYLES: Correct.
11     MR. ZAZOVE: Does anybody have
12  anything to add?
13     At this time --
14     MR. GOLIN: That offer has been
15  accepted as the highest and best offer?
16     MR. ZAZOVE: We'll discuss that
17  among the parties. But as far as the
18  Debtor is concerned, yes.
19     We'll then close the record. Thank
20  you very much. Everybody have a nice
21  evening.
22     (THE PROCEEDINGS ENDED AT 9:05 P.M.
23  ON THIS DATE IN THE ABOVE-ENTITLED MATTER.)
24
25

Page 31

1
2              CERTIFICATE
3                  OF
4       CERTIFIED SHORTHAND REPORTER
5
6       I, JANET L. ROBBINS, a Certified
7  Shorthand Reporter of the State of Illinois,
8  CSR License No. 84-2207, do hereby certify that
9  I stenographically reported the proceedings had
10  at the sale of the assets, as aforesaid, and
11  that the foregoing transcript is a true and
12  accurate record of the proceedings had therein.
13     IN WITNESS WHEREOF, I do set my hand
14  at Chicago, Illinois, this 23rd day of
15  February, 2016.
16
17     _____
18       JANET L. ROBBINS, CSR, RPR
19       CSR No. 84-2207
20
21
22
23
24
25

## A

**$10,750,000 (1)** 18:11
**$10,950,000 (1)** 26:24
**$10.9 (3)** 5:17,25 6:25
**$100,000 (6)** 12:22 18:24 26:14 27:12,19 29:2
**$11 (3)** 10:12 14:11 22:7
**$11,400,000 (2)** 22:7 23:24
**$11,700,000 (1)** 28:21
**$150,000 (2)** 22:9 28:24
**$250,000 (2)** 11:5 22:9
**$490,000 (3)** 10:20 18:22 29:10
**$50,000 (1)** 25:25
**$750,000 (1)** 21:4
**$98,210.94 (1)** 13:2
**a.m (3)** 1:16 9:17 15:25
**above-entitled (2)** 1:9 30:23
**accept (1)** 27:7
**accepted (1)** 30:15
**accounts (2)** 18:13 21:7
**accurate (1)** 31:12
**acknowledge (2)** 19:19 20:5
**acknowledged (2)** 10:5 18:25
**acquire (3)** 11:2 13:9 18:17
**acquiring (1)** 11:11
**action (1)** 13:10
**actions (1)** 18:18
**add (2)** 15:13 30:12
**addition (5)** 10:13,24 12:19 13:8

29:11
**additional (5)** 10:13,24 11:14 13:9 14:22
**adjourn (2)** 16:10 17:11
**adjustment (3)** 19:10,11,13
**advanced (1)** 5:24
**Advisor (1)** 3:10
**aforesaid (1)** 31:10
**afternoon (1)** 16:11
**agree (1)** 18:8
**agreed (1)** 19:11
**agreement (7)** 4:19 5:20 6:7 7:6 13:21 16:7 19:9
**amount (7)** 5:17 10:19 18:10,22 25:11 28:21 29:10
**ANDREW (1)** 3:11
**announce (1)** 10:2
**anticipated (2)** 14:12,13
**anybody (4)** 6:14 16:15 19:22 30:11
**anymore (1)** 26:11
**APA (1)** 6:20
**appear (1)** 15:24
**APPEARANCES (2)** 2:1 3:1
**appeared (4)** 2:6,10,15,19
**apples (2)** 19:13,14
**appreciate (1)** 25:19
**appropriate (3)** 21:18 24:14 26:14
**approved (1)** 4:13
**approximate (2)** 10:19 29:9
**approximately (3)**

9:19 17:19 18:22
**Armor (9)** 3:19,19 6:18 18:4,10 23:7 24:25 26:12,21
**ARNSTEIN (1)** 2:13
**asked (1)** 12:15
**asking (2)** 15:18 20:16
**assembled (1)** 18:2
**asserted (2)** 12:25 29:12
**asset (7)** 4:19 5:20 6:7 7:6 13:21 16:6 19:8
**assets (22)** 1:8 3:15 4:6,25 5:4,11 5:12 11:11 12:12 13:24 15:3 18:12 21:3,4,6 22:15,17 22:19,24 23:11 24:6 31:10
**assume (11)** 8:6,10 9:2 10:14,15 10:20 11:23 18:19 20:4 26:16 29:3
**assumed (1)** 12:21
**assumes (1)** 29:7
**assumption (1)** 7:10
**attending (1)** 4:3
**attorneys (1)** 4:4
**auction (5)** 4:5,23 15:17 16:17 19:18
**available (5)** 4:10 7:3,23 8:10 9:5
**avoidance (2)** 13:10 18:18

