# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 15-35358 |
| LB STEEL, LLC, | ) | |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |

**SIGN-IN SHEET FOR FEBRUARY 22, 2016 SALE OF THE DEBTOR'S ASSETS PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE**

## LB Steel, LLC   February 22, 2016 Sign-in Sheet.

| # | Name | Company |
|---|------|---------|
| 1. | Todd DiBenedetto | Big Shoulders Cap / LB Metals LLC |
| 2. | David Muslin | " " " " " |
| 3. | Dave Watson | Ernest Spencer Metals |
| 4. | John Weiss | Duane Morris LLP / Committee |
| 5. | Peter Glimco | Walsh Construction / Committee |
| 6. | Matthew Olins | Duane Morris LLP / Committee |
| 7. | Michele Friske | EVRAZ Inc NA |
| 8. | Joseph Greenwood | Livingstone |
| 9. | Mark Carl | Livingstone |
| 10. | Jeff Gasbarra | DSI |
| 11. | Pat O'Malley | DSI |
| 12. | David Gold | Perkins Coie LLP |
| 13. | Dan Zazove | Perkins Coie |
| 14. | Ken Crane | Perkins Coie |
| 15. | Evan Nadler | Big Shoulders Cap |
| 16. | Andrew Cameron | Big Shoulders Cap |
| 17. | Leslie Bayles | Bryan Cave |
| 18. | Dave Schmitt | Armor |
| 19. | Jeff Stagnaro | Armor |
| 20. | David A. Golin | Arnstein + Lehr LLP |
| 21. | Linda Weber | MB Financial Bank |
| 22. | Curtis Slack | MB Financial Bank |
| 23. | Barry Chatz | Arnstein & Lehr LLP |
| 24. | Mike Dinan | MB Financial Bank |
| 25. | | |
| 26. | | |