# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 15-35358 |
| LB STEEL, LLC, | ) | |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |

**Proposed Asset Purchase Agreement For Section 363 Sale Of The Debtor's Assets**

LB Steel, LLC, by and through its undersigned counsel, hereby submits a proposed asset purchase agreement for the section 363 sale of its assets.

Dated: February 24, 2016

Respectfully submitted,

**LB STEEL, LLC**

By: ___/s/ David J. Gold_____
Daniel A. Zazove
David J. Gold
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

*Its Attorneys*