UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                 )
                     )
                     )      Case No. 15 B 35358
     LB STEEL, LLC,       )
                     )
                     )
                     )      Chapter 11
       Debtor.         )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING
APPLICATION OF DUANE MORRIS LLP, ATTORNEYS FOR OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $217,993.50 | TOTAL COSTS REQUESTED: | $532.30 |
| TOTAL FEES REDUCED: | $37,917.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $180,076.00 | TOTAL COSTS ALLOWED: | $532.30 |

**TOTAL FEES AND COSTS ALLOWED: $180,608.30**

The attached time entries have been marked to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each identified entry. The numerical notations correspond to the enumerated categories below.

**(1)    Duplication of Services**

During the period for which compensation is sought, a host of hearings and Committee calls took place in this case. According to the Duane Morris LLP attorneys for the Official Committee of Unsecured Creditors (the "Committee"), the Committee had an interest in almost every hearing in the case, and, therefore, it was necessary that its counsel attend. However, Committee attorneys Rosanne Ciambrone and Matthew A. Olins both attended a majority of the same hearings, and both billed for the time they spent in attendance. As indicated on the attached, during the months of November 2015, January 2016, and February 2016, Ciambrone billed 9.9 hours and Olins 13.7 hours of time for attending court hearings at which both attorneys were present. Likewise, Ciambrone and Olins both participated in weekly calls with the Committee during the months of December 2015, January 2016, and February 2016. Ciambrone billed 9.2 hours and Olins 10.6 hours of time for these calls. For the call on December 8, 2015, both Committee attorney Keri L. Wintle and Ciambrone participated, billing 0.6 hour and 0.5 hour respectively. Additionally, both Committee attorney John Robert Weiss and Ciambrone attended an office conference with Debtor's counsel and DSI on February 23, 2016, for which Weiss billed 1 hour and Ciambrone 0.5 hour.

In addition, the time entries indicate that multiple Committee attorneys appear to have performed the same work in connection with the retention of Livingstone Partners LLC ("Livingstone") as investment banker for the Debtor. As shown on the attached, both Ciambrone and Olins reviewed Livingstone employment issues on November 8, 2015, billing 0.9 hour and 1.4 hours respectively. Both attorneys subsequently did additional work on those issues in November 2015, for which Ciambrone billed 5.9 hours and Olins 3 hours.

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). In particular, reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone Corp.*, 74 B.R. 293,

307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of a duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary.").

As indicated above, both Ciambrone and another Committee attorney, most often Olins, attended the same hearings, weekly Committee calls, and office conferences, and Committee counsel has not established that each attorney in attendance contributed in a meaningful way. Additionally, both Ciambrone and Olins appear to have done the same work with respect to issues involving Livingstone's retention. The Court has allowed the time billed by attorney Ciambrone for these matters, as she was the lead attorney and senior counsel for the Committee. All of the remaining time entries billed by Committee attorneys for these matters, as outlined herein, are disallowed.

Of note, on many occasions in connection with the entries discussed above, Olins lumped his time, failing to provide detailed breakdowns of tasks relating to the same matter. The Court may impose a penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (noting that "[a]pplicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry" and that "[e]ach type of service should be listed with the corresponding specific time allotment"). In lieu of imposing an additional specific penalty here, however, the Court has simply disallowed the total amount billed by Olins for each of the lumped time entries in this category due to the unnecessary duplication of services, as indicated on the attached.

**(2)      Conflicts Check:  No Benefit to Estate**

Committee counsel spent a considerable amount of time in connection with its conflicts analysis before being retained in this case. Committee attorneys billed a total of 19.8 hours for performing this work in November 2015. The Court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work, prior to retention, to determine whether the attorney's firm satisfies the disinterestedness requirement of § 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable. *See In re ACT Mfg., Inc.*, 281 B.R. 468, 490 (Bankr. D. Mass. 2002). All of the time entries billed by Committee counsel for work related to conflicts analysis, as indicated on the attached, are disallowed. As above, the Court has disallowed the total amount billed by Committee counsel for each of the lumped time entries in this category.

**(3)      Special Counsel:  No Benefit to the Estate**

In this case, Special Counsel was hired by the Committee as conflicts counsel to represent the Committee in the investigation and evaluation of potential claims, objections, and/or proceedings that might have been brought against the Debtor's secured lender, MB Financial Bank (the "Bank"). According to Ciambrone's affidavit attached to the Committee's application to employ Duane Morris LLP ("DM"), DM has in the past represented and currently represents the Bank. Special Counsel was retained because, although the Bank waived any conflict that DM's representation of the Committee might pose, that waiver did not include DM's initiation of any lawsuit against the Bank or DM's representation of the Committee in any such lawsuit.

Committee counsel billed a total of 18.6 hours in connection with identifying the appropriate special counsel and then working with the firm that was retained. The estate should not be required to pay for that work as a result of a conflict that Committee counsel had with the Bank. Additionally, given Special Counsel's limited role in this case, the compensation sought for time spent on conflicts counsel issues is excessive, and Committee counsel has not provided any justification to the Court for those unreasonable amounts. For these reasons, and because the fees relating to these services do not benefit the estate, the Court disallows the time entries billed by Committee counsel for work related to conflicts counsel, as indicated on the attached.

