**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 15 B 35358 |
| LB STEEL, LLC, | ) | |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |
| | ) | Hearing Date: May 23, 2019 |
| | ) | Hearing Time: 9:30 a.m. |

**SUMMARY COVER SHEET FOR FINAL APPLICATION OF
NISEN & ELLIOTT, LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION**

A. Name of Applicant: Nisen & Elliott, LLC.

B. Authorized to Provide Professional Services to: LB Steel, LLC.

C. Date of Entry of Order of Retention: December 9, 2015 [*Docket No. 139*].

D. Period for Which New Compensation and Reimbursement Is Sought: October 1, 2018 to March 31, 2019.

E. Amount of New Compensation Sought as Actual, Reasonable and Necessary: $14,527.00.

F. Amount of New Expense Reimbursement Sought as Actual, Reasonable and Necessary: $293.00.

G. This is a: Final Application.

H. The Dates and Amounts of Previous Compensation Allowed are:

April 6, 2016 Order allowed $36,391.00 for fees and $250.88 for costs.
August 24, 2016 Order allowed $30,361.00 for fees and $25.62 for costs.
December 21, 2016 Order allowed $7,202.00 for fees.
April 26, 2017 Order allowed $6,770.00 for fees.
October 19, 2017 Order allowed $29,163.00 for fees and $3,992.45 for costs.
May 22, 2018 Order allowed $76,768.50 for fees.
December 19, 2018 Order allowed $72,724.50 for fees.

        Respectfully submitted,

        Nisen & Elliott, LLC

By:   /s/ Daniel P. Dawson
       Daniel P. Dawson (ARDC #6199728)
       Nisen & Elliott, LLC
       200 W. Adams, Suite 2500
       Chicago, Illinois 60606
       (312) 346-7800

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 15 B 35358 |
| LB STEEL, LLC, | ) | |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |
| | ) | Hearing Date: May 23, 2019 |
| | ) | Hearing Time: 9:30 a.m. |

**FINAL APPLICATION OF NISEN & ELLIOTT, LLC
FOR ALLOWANCE AND PAYMENT OF COMPENSATION**

Daniel P. Dawson and the partners, associates and para-professionals of Nisen & Elliott, LLC (collectively "Nisen") as special counsel to LB Steel, LLC (the "Debtor"), pursuant to Sections 327, 328 and 330 of the Bankruptcy Code, Rule 2106(a) of the Federal Rules of Bankruptcy Procedure and Rule 5082-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois, submit this Final Application For Allowance And Payment Of Compensation in the amount of $14,527.00 for 29.80 hours of services rendered to the Debtor between October 1, 2018 and March 31, 2019 and for an order finding that all previous interim awards of compensation to Nisen are now final awards of compensation. In further support of this Application, Nisen states as follows:

**Background**

1. On October 18, 2015, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Petition Date). On October 29, 2015, an Official Committee of Unsecured Creditors (the "Committee") was formed.

2. The factual background relating to the Debtor's commencement of this Chapter 11 Case is set forth in detail in the Declaration of Michael Goich (the "Goich Declaration") filed on October 19, 2015.

3. For several years prior to the Petition Date, the Debtor, Walsh Construction Company ("Walsh"), the City of Chicago, Calumet Testing and others engaged in litigation (the "Walsh Litigation") in the Circuit Court of Cook County relating to a construction project at O'Hare International Airport.

4. On October 14, 2015, the circuit court awarded a $27,500,000 judgment in favor of Walsh against the Debtor for breach of contract, a $6,500,000 judgment in favor of the Debtor and against Walsh for breach of contract, a $1,554,654 judgment in favor of the Debtor on its lien claim against the City of Chicago and a $1,812,696 judgment in favor of the Debtor and against Calumet Testing (the "Judgment Order"). The circuit court then set off each judgment entered in favor of the Debtor (against various parties) against the one judgment entered in favor of Walsh (against the Debtor) and also ordered that certain funds which had been held in escrow be released to Walsh (based on the set offs).