## B

**back (5)** 9:18 17:12,24 21:25 24:21
**Baer (2)** 1:5 15:25
**balance (1)** 14:19
**Bank (10)** 3:14,16,16 5:17 6:12

7:13 10:3 15:2,8 20:2
**bank's (4)** 7:9,21 14:19 15:7
**Banker (2)** 3:5,6
**Bankruptcy (2)** 1:2,11
**Barry (2)** 2:14 14:7
**basis (1)** 16:22
**BAYLES (6)** 2:18 11:8 13:17 29:23 30:3,10
**beginning (1)** 15:6
**behalf (4)** 2:6,10,15,19
**believe (2)** 4:7 14:18
**best (3)** 5:14 19:20 30:15
**better (2)** 10:6 19:16
**beyond (2)** 5:24 6:11
**bid (20)** 5:16,18 6:25 7:9,16 7:21 9:9 10:4,4,6,9 18:16 19:25 21:3 23:11,14,23 25:6 28:12,19
**bidder (1)** 15:12
**bidders (3)** 4:16 8:5 9:23
**bidding (6)** 4:13 6:21 7:8 8:19 25:15 26:17
**bids (10)** 4:15,21 5:3,11,24 15:14,19 16:21 28:3 28:15
**Big (20)** 2:20 3:11,11,12 10:6 10:14,25 12:10 13:8 18:16 19:12,17,25 22:4 24:23 25:21 27:9 28:3,20 29:7
**bit (3)** 11:25 16:20 21:11
**break (4)** 7:22,24 16:18 26:13
**breaks (2)** 25:12,14

**BRYAN (1)** 2:18
**budget (1)** 14:24
**businesses (1)** 29:13

## C

**calculate (1)** 12:25
**calculation (2)** 20:12 25:25
**call (1)** 18:17
**CAMERON (1)** 3:11
**capital (7)** 2:20 3:11,11,12 19:10 19:11,13
**CARL (1)** 3:6
**case (2)** 1:4 4:5
**cash (16)** 5:18 7:2,2 9:9,10,11 9:12 10:11 13:25 14:17,18 18:10 22:6 23:24 24:8 28:20
**cause (1)** 1:10
**CAVE (1)** 2:18
**caveat (3)** 23:18 27:7 28:9
**certain (3)** 5:4,10,12
**certainly (1)** 22:21
**CERTIFICATE (1)** 31:2
**Certified (3)** 1:13 31:4,6
**certify (1)** 31:8
**changed (1)** 19:9
**changes (3)** 13:22 16:6 23:23
**Chapter (1)** 1:4
**Chatz (8)** 2:14 14:7,7 19:24 24:7 27:3,8 28:10
**Chicago (6)** 1:15 2:5,10,15,19 31:14

**Chief (2)**
3:8,17
**circulating (1)**
4:8
**Civil (1)**
1:10
**claim (3)**
10:19 14:19 15:3
**claims (6)**
5:19,21 7:4,13 13:10
  29:11
**clarification (3)**
7:16 23:10,19
**clarified (1)**
6:8
**clear (2)**
14:25 30:3
**close (15)**
14:13 17:8,9,16 19:2
  22:11 24:2,8 25:10
  25:15 28:15,17,21
  30:8,19
**closing (9)**
10:18 12:12 14:4,20
  15:16 16:17 19:18
  20:3 29:14
**Coie (2)**
1:14 2:3
**come (1)**
6:4
**coming (1)**
24:18
**comment (2)**
20:5 25:20
**comments (4)**
16:15 19:23,25 27:3
**Committee (1)**
2:10
**Companies (1)**
3:18
**company (4)**
4:25 7:3 13:12 14:21
**completed (2)**
16:5,12
**component (1)**
10:11
**conceptually (1)**
8:16
**concerned (1)**
30:18
**Concord (9)**
21:13,14 22:16,18,22
  23:2,8 24:4 29:24
**condition (1)**
15:7
**conference (1)**