Dated:  April 18, 2016

Janet S. Baer
United States Bankruptcy Judge

Duane Morris
January 11, 2016
Page 2

REDACTED

File # G3768-00001

INVOICE# 2144572

UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 12/1/2015 001 | R CIAMBRONE | PREPARE FOR (.20) AND ATTEND WEEKLY CALL WITH COMMITTEE (.90); EMAIL CORRESPONDENCE WITH COMMITTEE REGARDING (.20). | 1.30 | $981.50 |
| 12/1/2015 001 | MA OLINS | PREPARE FOR AND ATTEND CALL WITH COMMITTEE AND PERFORM CASE STRATEGY IN CONNECTION WITH SAME. | 1.00 | $530.00 |
| 12/2/2015 001 | R CIAMBRONE | TELEPHONE CONFERENCE WITH JIM TORONGO | 0.20 | $151.00 |
| 12/7/2015 001 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH COMMITTEE REGARDING | 0.20 | $151.00 |
| 12/8/2015 001 | R CIAMBRONE | PREPARE FOR (.30) AND ATTEND CALL WITH COMMITTEE (.50); FOLLOW UP COMMUNICATIONS WITH COMMITTEE REGARDING (.20) (.10) | 1.10 | $830.50 |
| 12/8/2015 001 | KL WINTLE | WEEKLY CREDITORS' COMMITTEE MEETING | 0.60 | $264.00 |
| 12/10/2015 001 | R CIAMBRONE | TELEPHONE CONFERENCE WITH MIKE DESMOND REGARDING | 0.20 | $151.00 |
| 12/14/2015 001 | R CIAMBRONE | TELEPHONE CONFERENCE WITH JIM TORONGO REGARDING (.20); EMAIL CORRESPONDENCE WITH COMMITTEE REGARDING (.20) | 0.40 | $302.00 |
| 12/15/2015 001 | R CIAMBRONE | PREPARE FOR AND ATTEND COMMITTEE CALL | 1.00 | $755.00 |
| 12/15/2015 001 | MA OLINS | PREPARE FOR AND WEEKLY CALL WITH CREDITOR'S COMMITTEE. | 0.80 | $424.00 |
| 12/21/2015 001 | R CIAMBRONE | TELEPHONE CONFERENCE WITH EILEEN COLLINS-BLACKWELL (SSAB) REGARDING (.20); EMAIL CORRESPONDENCE WITH COMMITTEE REGARDING (.20) | 0.40 | $302.00 |
| 12/22/2015 001 | R CIAMBRONE | PREPARE FOR AN ATTEND CALL WITH COMMITTEE (.80); FOLLOW UP CALL WITH EILEEN COLLINS-BLACKWELL (.20) | 1.00 | $755.00 |
| 12/22/2015 001 | MA OLINS | PREPARE FOR AND ATTEND WEEKLY COMMITTEE CALL. | 0.80 | $424.00 |
| 12/29/2015 001 | R CIAMBRONE | WEEKLY CALL WITH COMMITTEE | 0.60 | $453.00 |

DUANE MORRIS LLP

Duane Morris
January 11, 2016
Page 3

REDACTED

File # G3768-00001                                      INVOICE# 2144572

### UNSECURED CREDITORS' COMMITTEE

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/29/2015 | 001 | MA OLINS | PREPARE FOR AND ATTENDED CREDITOR COMMITTEE CALL. | 0.70 | $371.00 |
| 12/30/2015 | 001 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH COMMITTEE | 0.20 | $151.00 |
| 12/31/2015 | 001 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH (.20); EMAIL WITH ENTIRE COMMITTEE REGARDING (.20) | 0.40 | $302.00 |
| | | | Code Total | 10.90 | $7,298.00 |

DUANE MORRIS LLP

Duane Morris
February 10, 2016
Page 2

REDACTED

File # G3768-00001                                          INVOICE# 2155035
    UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/5/2016 001 | R CIAMBRONE | TELEPHONE CONFERENCE WITH JOHN THOMPSON REGARDING (.20); TELEPHONE CONFERENCE WITH JIM TORONGO, (.30) | 0.50 | $392.50 |
| 1/6/2016 001 | R CIAMBRONE | CALL WITH COMMITTEE TO DISCUSS | 0.50 | $392.50 |
| 1/6/2016 001 | MA OLINS | ATTEND CALL WITH COMMITTEE. | 0.60 | $333.00 |
| 1/7/2016 001 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH EILEEN COLLINS-BLACKWELL REGARDING | 0.20 | $157.00 |
| 1/12/2016 001 | R CIAMBRONE | WEEKLY UPDATE MEETING WITH THE COMMITTEE | 0.50 | $392.50 |
| 1/12/2016 001 | MA OLINS | PREPARE FOR AND ATTEND COMMITTEE CALL AND POST CALL CASE STRATEGY AND PLANING. | 1.20 | $666.00 |
| 1/13/2016 001 | R CIAMBRONE | TELEPHONE CONFERENCE WITH JIM TORONGO REGARDING (.20); COMMITTEE REMINDER REGARDING (.20) | 0.40 | $314.00 |
| 1/19/2016 001 | R CIAMBRONE | CALL WITH COMMITTEE, O'MALLEY AND GREENWOOD TO UPDATE COMMITTEE ON SALE/OPERATIONS (.70); FOLLOW UP CALLS WITH JIM TORONGO REGARDING (.60) | 1.30 | $1,020.50 |
| 1/19/2016 001 | MA OLINS | PREPARE FOR AND CALL WITH COMMITTEE AND FOLLOW-UP CALL WITH J. TORONGO AND POST CALL STRATEGY. | 0.90 | $499.50 |
| 1/26/2016 001 | R CIAMBRONE | PREPARE FOR AND ATTEND WEEKLY CALL WITH THE COMMITTEE (1.0); FOLLOW UP CALL WITH EILEEN COLLINS-BLACKWELL (.30) | 1.30 | $1,020.50 |
| 1/26/2016 001 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH COMMITTEE REGARDING | 0.10 | $78.50 |
| 1/26/2016 001 | MA OLINS | CALL WITH COMMITTEE AND POST CALL CASE ANALYSIS RELATED TO SAME. | 1.00 | $555.00 |
| 1/28/2016 001 | R CIAMBRONE | TELEPHONE CONFERENCE WITH JAMES TORONGO REGARDING (.20); TELEPHONE CONFERENCE WITH MICHELE FRISKE REGARDING (.20) | 0.40 | $314.00 |