5. After the Debtor filed for bankruptcy protection, the Debtor retained Nisen as special counsel in order to appeal the Judgment Order as well as perform other services related to the Walsh Litigation.

6. On December 9, 2015, this Court entered an order [*Docket No. 139*] approving the Debtor's retention and employment of Nisen as the Debtor's special counsel for issues related to the Walsh Litigation as of November 17, 2015.

7. In connection with its retention, Nisen performed 682.10 hours of services from November 17, 2017 through September 30, 2019. Nisen was previously awarded $259,380.00 for those services and reimbursed $4,268.95 for expenses through interim orders. All of these amounts have been paid.

8. More recently, Nisen performed 29.80 hours of services from October 1, 2018 to

March 31, 2019, which are detailed in the monthly bills it prepared and issued pursuant to the interim compensation order previously entered by this Court.

9. Specifically, pursuant to the Interim Compensation Order [*Docket No. 99*], Nisen served monthly fee statements to all parties identified in that order. Copies of Nisen's monthly fee statements for this period are attached as Exhibit A.

10. Nisen received no objections to those statements.

### Nisen's Final Compensation Request

11. By this application, Nisen seeks allowance of new compensation in the amount of $14,527.00 for 29.80 hours of services rendered to the Debtor from October 1, 2018 to March 31, 2019 and payment of all allowed amounts that the Debtor has not already paid for this period. Nisen has not received any payments for this period.

12. In addition, by this application Nisen also requests that all interim awards of compensation now be deemed final awards of compensation.

### Nature And Extent Of The Services Rendered And Costs Incurred During This Period

13. While all of Nisen's services have been related to the Walsh Litigation, for purposes of this application Nisen has allocated the services into four separate categories: (1) analysis, review, and general communication; (2) legal research and drafting of documents; (3) court appearances; and (4) retention and fee issues. A summary of the total hours expended by Nisen's attorneys and para-professionals for this interim period is below.

| Total Hours and Compensation Requested | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATE | FEE |
| Daniel P. Dawson (Partner) | 29.50 | $490.00 | **$14,445.00** |
| Joseph A. Ptasinski (Associate) | .30 | $240.00 | **$72.00** |
| **TOTAL** | **29.80** | | **$14,527.00** |

1. *Analysis, Review and Communication*

14. During the period between October 1, 2018 and March 31, 2019, Nisen professionals devoted 16.10 hours to analysis, review, and communication regarding the Walsh Litigation. Services in this category included a review and analysis of: (a) the Opinion issued by the Appellate Court in the state court appeal; and (b) the petitions of Walsh and Carlo for rehearing of the appeal. The services also included communication with counsel for the Debtor's CRO, the Debtor's bankruptcy counsel, and the Committee regarding the Appellate Court Opinion, the petitions for rehearing, and the implementation of the settlement subsequently reached between the Debtor and Walsh.

| Hours and Compensation Requested for Analysis Of Walsh Litigation | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATE | FEE |
| Daniel P. Dawson (Partner) | 16.00 | $490.00 | $7,840.00 |
| Joseph A. Ptasinski (Associate) | 0.10 | $240.00 | $24.00 |
| TOTAL | | | $7,864.00 |

2. *Legal Research And Preparation of Documents*

15. During the period between October 1, 2018 and March 31, 2019, Nisen professionals devoted 7.40 hours to matters related to legal research associated with the Walsh Litigation including research related to Walsh and Carlo's petitions for rehearing, a company investigative report, and preparation of pleadings (such as drafting a motion to dismiss the state court litigation pursuant to settlement).

| Hours and Compensation Requested for Pleadings | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATE | FEE |
| Daniel P. Dawson (Partner) | 7.20 | $490.00 | $3,528.00 |
| Joseph A. Ptasinski (Associate) | .20 | $240.00 | $48.00 |
| TOTAL | 7.40 | | $3,576.00 |

4

**3.**    *Court Appearances*

16.    During the period between October 1, 2018 and March 31, 2019, Nisen professionals also prepared for and attended court hearings for which Nisen professionals devoted 3.30 hours of service.