18:5
**confirm (1)**
13:3
**connection (1)**
22:19
**consider (1)**
23:16
**consideration (3)**
10:14,25 13:9
**considers (1)**
19:15
**consistent (1)**
22:12
**continue (1)**
27:5
**Continued (1)**
3:1
**contracts (6)**
7:11 8:5,7,17 12:22
  29:2
**convene (1)**
17:3
**conversation (1)**
16:20
**copies (2)**
4:9 8:9
**copy (1)**
6:19
**correct (21)**
10:10 12:15,17 13:14
  14:3,6 16:23,24
  20:9 22:10,25 23:4
  26:8,9,25 27:15,21
  27:22,25 28:6 30:10
**correction (1)**
22:13
**correctly (4)**
13:15 19:4 23:5 29:20
**cost (1)**
12:10
**costs (6)**
11:18,22 12:5,21,23
  30:8
**Counsel (1)**
3:13
**course (1)**
13:20
**court (5)**
1:2 4:12 12:14 17:3
  19:3
**Courts (1)**
1:12
**cover (1)**
29:21
**CPA (3)**
3:7,9 20:11

**CRANE (2)**
2:4 21:13
**Creditors (1)**
2:11
**CSR (5)**
1:12 3:22 31:8,18,19
**cure (6)**
7:12 12:21,23,23
  18:23 28:25
**CURTIS (1)**
3:16

---
**D**

**Dan (2)**
4:3 25:9
**DANIEL (1)**
2:3
**date (4)**
5:13 14:5 16:2 30:23
**DAVE (1)**
3:19
**DAVID (4)**
2:4,13 3:11,17
**day (1)**
31:14
**days (18)**
11:8,9,10,15,16 12:9
  12:14,16,18 14:14
  19:3 22:12 24:3
  28:22,23 29:15,17
  30:9
**Dearborn (2)**
1:15 2:5
**Debtor (12)**
1:6 2:6 3:5,6,8,10 4:4
  10:23 18:23 19:15
  28:25 30:18
**Debtor's (2)**
11:2 12:20
**defined (3)**
5:19 7:5,17
**Depends (1)**
20:13
**deposit (1)**
4:21
**described (1)**
13:16
**desire (1)**
29:3
**Development (2)**
3:7,9
**dialogue (1)**
8:18
**different (1)**
5:2
**differential (1)**

14:15
**DINAN (1)**
3:16
**Director (1)**
3:15
**disagree (1)**
18:8
**discuss (1)**
30:16
**discussion (1)**
27:4
**discussions (2)**
9:25 27:6
**DISTRICT (1)**
1:2
**DIVISION (1)**
1:3
**documents (1)**
16:12
**DSI (1)**
8:21
**DUANE (1)**
2:8
**due (2)**
10:18,21

---
**E**

**earnest (1)**
4:21
**EASTERN (1)**
1:3
**eaten (1)**
25:13
**either (2)**
18:8 25:14
**eleven-seven (1)**
28:4
**eleven-six (1)**
27:10
**employee (1)**
7:13
**employees (3)**
10:16 18:21 29:9
**ENDED (1)**
30:22
**entitled (1)**
6:19
**entity (2)**
11:3 13:11
**entry (3)**
12:14 14:14 19:3
**equipment (3)**
7:20 18:13 21:8
**Ernest-Spencer (1)**
3:18
**ESQ (9)**

2:3,4,4,8,9,13,14,18
  3:13
**estate (11)**
7:18 11:4 13:2,25
  14:2 18:14 21:9
  22:8 24:2 28:23
  29:16
**evaluation (1)**
5:25
**EVAN (1)**
3:12
**evening (2)**
17:9 30:21
**everybody (8)**
4:23,24 6:3 8:11 9:14
  16:9 28:13 30:20
**everybody's (3)**
15:22 23:14 24:5
**Evraz (1)**
3:21
**excluded (5)**
5:12 13:24 21:6 22:15
  23:12
**excludes (9)**
5:18,18 6:25 7:4 9:9
  9:11,12 14:17 18:11
**excluding (1)**
22:16
**exclusive (1)**
13:2
**executory (3)**
7:11 12:22 29:2
**exercise (2)**
11:7 29:15
**extent (2)**
8:15,23

---
**F**

**family (1)**
29:12
**far (4)**
5:2 16:8 19:21 30:17
**February (2)**
1:16 31:15
**Federal (1)**
1:10
**final (2)**
16:22 28:19
**Financial (10)**
2:15 3:9,10,14,16,16
  3:17 5:16 6:12 10:3
**Financial's (1)**
6:20
**fine (2)**
21:22 29:4
**five (3)**