DUANE MORRIS LLP

Duane Morris
March 09, 2016
Page 2

*REDACTED*

File # G3768-00001                                          INVOICE# 2163452

### UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 2/2/2016 001 | R CIAMBRONE | CALL WITH PETER GLIMCO REGARDING (.30); ATTEND WEEKLY COMMITTEE CALL (1.0); CALL WITH EILEEN COLLINS-BLACKWELL REGARDING (.30). | 1.60 | $1,256.00 |
| 2/2/2016 001 | MA OLINS | PREPARE FOR AND ATTEND CALL WITH COMMITTEE AND POST CALL STRATEGY (1.2); CALL WITH COMMITTEE MEMBER SSAB (.4). | 1.60 | $888.00 |
| 2/5/2016 001 | R CIAMBRONE | TELEPHONE CONFERENCE WITH PETE GLIMCO REGARDING | 0.20 | $157.00 |
| 2/8/2016 001 | R CIAMBRONE | TELEPHONE CONFERENCE WITH MIKE DESMOND | 0.30 | $235.50 |
| 2/9/2016 001 | R CIAMBRONE | WEEKLY COMMITTEE CALL (.90); FOLLOW UP CALL WITH CRAIG DEVRIES (.30) | 1.20 | $942.00 |
| 2/16/2016 001 | R CIAMBRONE | WEEKLY COMMITTEE CALL TO DISCUSS | 1.00 | $785.00 |
| 2/16/2016 001 | MA OLINS | WEEKLY CALL WITH COMMITTEE. | 0.70 | $388.50 |
| 2/19/2016 001 | R CIAMBRONE | EXTENDED CONFERENCE WITH MIKE DESMOND REGARDING | 0.30 | $235.50 |
| 2/23/2016 001 | R CIAMBRONE | TELEPHONE CONFERENCE WITH COMMITTEE TO DISCUSS (.90); EMAIL CORRESPONDENCE WITH COMMITTEE (.30). | 1.20 | $942.00 |
| 2/23/2016 001 | MA OLINS | PREPARE FOR AND CALL WITH COMMITTEE RE | 0.70 | $388.50 |
| 2/25/2016 001 | R CIAMBRONE | CALL WITH COMMITTEE TO DISCUSS (1.0); CALL WITH CRAIG DEVRIES REGARDING (.20). | 1.20 | $942.00 |
| 2/25/2016 001 | MA OLINS | PREPARE FOR AND ATTEND COMMITTEE CALL (AND PERFORM POST-CALL CASE STRATEGY) | 1.00 | $555.00 |
| | | Code Total | 11.00 | $7,715.00 |

DUANE MORRIS LLP

Duane Morris
December 17, 2015
Page 4

REDACTED

File # G3768-00001                                    INVOICE# 2139898
    UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/6/2015 003 | MA OLINS | PREPARATIONS FOR MONDAY'S HEARING AND ADDRESS RELATED ITEMS AND EMAIL TO COMMITTEE RE | 1.30 | $689.00 |
| 11/8/2015 003 | MA OLINS | PREPARE FOR TOMORROW'S HEARING. | 0.70 | $371.00 |
| 11/9/2015 003 | R CIAMBRONE | ATTEND HEARINGS ON PC RETENTION, RETENTION OF DSI, INTERIM CASH COLLATERAL HEARING; AND PRESENTATION OF MOTION FOR SALE AND RETENTION OF IB. | 1.20 | $906.00 |
| 11/9/2015 003 | MA OLINS | PREPARE FOR AND ATTEND HEARING ON DEBTOR'S VARIOUS MOTIONS. | 1.00 | $530.00 |
| 11/16/2015 003 | R CIAMBRONE | ATTEND HEARING ON LIVINGSTONE AND SALE MOTIONS AND FOLLOW UP WITH DEBTOR/IB AFTER HEARING. | 1.00 | $755.00 |
| 11/28/2015 003 | MA OLINS | CASE STRATEGY AND PREPARATIONS FOR MONDAY'S HEARING. | 0.30 | $159.00 |
| 11/30/2015 003 | R CIAMBRONE | PREPARE FOR (.30) AND ATTEND HEARING ON VARIOUS MOTIONS BEFORE COURT (ORIDNARY COURSE PROFESSIONALS, GARDEN CITY RETENTION, CASH COLLATERAL, OUR RETENTION, SET OFF WTIH RYERSON, BAR DATE) (1.0). | 1.30 | $981.50 |
| | | Code Total | 6.80 | $4,391.50 |

DUANE MORRIS LLP

Duane Morris
February 10, 2016
Page 4

File # G3768-00001                                              INVOICE# 2155035

### UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|-----------|------------|------------------------------------------------------|-------|---------|
| 1/5/2016 003 | R CIAMBRONE | ATTEND HEARING ON WALSH MOTIONS, MOTION TO EXTEND AUCTION DATES AND MOTION TO EXTEND DATE TO OBJECT TO BANK'S LIENS | 1.00 | $785.00 |
| 1/5/2016 003 | MA OLINS | PREPARE FOR AND ATTEND HEARING. | 1.00 | $555.00 |
| 1/12/2016 003 | R CIAMBRONE | ATTEND HEARING ON CASH COLLATERAL AND WALSH MOTIONS | 1.00 | $785.00 |
| 1/12/2016 003 | MA OLINS | PREPARE FOR AND ATTEND HEARING ON CASH COLLATERAL AND POST HEARING STRATEGY. | 1.00 | $555.00 |
| 1/13/2016 003 | R CIAMBRONE | ATTEND HEARING ON CASH COLLATERAL AND WALSH MOTIONS | 1.10 | $863.50 |
| 1/19/2016 003 | MA OLINS | STRATEGY AND PREPARE FOR TOMORROW'S HEARING ON RETENTION OF SPECIAL COUNSEL AND TO CONTINUE DEADLINES. | 0.50 | $277.50 |
| 1/20/2016 003 | R CIAMBRONE | ATTEND HEARING ON COMMITTEE MOTION TO RETAIN HONNIGMAN, COMMITTEE MOTION TO EXTEND DEADLINES, AND DEBTOR'S MOTION TO EXTEND EXCLUSIVITY AND TIME TO ASSUME OR REJECT LEASES | 1.20 | $942.00 |
| 1/20/2016 003 | MA OLINS | REVIEW MOTIONS AND PREPARE FOR HEARING ON MOTION TO RETAIN SPECIAL COUNSEL AND EXTEND OBJECTION DEADLINES AND ATTEND HEARING. | 1.50 | $832.50 |
| | | Code Total | 8.30 | $5,595.50 |