| Hours and Compensation Requested for Court Appearances | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATE | FEE |
| Daniel P. Dawson (Partner) | 3.30 | $490.00 | **$1,617.00** |
| **TOTAL** | **3.30** | | **$1,617.00** |

**4.**    *Retention and Fee Issues*

17.    During the period between October 1, 2018 and March 31, 2019, Nisen professionals expended 3.00 hours related to fee application procedures required by the Bankruptcy Court.

| Hours and Compensation Requested for Retention | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATE | FEE |
| Daniel P. Dawson (Partner) | 3.00 | $490.00 | **$1,470.00** |
| **TOTAL** | **3.00** | | **$1,470.00** |

**5.**    *Reimbursable Costs and Expenses*

18.    In addition to an award of interim compensation, Nisen is entitled to seek reimbursement for its out-of-pocket costs and expenses advanced on the Debtor's behalf. Nisen incurred $293.00 in costs or expenses for this period. A complete enumeration of reimbursable expenses is attached as Exhibit B.

**Prior Compensation Awards**

19.    Nisen was retained as of November 17, 2015, by an order dated December 9, 2015. See, Docket #139. All of the services rendered by Nisen and the expenses incurred by Nisen on behalf of the Estate for the period of November 17, 2015 to September 30, 2018 have already been allowed and paid pursuant to interim applications for compensation and orders

5

granting those applications. See, Docket #s 270, 325, 369, 411, 441, 517, and 577.

20. Prior to the present period (i.e. 10/01/2018 – 03/31/2019), Nisen has been paid $259,380.00 for professional services and $4,268.95 for reimbursement of costs, for a total of $263,648.95. This application seeks compensation for the period of 10/01/2018 – 03/31/2019 in the amount of $14,820.00 (which equals $14,527.00 in fees and $293.00 in expense reimbursement).

## Conclusion

21. Nisen submits that an allowance of the compensation as requested is both reasonable and appropriate. Not only were the value of the services provided by Nisen reasonable but Nisen's services also resulted in a successful appeal.

22. Specifically, the Appellate Court reversed setoffs originally imposed by the trial court. This included a reversal of a set-off in the amount of $1,812,696 along with a reversal of the trial court's order to release that $1,812,696 to Walsh (instead of LB Steel).

23. In addition, the total compensation sought by Nisen is less than the value of the services actually provided because Nisen agreed to "cap" its fees for services rendered after July 10, 2017 for preparing LB Steel's appellate briefs at $150,000. In addition, Nisen also agreed to "cap" its fees for services related to the oral argument in the state appellate court at $15,000. As a result of Nisen's agreement to cap its fees for portions of the services it provided, Nisen provided $16,511.50 in services for which no compensation was sought or paid.

24. In accordance with the Interim Compensation Order, notice of this Application has been given to: (a) the Debtor; (b) counsel to the Committee; (c) the office of the United States Trustee; and (d) all parties receiving ECF Notice. In light of the nature of the relief requested, Nisen submits that no further notice is required.

WHEREFORE, Nisen requests the entry of an order:

a. Allowing additional compensation in the amount of $14,527.00 for 29.80 hours of services rendered to the Debtor between October 1, 2018 and March 31, 2019, inclusive;

b. For an award of additional expense reimbursement of $293.00 for out-of-pocket costs advanced on behalf of the Debtor between October 1, 2018 and March 31, 2019, inclusive;

c. Authorizing the Debtor's payment of all additional awarded and unpaid compensation after credit for amounts paid;

d. Finding that all previous interim awards allowing compensation to Nisen & Elliott, LLC are now final awards; and

e. For such other and further relief as is just.