24:15 26:16,17
**five-minute (1)**
26:13
**fool (1)**
26:10
**foregoing (1)**
31:11
**four (1)**
4:15
**free (3)**
29:17 30:5,6
**FRISKE (1)**
3:21
**fro (1)**
27:12
**full (6)**
14:11,12 15:4,8 20:3
20:6
**further (2)**
7:15 16:20

───────── G ─────────
**G-O-I-C-H (1)**
13:4
**GASBARRA (1)**
3:9
**General (1)**
3:13
**Generally (1)**
6:22
**generating (1)**
25:12
**gentlemen (1)**
19:5
**getting (4)**
16:5 23:2 25:13,17
**give (3)**
20:20 21:18 24:16
**giving (1)**
9:3
**GLIMCO (1)**
3:13
**go (12)**
10:8 17:16,18 18:6
22:17 25:15 26:5,10
26:22 27:9,19 28:17
**Goich (8)**
3:4 13:4,6,10 18:17
18:24 29:5,12
**going (8)**
9:18 16:18,19 17:10
17:11 26:16,17
28:11
**GOLD (2)**
2:4 27:11
**GOLIN (5)**

2:13 7:15 14:25 23:19
30:14
**good (4)**
7:25 8:2 13:7 29:6
**grand (1)**
26:4
**GREENWOOD (4)**
3:5 8:12 20:13 24:17
**Group (5)**
3:13 6:18 18:4,10
23:8
**groups (2)**
8:15,20

───────── H ─────────
**hand (1)**
31:13
**Harvey (3)**
12:24 22:21,24
**hear (1)**
6:16
**heard (1)**
24:23
**hearing (2)**
16:2,11
**high (3)**
25:22,23,24
**higher (3)**
10:5 19:16 20:8
**highest (5)**
5:14 19:19 23:17
28:19 30:15
**home (3)**
25:16 26:10,18
**Honor (1)**
15:24
**Honorable (1)**
1:5
**hourlong (1)**
25:12
**huddle (1)**
20:18

───────── I ─────────
**identified (1)**
7:5
**identify (2)**
6:9 7:2
**Illinois (9)**
1:2,14,16 2:5,10,15
2:19 31:7,14
**include (5)**
5:4 7:16 12:23 13:25
23:8
**included (6)**
5:11,21 7:21 23:2

24:5 30:2
**includes (3)**
7:7 9:9 23:20
**including (1)**
9:22
**incorporated (1)**
27:4
**increase (3)**
6:10 25:3 26:3
**increased (2)**
22:6 23:24
**indicate (2)**
4:11 7:9
**indicated (2)**
8:6 16:16
**individual (1)**
8:15
**inform (2)**
5:13 16:8
**initial (1)**
10:3
**insiders (2)**
13:11,12
**insisted (1)**
12:16
**insurance (1)**
11:25
**intellectual (2)**
23:9 29:25
**intend (1)**
15:24
**interest (1)**
11:3
**interim (1)**
9:24
**introductory (1)**
6:3
**inventory (3)**
7:20 18:14 21:7
**Investment (2)**
3:5,6
**invite (1)**
10:10
**IP (1)**
21:11
**items (1)**
10:8
**iteration (1)**
19:8

───────── J ─────────
**J (2)**
3:7,11
**Janet (5)**
1:5,12 3:22 31:6,18
**Jeff (2)**

3:19 6:17
**JEFFREY (1)**
3:9
**Job (1)**
1:18
**JOHN (1)**
2:8
**JOSEPH (1)**
3:5
**Judge (1)**
15:24

───────── K ─────────
**keep (1)**
25:15
**KENNETH (1)**
2:4
**kind (1)**
8:18
**know (8)**
4:14,24 5:3 6:20
11:22,24 14:15 17:2

───────── L ─────────
**L (4)**
1:12 3:22 31:6,18
**largest (1)**
10:4
**LaSalle (1)**
2:9
**LB (33)**
1:1,4,9 2:19 3:4 4:1,6
5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1
**lease (1)**
12:13
**leases (1)**
12:24
**leave (2)**
10:17 20:21
**left (1)**
8:4
**LEHR (1)**
2:13
**LESLIE (1)**
2:18
**let's (2)**
25:15 28:17
**liabilities (1)**
7:11
**License (1)**