DUANE MORRIS LLP

Duane Morris
March 09, 2016
Page 3

File # G3768-00001                                      INVOICE# 2163452
      UNSECURED CREDITORS' COMMITTEE

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/23/2016 | 003 | R CIAMBRONE | ATTEND HEARING ON SALE APPROVAL. | 1.00 | $785.00 |
| 2/23/2016 | 003 | MA OLINS | PREPARE FOR, STRATEGY FOR, AND ATTEND SALE HEARING. | 2.00 | $1,110.00 |
| 2/24/2016 | 003 | R CIAMBRONE | ATTEND/ARGUE HEARING ON APPROVAL OF SALE. | 4.50 | $3,532.50 |
| 2/24/2016 | 003 | MA OLINS | PREPARE FOR AND ATTEND SALE HEARING. | 7.20 | $3,996.00 |
| | | | Code Total | 14.70 | $9,423.50 |

Duane Morris
March 09, 2016
Page 7

REDACTED

File # G3768-00001                                  INVOICE# 2163452
    UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 2/2/2016 008 | R CIAMBRONE | ADDRESS SALE ISSUES, OFFERS, DATA ROOM. | 0.40 | $314.00 |
| 2/2/2016 008 | MA OLINS | WORK ON SALE ISSUES AND STRATEGY. | 0.70 | $388.50 |
| 2/9/2016 008 | MA OLINS | REVIEW EVERFLOW'S SALE OBJECTION. | 0.20 | $111.00 |
| 2/17/2016 008 | KL WINTLE | REVIEW THE BID RECEIVED FROM ERNEST-SPENCER FOR TOPEKA AND RELATED DOCUMENTS. | 0.10 | $47.50 |
| 2/18/2016 008 | R CIAMBRONE | REVIEW OF OFFERS; ATTEND MEETING WITH DSI TO DISCUSS OFFERS. | 2.00 | $1,570.00 |
| 2/18/2016 008 | KL WINTLE | REVIEW VARIOUS BIDS FOR DEBTOR'S ASSETS RECEIVED. | 0.10 | $47.50 |
| 2/19/2016 008 | R CIAMBRONE | REVIEW AND ANALYSIS OF OFFERS RECEIVED AND AMENDED APA'S (1.7); SUMMARIZE SAME AND ISSUES FOR SAME (.8); REVIEW AND ANALYSIS OF MEMO FROM KERI WINTLE REGARDING VARIOUS OPEN ISSUES REGARDING SALE (1.2). | 3.70 | $2,904.50 |
| 2/19/2016 008 | MA OLINS | WORK ON SALE ISSUES AND AUCTION ITEMS. | 1.70 | $943.50 |
| 2/20/2016 008 | MA OLINS | PREPARATION FOR AUCTION AND LIMITED REVIEW OF BIDS. | 1.80 | $999.00 |
| 2/21/2016 008 | JR WEISS | REVIEW BID MATERIALS FOR AUCTION. | 1.50 | $1,305.00 |
| 2/21/2016 008 | MA OLINS | FURTHER ANALYSIS OF BIDS AND PREPARATION FOR AUCTION AND EMAIL TO COMMITTEE RE | 1.40 | $777.00 |
| 2/21/2016 008 | KL WINTLE | REVIEW MEMORANDUM FROM ATTORNEY OLINS REGARDING BID COMPARISON. | 0.10 | $47.50 |
| 2/22/2016 008 | JR WEISS | ATTEND 363 SALE WITH P. GLIMCO. | 11.00 | $9,570.00 |
| 2/22/2016 008 | MA OLINS | PREPARE FOR AND ATTEND AUCTION AND NUMEROUS MEETINGS AND STRATEGY IN CONNECTION WITH SAME. | 7.70 | $4,273.50 |
| 2/23/2016 008 | R CIAMBRONE | CONFERENCE WITH DEBTOR'S COUNSEL AND DSI TO DISCUSS SALE (.50); PREPARE FOR SALE HEARING, INCLUDING REVIEW OF SCHEDULES, CLAIMS, APPRAISALS (3.5); ONGOING REVIEW OF SALE ORDER AND APA (2.1); ONGOING EMAIL CORRESPONDENCE AND TELEPHONE CONFERENCES WITH HONNIGMAN TO DISCUSS (2.5). | 8.60 | $6,751.00 |
| 2/23/2016 008 | RP DARKE | DISCUSSION WITH R. CIAMBRONE | 0.50 | $317.50 |

DUANE MORRIS LLP

Duane Morris
March 09, 2016
Page 8

REDACTED

File # G3768-00001                                              INVOICE# 2163452
    UNSECURED CREDITORS' COMMITTEE

| DATE | TASK | TIMEKEEPER | ABOUT | HOURS | VALUE |
|------|------|------------|-------|-------|-------|
| 2/23/2016 | 008 | JR WEISS | OFFICE CONFERENCE WITH R. CIAMBRONE RE | 1.00 | $870.00 |
| 2/23/2016 | 008 | MA OLINS | POST SALE STRATEGY AND PLANING AND WORK ON LENDER ISSUES IN CONNECTION WITH PROCEEDS (1.3); WORK ON SALE ORDER (.5); WORK ON TOMORROW'S HEARING ON SALE (1.6); REVIEW APA (1.6); CALL WITH CONFLICTS COUNSEL RE (.3). | 5.30 | $2,941.50 |
| 2/24/2016 | 008 | R CIAMBRONE | CONTINUED EMAIL CORRESPONDENCE AND DISCUSSIONS WITH DEBTOR REGARDING TERMS OF SALE ORDER (.80); REVIEW OF MOST RECENT SALE ORDER (.80) AND APA (.60); PREPARE FOR HEARING ON SALE APPROVAL (.90). | 3.10 | $2,433.50 |
| 2/24/2016 | 008 | RP DARKE | DISCUSSION WITH R. CIAMBRONE ABOUT (.1); ATTEND COURT FOR THE SAME (.4). | 0.50 | $317.50 |
| 2/24/2016 | 008 | MA OLINS | ADDRESS APA REVISIONS. | 0.50 | $277.50 |
| 2/25/2016 | 008 | MA OLINS | WORK ON APA AND SALE ORDER ISSUES (.7); CALLS WITH DEBTOR'S COUNSEL RE SAME (.3). | 1.00 | $555.00 |
| 2/26/2016 | 008 | R CIAMBRONE | REVIEW OF SCHEDULES PUT TOGETHER BY PAT O'MALLEY | 0.70 | $549.50 |
| 2/26/2016 | 008 | MA OLINS | WORK ON POST SALE ISSUES AND REVIEW OF POTENTIAL UNENCUMBERED SOLD ASSETS. | 1.10 | $610.50 |
| | | | Code Total | 54.70 | $38,922.00 |