> Respectfully submitted,
>
> Nisen & Elliott, LLC
>
> By:  /s/ Daniel P. Dawson
> Daniel P. Dawson (ARDC #6199728)
> Nisen & Elliott, LLC
> 200 W. Adams, Suite 2500
> Chicago, Illinois 60606
> (312) 346-7800

# **CERTIFICATE OF SERVICE**

Daniel P. Dawson, an attorney, certifies that on April 30, 2019, he caused the foregoing *Eighth Interim Application of Nisen & Elliott, LLC For Allowance And Payment Of Compensation* to be filed electronically with the Court and served via operation of the Court's electronic filing system to the ECF registered parties listed below and as otherwise indicated on the subsequent service list below.

**Via ECF Notification:**

David A Agay on behalf of Interested Party LB Industries, Inc.
dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com, mgupta@mcdonaldhopkins.com;bkfilings@mcdonaldhopkins.com

Jeffrey E Altshul on behalf of Creditors CenterPoint Energy Services, Inc., FirstEnergy Solutions Corp., Creditor Ohio Edison Company, Creditor Westar Energy, Inc.
jaltshul@carlsondash.com, kidstein@carlsondash.com

Kurt M. Carlson on behalf of Creditors CenterPoint Energy Services, Inc., FirstEnergy Solutions Corp., Creditor Ohio Edison Company, Creditor Westar Energy, Inc.
kcarlson@carlsondash.com, knoonan@carlsondash.com, bmurzanski@carlsondash.com

Barry A Chatz on behalf of Creditor MB Financial Bank, N.A.
bachatz@arnstein.com, jbmedziak@arnstein.com

William D Cherny on behalf of Creditor Stainless Shapes, Inc.
bill@chernylaw.com

Rosanne Ciambrone on behalf of Creditor Committee The Official Committee of Unsecured Creditors'
rciambrone@duanemorris.com, jkahane@duanemorris.com, rpdarke@duanemorris.com

William Cross on behalf of Creditor Walsh Construction Company
wcross@fslegal.com

Michael K Desmond on behalf of Creditor Walsh Construction Company
mdesmond@fslegal.com, dorisbay@fslegal.com

Joshua A Gadharf on behalf of Interested Party LB Industries, Inc.
jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com

David J. Gold on behalf of Debtor LB Steel, LLC
dgold@perkinscoie.com, jmatamoros@perkinscoie.com, ecf-f3d8ba2b0968@ecf.pacerpro.com

David A. Golin on behalf of Creditor MB Financial Bank, N.A.
dagolin@arnstein.com, mgonzalez@arnstein.com

Emily S. Gottlieb on behalf of Claims/Noticing Agent Garden City Group, LLC
emily_gottlieb@gardencitygroup.com, paul.kinealy@gardencitygroup.com; PACERTeam@gardencitygroup.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Kevin H Morse on behalf of Creditor MB Financial Bank, N.A.
khmorse@arnstein.com

John S Mrowiec on behalf of Creditor Conway & Mrowiec
jsm@cmcontractors.com;

Matthew A Olins on behalf of Creditor Committee The Official Committee of Unsecured Creditors
maolins@duanemorris.com

John R Weiss on behalf of Creditor Committee The Official Committee of Unsecured Creditors
jrweiss@duanemorris.com

Keri L Wintle on behalf of Creditor Committee The Official Committee of Unsecured Creditors
klwintle@duanemorris.com

Samuel C. Wisotzkey on behalf of Creditor Scot Forge Company
swisotzkey@kmksc.com, kmksc@kmksc.com

Stephen A Yokich on behalf of Creditor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International
efile@dbb-law.com, syokich@dbb-law.com

**Served as indicated:**

| Name | Party Type | Fax No. or E-Mail | Type of Service |
| --- | --- | --- | --- |
| Office of the U.S. Trustee Attn: Roman Sukley 219 S. Dearborn St., Room 873 Chicago, IL 60604 | U.S. Trustee | Roman.L.Sukley@usdoj.gov | ECF and E-Mail |
| Russell R. Johnson III John M. Craig Russell R. Johnson III, PLC 2258 Wheatlands Drive Manakin-Sabot, VA 23103 | Rule 2002-Attorneys for CenterPoint Energy, et. al. | russj4478@aol.com | E-Mail, per consent |