31:8
**lien (3)**
14:10 15:2 20:2
**LINDA (1)**
3:14
**list (1)**
9:4
**Listen (1)**
8:3
**lists (1)**
8:7
**litigation (4)**
5:19,21 7:4 9:13
**little (3)**
11:25 16:20 21:11
**Livingstone (3)**
3:5,6 8:22
**LLC (33)**
1:1,4,9 3:4,5,6 4:1 5:1
6:1 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
**locations (1)**
5:2
**log (1)**
8:21
**long (2)**
11:6 24:13
**looking (1)**
5:23
**lower (1)**
18:25

───────── M ─────────
**M (1)**
3:14
**machinery (2)**
18:12 21:8
**man (1)**
26:9
**Managed (1)**
3:15
**MARK (1)**
3:6
**MATTER (1)**
30:23
**MATTHEW (1)**
2:9
**MB (9)**
2:15 3:14,16,16 5:16
6:12,20 10:3 14:8
**MB's (1)**
9:9

**mean (2)**
6:23 26:6
**meaning (1)**
4:18
**meet (2)**
17:3,5
**members (1)**
29:13
**Metals (1)**
2:19
**MICHAEL (1)**
3:4
**MICHELE (1)**
3:21
**Mike (2)**
3:16 29:4
**million (8)**
5:17,25 6:25 10:12
 14:11 22:7 25:4
 26:6
**minutes (5)**
21:20,21 24:15 26:16
 26:17
**mispayments (1)**
12:24
**misspoke (1)**
5:10
**misstate (1)**
10:11
**mistake (1)**
24:4
**modify (1)**
13:20
**moment (2)**
19:23 20:20
**money (3)**
4:21 25:11,16
**morning (2)**
9:21 15:25
**MORRIS (1)**
2:8
**move (1)**
25:10
**MUSLIN (31)**
3:11 6:15 7:25 9:8,12
 11:9,15,20 12:3,8
 12:17 13:14,18 20:7
 20:10,16 21:16,20
 22:10,25 23:6,15
 25:22 26:3,9 27:9
 27:13,16 28:3,7
 29:21

_____
**N**

**N.A (4)**
3:14,16,16,21

**NADLER (1)**
3:12
**name (7)**
4:3 21:12 22:16,18,22
 23:2 24:5
**necessary (1)**
24:9
**need (3)**
6:8 9:2 22:13
**needed (1)**
24:10
**needs (1)**
24:8
**new (2)**
18:3 22:3
**nice (1)**
30:20
**NORTHERN (1)**
1:2
**number (2)**
14:15 18:24

_____
**O**

**O'MALLEY (9)**
3:7 5:6 17:10,14,18
 20:18 21:5 23:7
 26:2
**obligations (5)**
10:15,21 12:21 18:20
 29:8
**occupancy (5)**
11:18,22 12:5 30:4,8
**occupation (1)**
11:18
**occupy (1)**
11:13
**occur (1)**
12:13
**offer (24)**
5:14 6:11 10:6,12
 18:4,7,9 19:16,20
 20:8 22:3,3,5 23:3,8
 23:17,20 24:23 25:4
 26:4 28:19 30:2,14
 30:15
**offers (1)**
15:19
**Officer (2)**
3:8,17
**Official (1)**
2:10
**Oh (2)**
5:7 19:7
**Ohio (5)**
5:5 11:4,12 18:12
 21:2

**okay (4)**
5:7 12:19 23:15 25:19
**older (1)**
9:20
**OLINS (1)**
2:9
**ones (1)**
9:4
**open (1)**
17:11
**opinion (1)**
16:9
**option (6)**
11:2,7 22:8 23:25
 28:22 29:16
**order (4)**
4:12 12:14 14:14 19:3
**owned (1)**
29:13
**ownership (1)**
11:3
**owns (2)**
11:3 13:12

_____
**P**

**p.m (15)**
9:17,19 17:20,23,23
 17:25 20:24,24
 21:24,24 24:20,20
 26:20,20 30:22
**page (1)**
4:23
**paid (4)**
14:10 15:3,8 20:3
**part (6)**
9:22 11:18 13:13
 22:23 23:13 29:25
**parties (9)**
4:15,16 5:15,21,24
 7:8 17:2 18:2 30:17
**Partners (2)**
3:5,6
**party (1)**
16:22
**PATRICK (1)**
3:7
**pay (5)**
11:17 12:20 14:12,18
 18:23
**paying (2)**
12:4,7
**payment (1)**
30:7
**payments (1)**
30:4
**payroll (1)**