①

DUANE MORRIS LLP

Duane Morris
December 17, 2015
Page 10

File # G3768-00001                                              INVOICE# 2139898
   UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/2/2015 009 | KL WINTLE | ATTENTION TO PREPARATION OF RETENTION APPLICATION AND SUPPORTING AFFIDAVIT AND ANALYSIS OF DISINTERESTEDNESS. | 4.30 | $1,892.00 |
| 11/3/2015 009 | KL WINTLE | ATTENTION TO PREPARATION OF APPLICATION TO EMPLOY DUANE MORRIS COUNSEL TO CREDITORS' COMMITTEE AND RELATED PLEADINGS. | 2.10 | $924.00 |
| 11/4/2015 009 | KL WINTLE | REVISE AND CIRCULATE TO ATTORNEY CIAMBRONE DRAFT MOTION TO EMPLOY DUANE MORRIS AS COUNSEL TO CREDITORS' COMMITTEE AND NOTICE AND PROPOSED ORDER. | 1.50 | $660.00 |
| 11/5/2015 009 | KL WINTLE | REVIEW CONFLICTS CHECK REPORT AND PREPARE AFFIDAVIT IN SUPPORT OF APPLICATION TO RETAIN DUANE MORRIS AS COUNSEL TO CREDITORS COMMITTEE. | 0.80 | $352.00 |
| 11/6/2015 009 | KL WINTLE | ATTENTION TO SEEKING ADMISSION PRO HAC VICE IN MATTER. | 0.90 | $396.00 |
| 11/6/2015 009 | KL WINTLE | REVISE AND CIRCULATE AFFIDAVIT IN SUPPORT OF APPLICATION TO RETAIN DUANE MORRIS AS COUNSEL TO CREDITORS' COMMITTEE FOR REVIEW AND COMMENT. | 2.60 | $1,144.00 |
| 11/9/2015 009 | R CIAMBRONE | DRAFT APPLICATION FOR RETENTION AND AFFIDAVIT IN SUPPORT OF RETENTION. | 0.90 | $679.50 |
| 11/10/2015 009 | KL WINTLE | ATTENTION TO PRO HAC VICE ADMISSION IN CHAPTER 11 CASE. | 0.40 | $176.00 |
| 11/12/2015 009 | KL WINTLE | REVISIONS TO RETENTION APPLICATION AND SUPPORTING AFFIDAVIT. | 0.30 | $132.00 |
| 11/12/2015 009 | KL WINTLE | REVIEW AS FILED MOTION FOR PRO HAC VICE ADMISSION IN CHAPTER 11 CASE. | 0.10 | $44.00 |
| 11/13/2015 009 | KL WINTLE | LEGAL RESEARCH REGARDING EMPLOYMENT OF COMMITTEE COUNSEL. | 1.70 | $748.00 |
| 11/15/2015 009 | MA OLINS | WORK ON APPLICATION, PROPOSED ORDER, AND CIAMBRONE AFFIDAVIT. | 1.90 | $1,007.00 |
| 11/16/2015 009 | R CIAMBRONE | DRAFT AFFIDAVIT IN SUPPORT OF RETENTION APPLICATION; REVIEW OF CONFLICTS REPORT; EMAIL CORRESPONDENCE WITH JIM | 2.40 | $1,812.00 |

DUANE MORRIS LLP

Duane Morris
December 17, 2015
Page 11

**REDACTED**

File # G3768-00001                                            INVOICE# 2139898
    UNSECURED CREDITORS' COMMITTEE

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE | |
|------|------|------------|---|-------|-------|---|
| 11/16/2015 | 009 | MA OLINS | TORONGO REGARDING WORK ON DUANE MORRIS RETENTION MOTION, AFFIDAVIT, AND REVISE SAME AND EXTENSIVE WORK ON CONFLICTS SEARCHES FOR SAME. | 4.00 | $2,120.00 | 2 |
| 11/17/2015 | 009 | R CIAMBRONE | ONGOING CALLS AND EMAIL CORRESPONDENCE WITH MIKE DESMOND REGARDING (.50); FINALIZE MY AFFIDAVIT IN SUPPORT OF RETENTION APPLICATION FOR FILING (.80). | 1.30 | $981.50 | |
| 11/17/2015 | 009 | MA OLINS | WORK ON AND FINALIZE DUANE MORRIS RETENTION APPLICATION AND ACCOMPANYING DOCUMENTS. | 2.70 | $1,431.00 | 2 |
| 11/22/2015 | 009 | MA OLINS | WORK ON DUANE MORRIS BILLING FRAMEWORK ISSUES FOR CASE. | 0.70 | $371.00 | 2 |
| | | | Code Total | 28.60 | $14,870.00 | |