10:21
**pays (1)**
28:25
**people (3)**
8:6 9:21 25:13
**period (2)**
10:22 11:17
**Perkins (2)**
1:14 2:3
**personal (4)**
10:16 18:20 23:20
 29:8
**pertain (1)**
8:17
**PETER (1)**
3:13
**pizzas (1)**
24:17
**plan (1)**
6:2
**playing (1)**
25:17
**Plaza (1)**
2:14
**please (2)**
4:9 21:16
**pleased (1)**
10:2
**point (5)**
8:3 15:10,15 16:17
 25:16
**points (1)**
29:22
**position (1)**
27:12
**post (1)**
8:10
**post-petition (1)**
10:22
**posted (1)**
8:13
**premises (4)**
11:13,19 12:9 29:18
**prepared (2)**
8:14,22
**presence (3)**
10:9 18:7 22:5
**present (5)**
3:3 13:4 16:12 18:5
 18:25
**presently (1)**
17:25
**President (1)**
3:15
**pretty (3)**
6:24 7:5 11:24

**previous (3)**
23:11 25:6 27:12
**previously (1)**
23:23
**price (1)**
11:5
**principally (1)**
10:17
**prior (2)**
20:5 27:3
**probably (1)**
16:4
**Procedure (1)**
1:11
**proceedings (3)**
30:22 31:9,12
**process (1)**
4:13
**property (5)**
7:17,18 23:9,21 29:25
**propose (1)**
14:24
**provide (2)**
6:23 7:10
**provided (1)**
11:16
**purchase (10)**
4:19 5:20 6:7 7:6 11:5
 13:21 16:6 19:8
 23:25 28:23
**purchased (1)**
15:3
**purpose (2)**
14:24 21:3
**purposes (1)**
24:6
**pursuant (2)**
1:10 4:12
**put (1)**
27:20

_____
**Q**

**qualification (1)**
4:18
**qualified (3)**
4:16,17 9:23
**question (3)**
8:4 9:8 20:25
**questions (12)**
6:6,14,16 7:22,23
 8:16,24 9:7 15:9
 16:14 19:22 25:8
**quite (1)**
9:25

_____
**R**

**raise (2)**
  26:14 27:11
**real (9)**
  7:17 11:4 13:2 18:14
    21:8 22:7 23:25
    28:23 29:16
**really (1)**
  23:10
**rebid (1)**
  24:12
**receivable (2)**
  18:13 21:7
**received (10)**
  4:15 5:3,15,16 6:11
    18:9 19:17,20 23:17
    28:20
**recess (6)**
  9:16 17:22 20:23
    21:23 24:19 26:19
**recognizing (1)**
  8:12
**record (14)**
  9:19 17:8,9,16,17,25
    20:22 22:2 24:22
    25:10 28:16,17
    30:19 31:12
**reduced (2)**
  22:8 24:2
**reducing (1)**
  15:2
**reflect (1)**
  13:21
**regarding (1)**
  6:7
**reject (1)**
  9:3
**release (3)**
  14:10 15:7 20:2
**remain (5)**
  10:23 22:23 26:24
    27:15,23
**remaining (1)**
  28:6
**remarks (1)**
  6:3
**rent (3)**
  12:8 29:17 30:5
**report (1)**
  17:12
**reported (2)**
  3:22 31:9
**Reporter (3)**
  1:13 31:4,7
**requested (1)**
  8:20
**required (2)**

  4:20,20
**reservation (1)**
  15:23
**respect (1)**
  16:3
**responsibility (1)**
  12:20
**Restructuring (1)**
  3:8
**right (14)**
  7:19,24 8:25 9:14
    11:12 15:17 17:5
    20:15 22:22 25:7,25
    28:13 29:23 30:7
**rights (2)**
  15:23 30:4
**Riverside (1)**
  2:14
**ROBBINS (4)**
  1:12 3:22 31:6,18
**ROBERT (1)**
  2:8
**room (4)**
  4:17 5:15 9:23 18:6
**rooms (2)**
  6:4 9:15
**round (1)**
  8:19
**RPR (2)**
  3:22 31:18
**Rules (1)**
  1:10
**run (1)**
  14:21