DUANE MORRIS LLP

Duane Morris
December 17, 2015
Page 12

File # G3768-00001                                              INVOICE# 2139898
      UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/3/2015 010 | KL WINTLE | REVIEW DEBTORS' MOTION TO EMPLOY INVESTMENT BANKER. | 0.10 | $44.00 |
| 11/4/2015 010 | MA OLINS | FURTHER REVIEW OF INITIAL FILINGS IN CASE WITH SPECIFIC ANALYSIS OF PROFESSIONAL COMPENSATION MOTION. | 1.50 | $795.00 |
| 11/5/2015 010 | MA OLINS | CALL AND EMAIL WITH UNITED STATES TRUSTEE RE DSI RETENTION MOTION AND ANALYZE SAME. | 0.30 | $159.00 |
| 11/5/2015 010 | MA OLINS | ADDRESS ISSUES WITH INTERIM COMPENSATION MOTION AND EMAILS WITH DEBTOR'S COUNSEL RE SAME. | 0.70 | $371.00 |
| 11/6/2015 010 | R CIAMBRONE | REVIEW OF PC APPLICATION FOR RETENTION. | 0.30 | $226.50 |
| 11/6/2015 010 | MA OLINS | WORK ON INTERIM FEE PROCEDURES AND EMAILS WITH DEBTOR'S COUNSEL RE CHANGES TO FORM OF ORDER (.8); ADDRESS ISSUES IN CONNECTION WITH DEBTOR'S COUNSEL RETENTION (.7). | 1.50 | $795.00 |
| 11/8/2015 010 | R CIAMBRONE | REVIEW OF APPLICATION TO EMPLOY LIVINGSTONE AND ENGAGEMENT LETTER. | 0.90 | $679.50 |
| 11/8/2015 010 | MA OLINS | ADDRESS PERKINS COIE RETENTION AND PERFORM RESEARCH FOR SAME (1.2); REVIEW AND ANALYZE LIVINGSTONE RETENTION ISSUES (1.4). | 2.60 | $1,378.00 |
| 11/9/2015 010 | MA OLINS | WORK ON REVISIONS TO LIVINGSTONE ENGAGEMENT LETTER AND RESEARCH FOR SAME. | 1.60 | $848.00 |
| 11/10/2015 010 | R CIAMBRONE | MARK-UP/REVISE ENGAGEMENT LETTER FOR LIVINGSTONE (.90); ASSESS ADEQUACY OF IB FEE REQUESTED (.50). | 1.40 | $1,057.00 |
| 11/10/2015 010 | MA OLINS | WORK ON LIVINGSTONE AGREEMENT. | 0.50 | $265.00 |
| 11/11/2015 010 | R CIAMBRONE | REVIEW OF INFORMATION ON FEE STRUCTURE OF ALTERNATIVE IB PROPOSALS (.3); EMAIL CORRESPONDENCE WITH PAT AND DAN REGARDING SAME (.20). | 0.50 | $377.50 |
| 11/12/2015 010 | R CIAMBRONE | CALL WITH PAT O'MALLEY TO DISCUSS FEE SCHEDULE FOR LIVINGSTONE (.40); ANALYSIS OF REASONABLENESS OF IB FEE | 1.30 | $981.50 |

Duane Morris
December 17, 2015
Page 13

File # G3768-00001

REDACTED

INVOICE# 2139898

UNSECURED CREDITORS' COMMITTEE

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | STRUCTURE (.60); EXTENDED TELEPHONE CONFERENCE WITH JIM TORONGO REGARDING (.30). | | |
| 11/12/2015 | 010 | MA OLINS | ATTEND CALL WITH DEBTOR AND DSI RE INVESTMENT BANKER (.5); RESEARCH RE INVESTMENT BANKER ISSUES (.8). | 1.30 | $689.00 |
| 11/12/2015 | 010 | KL WINTLE | LEGAL RESEARCH ON RETENTION OF COMMITTEE COUNSEL AND MEMORANDUM TO ATTORNEY CIAMBRONE REGARDING SAME, AS WELL AS FURTHER REVISIONS TO RETENTION APPLICATION AND AFFIDAVIT CONSISTENT WITH RESEARCH. | 1.30 | $572.00 |
| 11/13/2015 | 010 | R CIAMBRONE | REVIEW OF ENGAGEMENT LETTER FOR LIVINGSTONE AND PROVIDE COMMENTS TO DEBTOR; REVIEW OF LIVINGSTONE ORDER AND PROVIDE COMMENTS TO DEBTOR; REVIEW OF SALE ORDER AND BIDDING PROCEDURES AND PROVIDE COMMENTS TO DEBTOR. | 4.50 | $3,397.50 |
| 11/13/2015 | 010 | MA OLINS | WORK ON LIVINGSTON RETENTION ISSUES AND REVIEW PROPOSED ORDER. | 0.90 | $477.00 |
| 11/24/2015 | 010 | R CIAMBRONE | REVIEW OF ORDINARY COURSE PROFESSIONALS MOTION (.80); EMAIL CORRESPONDENCE WITH DEBTOR REGARDING SAME, PROVIDING COMMENTS (.20); REVIEW AND ANALYSIS OF MOTION TO EMPLOY GARDEN CITY GROUP (.40). | 1.40 | $1,057.00 |
| 11/24/2015 | 010 | KL WINTLE | RESEARCH OTHER RETENTION APPLICATIONS FILED BY GARDEN CITY AND DRAFT AND FINALIZE MEMORANDUM TO ATTORNEY CIAMBRONE REGARDING COMPARISON OF FEE SCHEDULES. | 0.90 | $396.00 |
| | | | Code Total | 23.50 | $14,565.50 |

DUANE MORRIS LLP

Duane Morris
February 10, 2016
Page 11

File # G3768-00001                                    INVOICE# 2155035
    UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/13/2016 010 | R CIAMBRONE | DRAFT/REVISE MOTION TO RETAIN CONFLICT COUNSEL. | 0.30 | $235.50 |
| 1/13/2016 010 | MA OLINS | WORK ON HONIGMAN RETENTION AND DRAFT RETENTION PAPERS. | 4.50 | $2,497.50 |
| 1/14/2016 010 | R CIAMBRONE | REVIEW/REVISE MOTION TO RETAIN HONNIGMAN | 0.50 | $392.50 |
| 1/14/2016 010 | MA OLINS | FURTHER WORK ON MOTION TO RETAIN HONIGMAN AND FINALIZE SAME. | 2.20 | $1,221.00 |
| 1/17/2016 010 | MA OLINS | REVIEW PERKINS COIE MONTHLY FEE PETITION. | 0.40 | $222.00 |
| 1/19/2016 010 | MA OLINS | BRIEF REVIEW OF NISEN & ELLIOTT'S MONTHLY APPLICATION. | 0.20 | $111.00 |
| 1/29/2016 010 | KL WINTLE | REVIEW INVOICES CIRCULATED BY GARDEN CITY GROUP FOR DECEMBER 2015 | 0.10 | $47.50 |
| | | Code Total | 8.20 | $4,727.00 |