_____
         S
_____

**S (2)**
  1:5 3:9
**sale (6)**
  1:8 12:12 16:3 19:2
    29:15 31:10
**saying (1)**
  20:7
**scheduled (1)**
  16:2
**schedules (3)**
  8:21,23 16:7
**SCHMITT (9)**
  3:19 25:3 26:13,22
    27:2,19,22,25 28:11
**Section (1)**
  1:8
**see (1)**
  16:20
**Senior (1)**
  3:15

**sent (1)**
  19:9
**set (1)**
  31:13
**sheet (1)**
  4:8
**sheeting (1)**
  7:19
**shorten (1)**
  12:15
**Shorthand (3)**
  1:13 31:4,7
**Shoulders (20)**
  2:20 3:11,11,12 10:7
    10:15,25 12:10 13:8
    18:16 19:12,17,25
    22:4 24:24 25:21
    27:9 28:3,20 29:7
**sign (1)**
  4:9
**sign-in (1)**
  4:7
**signed (1)**
  4:18
**similar (1)**
  19:25
**Similarly (2)**
  18:16,19
**sir (6)**
  12:8,18 23:6 27:13,16
    28:7
**SLACK (1)**
  3:16
**sold (2)**
  22:20,24
**sorry (2)**
  5:9 6:15
**South (4)**
  1:15 2:5,9,14
**speak (1)**
  18:8
**Specialists (2)**
  3:8,9
**specific (1)**
  8:24
**spend (1)**
  8:14
**Stagnaro (6)**
  3:19 6:17,17 15:21
    19:6 24:15
**start (3)**
  4:11,22 6:13
**state (4)**
  1:14 16:9 22:4 31:7
**stated (3)**
  23:5 24:7 29:19

**States (2)**
  1:2,11
**status (1)**
  17:12
**stay (3)**
  17:11 24:3 26:7
**Steel (34)**
  1:1,4,9 3:4 4:1,6 5:1
    6:1 7:1 8:1 9:1 10:1
    11:1 12:1 13:1 14:1
    15:1 16:1 17:1 18:1
    19:1 20:1 21:1 22:1
    23:1,9 24:1,4 25:1
    26:1 27:1 28:1 29:1
    30:1
**stenographically (1)**
  31:9
**straight (1)**
  6:24
**Street (3)**
  1:15 2:5,9
**style (2)**
  22:18,23
**Subject (1)**
  15:22
**sufficient (2)**
  14:18 24:8
**suggesting (1)**
  9:2
**Suite (1)**
  1:15
**sum (1)**
  19:2
**summarize (1)**
  28:18
**sums (3)**
  7:12 18:23 28:25
**sure (3)**
  10:9 22:20 24:13

_____
         T
_____

**T (1)**
  3:13
**table (2)**
  21:2 25:14
**taken (1)**
  1:12
**talk (1)**
  11:21
**talking (2)**
  11:20 22:15
**taxes (1)**
  13:2
**tell (1)**
  6:23
**ten (2)**

  24:15,16
**terms (10)**
  7:7 13:16 18:6 24:3
    26:7,24 27:14,23
    28:5 29:19
**Thank (10)**
  4:2 13:19 17:21 21:22
    27:8,17 28:2,8,10
    30:19
**they'd (1)**
  15:20
**thing (2)**
  12:11 19:7
**things (1)**
  6:8
**think (7)**
  10:5 12:2,4 15:5
    21:10,18 24:14
**thinking (1)**
  22:16
**thought (1)**
  12:6
**time (15)**
  8:14,21 10:16,17
    14:22 15:21 16:25
    18:20 21:15 22:14
    25:2 28:16,18 29:8
    30:13
**today (1)**
  4:5
**told (1)**
  22:17
**tomorrow (2)**
  15:25 17:4
**top (1)**
  24:9
**Topeka (4)**
  5:8,9,10 22:20
**total (1)**
  21:5
_____
**trade (2)**
  22:18,23
**transaction (1)**
  13:13
**transcript (1)**
  31:11
**transferred (1)**
  29:14
**transferring (2)**
  18:21 29:9
**transpired (1)**
  16:8
**true (1)**
  31:11