DUANE MORRIS LLP

Duane Morris
January 11, 2016
Page 14

REDACTED

File # G3768-00001                                                    INVOICE# 2144572
UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 12/1/2015 013 | MA OLINS | WORK ON SECURED LENDER CLAIM INVESTIGATION ISSUES. | 0.20 | $106.00 |
| 12/3/2015 013 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH DAVID GOLD REGARDING BANK'S CLAIM. | 0.20 | $151.00 |
| 12/3/2015 013 | MA OLINS | ADDRESS LENDER LIEN ISSUES AND EMAIL TO LENDER'S COUNSEL RE SAME. | 0.80 | $424.00 |
| 12/4/2015 013 | T PATTERSON | WORK ON OBTAINING COUNTY UCC SEARCHES FOR LB STEEL, LLC FROM COOK COUNTY, IL, SHAWNEE COUNTY, KS AND TRUMBULL COUNTY, OH | 0.40 | $144.00 |
| 12/9/2015 013 | T PATTERSON | CONTINUE WORKING ON OBTAINING COUNTY UCC SEARCHES FOR LB STEEL, LLC; REVIEW RESULTS RECEIVED FROM COOK COUNTY, IL AND TRUMBULL COUNTY, OH; SCAN AND SEND SAME TO MATT OLINS | 0.40 | $144.00 |
| 12/9/2015 013 | R CIAMBRONE | EXTENDED CALL WITH POSSIBLE CONFLICTS COUNSEL REGARDING (.80); CALL WITH DAN ZAZOVE REGARDING BANK LIENS, ISSUES (.70) | 1.50 | $1,132.50 |
| 12/9/2015 013 | MA OLINS | ANALYSIS OF ISSUES IN CONNECTION WITH SECURED CREDITOR LIENS AND REVIEW DOCUMENTS RE SAME (.9); PREPARE FOR AND CALLS WITH DEBTOR'S COUNSEL RE LOAN ISSUES AND POST CALL ANALYSIS (.9); CALLS WITH POSSIBLE NEW SPECIAL COUNSEL (.3). | 2.10 | $1,113.00 |
| 12/10/2015 013 | MA OLINS | ANALYSIS OF LENDER CLAIM ISSUES AND CALLS WITH D. ZAZOVE AND K. CRANE RE LENDER CLAIM ISSUES. | 0.70 | $371.00 |
| 12/11/2015 013 | T PATTERSON | REVIEW UCC SEARCH RESULTS RECEIVED FROM SHAWNEE COUNTY, KS FOR LB STEEL, LLC; SCAN AND SEND SAME TO MATT OLINS | 0.20 | $72.00 |
| 12/14/2015 013 | MA OLINS | WORK ON LENDER LIEN INVESTIGATION (1.4); CALL WITH DEBTOR'S COUNSEL RE LOAN DOCUMENTS (.1). | 1.50 | $795.00 |
| 12/15/2015 013 | MA OLINS | WORK ON INVESTIGATION OF SECURED LENDER CLAIM. | 1.00 | $530.00 |
| 12/16/2015 013 | KA LATIMER | REVIEW ISSUES RE PERFECTION OF TRADEMARKS | 0.50 | $417.50 |
| 12/16/2015 013 | MA OLINS | FURTHER RESEARCH AND | 1.40 | $742.00 |

DUANE MORRIS LLP

Duane Morris
January 11, 2016
Page 15

File # G3768-00001                        REDACTED                INVOICE# 2144572

UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 12/17/2015 013 | MA OLINS | ANALYSIS OF LENDER'S LIENS, PREPARE FOR AND CALL WITH D. ZAZOVE AND K. CRANE RE LENDER'S LIEN AND LOAN DOCUMENTS (.9); PREPARE FOR AND CALL WITH K. CRANE AND J. WILLIS RE LENDER'S LIEN AND LOAN DOCUMENTS (.6); PERFORM ANALYSIS OF SAME (1.1). | 2.60 | $1,378.00 |
| 12/18/2015 013 | R CIAMBRONE | ADDRESS OPEN ISSUES RELATING TO LIENS OF MB BANK | 1.20 | $906.00 |
| 12/20/2015 013 | MA OLINS | PREPARE EMAIL TO LENDER'S COUNSEL AND PERFORM RESEARCH FOR SAME. | 1.60 | $848.00 |
| 12/21/2015 013 | KA LATIMER | CONSIDERATION OF ISSUES RELATING TO LANGUAGE IN LENDER'S SECURITY AGREEMENT | 0.30 | $250.50 |
| 12/21/2015 013 | R CIAMBRONE | CALL WITH DAV ZAZOVE TO DISCUSS PRIORITY AND WALSH LITIGATION (.50), PERFECTION ISSUES; REVIEW ISSUES AND PREPARE SUMMARY OF SAME (.90); TELEPHONE CONFERENCE WITH STATUS CONFLICTS COUNSEL (.50). | 1.90 | $1,434.50 | ③ |
| 12/21/2015 013 | MA OLINS | PREPARE FOR AND CALL WITH DEBTOR'S COUNSEL RE LENDER LIEN INVESTIGATION (1); PREPARE FOR AND CALL WITH POSSIBLE CONFLICT COUNSEL (.6); FURTHER WORK ON LIEN INVESTIGATION (1.3); WORK ON EMAIL TO LENDER RE RESULTS OF LIEN INVESTIGATION (.5). | 3.40 | $1,802.00 | ③ |
| 12/22/2015 013 | T PATTERSON | WORK ON OBTAINING UCC SEARCH FOR LB STEEL, LLC FROM DELAWARE SECRETARY OF STATE | 0.20 | $72.00 |
| 12/22/2015 013 | MA OLINS | STRATEGY FOR ADDRESS LENDER'S LOAN ISSUES (.6); EMAILS WITH LENDER'S COUNSEL RE CALL RE LOAN ISSUES (.1). | 0.70 | $371.00 |
| 12/23/2015 013 | T PATTERSON | REVIEW AND SUMMARIZE UPDATED UCC SEARCH RESULTS RECEIVED FROM DELAWARE SECRETARY OF STATE FOR LB STEEL, LLC; SCAN AND SEND SAME TO MATT OLINS | 0.40 | $144.00 |
| 12/23/2015 013 | MA OLINS | REVIEW FINDINGS, PREPARE FOR AND CALL, AND COORDINATE CALL WITH LENDER'S COUNSEL RE LOAN DOCUMENTS AND | 1.00 | $530.00 |