_____
         U

**unconditional (1)**
4:22
**Understand (1)**
14:9
**understanding (2)**
13:5 16:19
**understood (1)**
15:6
**United (2)**
1:2,11
**Unsecured (1)**
2:11
**update (1)**
17:13
**use (1)**
22:22
**utilities (3)**
11:24 12:4,7
**utility (1)**
30:5

---

**V**

**vacation (1)**
10:17
**value (2)**
20:13 21:2
**valued (1)**
21:4
**valuing (1)**
20:17
**Vice (1)**
3:15
**view (1)**
16:10
**visit (1)**
6:5

---

**W**

**waiting (1)**
25:14
**walk (1)**
8:22
**Walsh (1)**
3:13
**want (4)**
13:3 17:3,9 19:24
**wants (1)**
26:10
**Warren (21)**
5:4,11 7:17,18,20
 11:4,12,13 12:13
 18:12 20:14,17 21:2
 21:6 22:17 23:11,20
 23:25 25:5 28:23
 29:16
**WATSON (1)**
3:17
**we'll (14)**
4:9 6:8,9 7:23 13:20
 17:12,15,16 25:3
 26:3,22 27:19 30:16
 30:19
**we're (20)**
4:5 6:21 8:14,25 9:18
 16:18,19 17:10,11
 17:24 19:18 21:25
 22:25 24:21 25:11
 25:17,17 26:16,17
 28:11
**we've (12)**
5:3,14,16 6:11 9:24
 12:15 13:22 15:5
 19:16,20 23:17
 24:23
**WEBER (2)**
3:14 14:21
**weekend (1)**
8:13
**Weiss (14)**
2:8 5:8 13:23,24 14:4
 15:16 16:16 17:5,13
 20:22 24:11 25:9
 26:15 27:18
**WHEREOF (1)**
31:13
**wiser (1)**
9:20
**wish (3)**
6:10 8:5 15:14
**WITNESS (1)**
31:13
**wondering (1)**
24:11
**work (1)**
16:5
**working (3)**
19:10,11,12
**wouldn't (1)**
12:2

---

**X**

---

**Y**

**Yeah (1)**
26:2

---

**Z**

**Zazove (75)**
2:3 4:2,3 5:7,9 6:16
 6:22 7:19 8:2,25
 9:11,14,18 11:10,16
 11:23 12:6,11,19
 13:7,15,19 14:3,6
 14:17,23 15:5,18,22
 16:23 17:7,15,19,24
 19:7 20:4,9,11,15
 20:20,25 21:10,14
 21:17,21,25 22:11
 23:4,13,16,22 24:13
 24:16,21 25:7,19,24
 26:5,12,21,23 27:7
 27:14,17,20,23 28:2
 28:5,8,13 29:6,24
 30:7,11,16

---

**0**

---

**1**

**10 (2)**
15:25 25:4
**10:18 (1)**
1:16
**10:24 (1)**
9:17
**100 (1)**
26:4
**100,000 (1)**
26:22
**104081 (1)**
1:18
**11 (2)**
1:4 26:6
**11,050,000 (1)**
27:21
**11.4 (1)**
24:9
**120 (5)**
2:14 11:15,16 12:9
 29:17
**131 (2)**
1:14 2:5
**15 (7)**
19:3 21:20,21 22:12
 24:3 28:22 30:9
**15-35358 (1)**
1:4
**150 (1)**
24:2
**1700 (1)**
1:15
**190 (1)**
2:9

---

**2**

**2016 (2)**
1:16 31:15
**22 (1)**
1:16
**23rd (1)**
31:14
**250 (1)**
24:2

---

**3**

**30 (4)**
12:13,16,17 14:14
**363 (1)**
1:8

---

**4**

---

**5**

**500 (1)**
26:7

---

**6**

**6:22 (1)**
9:17
**6:23 (1)**
9:19
**6:33 (2)**
17:20,23
**60 (5)**
11:8,9,10 28:22 29:15
**60601 (1)**
2:19
**60603 (2)**
2:5,10
**60606 (1)**
2:15

---

**7**

**7:26 (2)**
17:23,25
**7:28 (1)**
20:24
**7:31 (1)**
20:24
**7:32 (1)**
21:24

---

**8**

**8:05 (2)**
21:24 22:2
**8:08 (1)**
24:20
**8:53 (1)**
24:20
**8:55 (2)**
24:22 26:20
**8:59 (1)**
26:20
**84-2207 (3)**
1:13 31:8,19
**850 (1)**
25:4

---

**9**

**9:05 (1)**
30:22