Duane Morris
February 10, 2016
Page 14

*REDACTED*

File # G3768-00001                                      INVOICE# 2155035
        UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/8/2016 013 | MA OLINS | STRATEGY RE ADDITIONAL INVESTIGATION PERIOD OPTIONS AND POSSIBLE CONFLICTS COUNSEL RETENTION ISSUES (.4); PREPARE FOR AND CALL WITH LENDER'S COUNSEL RE SAME (.4); EMAIL TO POSSIBLE CONFLICTS COUNSEL RE          (.2) | 1.00 | $555.00 |
| 1/12/2016 013 | R CIAMBRONE | REVIEW AND ANALYSIS OF OPEN ISSUES RELATING TO PERFECTION OF LIENS (.50); TELEPHONE CONFERENCE WITH DAVID GOLIN REGARDING SAME (.40) | 0.90 | $706.50 |
| 1/12/2016 013 | MA OLINS | FURTHER WORK ON LENDER LIEN ISSUES (1.7) AND CALL WITH DEBTOR'S COUNSEL (.3) AND LENDER'S COUNSEL RE SAME (.3). | 2.30 | $1,276.50 |
| 1/13/2016 013 | MA OLINS | FURTHER WORK ON LENDER LIEN AND IP ITEMS (1); WORK ON MOTION TO EXTEND DEADLINES (.9). | 1.90 | $1,054.50 |
| 1/14/2016 013 | R CIAMBRONE | REVIEW AND ANALYSIS OF BANK'S CLAIM AND ISSUES | 1.50 | $1,177.50 |
| 1/14/2016 013 | MA OLINS | FURTHER WORK ON MOTION TO EXTEND DEADLINES AND FINALIZE SAME (2.5); STRATEGY RE NEXT ACTION (.3). | 2.80 | $1,554.00 |
| 1/15/2016 013 | R CIAMBRONE | ADDRESS OPEN ISSUES RE INVESTIGATION OF BANK'S LIEN | 0.50 | $392.50 |
| 1/15/2016 013 | MA OLINS | STRATEGY FOR NEXT STEPS WITH RESPECT TO LENDER'S LIENS (.8); PREPARE FOR AND CALL WITH PROPOSED SPECIAL COUNSEL RE          (.3). | 1.10 | $610.50 |
| 1/17/2016 013 | MA OLINS | REVIEW AND ANALYZE DEBTOR REAL PROPERTY LEASES IN CONNECTION WITH FIXTURE DETERMINATIONS. | 1.30 | $721.50 |
| 1/18/2016 013 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH DAVID GOLIN OUTLINING ISSUES WITH BANK'S LIENS, STATUS OF DISCUSSION | 0.30 | $235.50 |
| 1/18/2016 013 | MA OLINS | FURTHER REVIEW AND ANALYZE DEBTOR REAL PROPERTY LEASES IN CONNECTION WITH FIXTURE DETERMINATIONS. | 1.50 | $832.50 |
| 1/19/2016 013 | R CIAMBRONE | TELEPHONE CONFERENCE WITH DAVID GOLIN REGARDING EXTENSION OF COMMITTEE DEADLINE TO OBJECT TO LIENS | 0.30 | $235.50 |
| 1/20/2016 013 | R CIAMBRONE | DRAFT ORDER REGARDING FILING OF OBJECTION AND EXTENDING | 0.30 | $235.50 |

DUANE MORRIS LLP

REDACTED

Duane Morris
February 10, 2016
Page 15

File # G3768-00001                                                    INVOICE# 2155035
     UNSECURED CREDITORS' COMMITTEE

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | DEADLINES FOR CONTESTING THE BANK'S LIENS | | |
| 1/20/2016 013 | MA OLINS | WORK ON PROPOSED ORDER ON TODAY'S HEARING AND OBJECTION TO SECURED CREDITOR LIEN ISSUES. | 1.50 | $832.50 |
| 1/21/2016 013 | MA OLINS | WORK ON PROPOSED ORDER ON MOTION TO EXTEND TIME TO OBJECT TO LENDER'S LOAN DOCUMENTS AND CALL WITH DEBTOR'S COUNSEL RE SAME. | 0.20 | $111.00 |
| 1/22/2016 013 | R CIAMBRONE | REVIEW/REVISE ORDER ON DEADLINE FOR COMMITTEE TO OBJECT TO BANK'S LIENS | 0.30 | $235.50 |
| 1/22/2016 013 | MA OLINS | CALL WITH MB'S COUNSEL RE CHANGES TO ORDER EXTENDING DEADLINES; MULTIPLE REVISIONS TO ORDER; EMAIL WITH JUDGE'S DEPUTY RE ORDER. | 1.10 | $610.50 |
| 1/25/2016 013 | MA OLINS | WORK IN CONNECTION WITH TRANSFER OF LENDER LIEN ISSUE TO SPECIAL COUNSEL. | 0.60 | $333.00 |
| 1/26/2016 013 | R CIAMBRONE | RECEIPT AND REVIEW OF ENGAGEMENT LETTER FROM HONIGMAN (.20); EMAIL CORRESPONDENCE WITH JIM TORONGO REGARDING          (.10) | 0.30 | $235.50 |
| 1/26/2016 013 | MA OLINS | FURTHER WORK IN CONNECTION WITH LENDER LIEN ISSUES AND WORK IN CONNECTION WITH TRANSFER OF LENDER LIEN ISSUE AND SUGGESTIONS TO SPECIAL COUNSEL. | 4.20 | $2,331.00 |
| 1/27/2016 013 | MA OLINS | PREPARE FOR AND CALL WITH SPECIAL COUNSEL RE          (1.1); WORK ON PROVIDING DOCUMENTS TO SPECIAL COUNSEL IN CONNECTION WITH SAME (.3). | 1.40 | $777.00 |
| 1/28/2016 013 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH SPECIAL COUNSEL REGARDING | 0.20 | $157.00 |
| 1/28/2016 013 | MA OLINS | COMMUNICATIONS WITH SPECIAL COUNSEL RE | 0.30 | $166.50 |
| | | Code Total | 25.80 | $15,377.00 |

DUANE MORRIS LLP

Duane Morris
March 09, 2016
Page 12

REDACTED

File # G3768-00001                                          INVOICE# 2163452
    UNSECURED CREDITORS' COMMITTEE

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 2/29/2016 | 013 | MA OLINS | PREPARE FOR AND CALL WITH CONFLICTS COUNSEL (.8); WORK ON DOCUMENT ISSUES FOR CONFLICT'S COUNSEL (.6). | 1.40 | $777.00 |
| | | | Code Total | 1.40 | $777.00 |

③

DUANE MORRIS LLP