IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LB Steel, LLC          CASE NO.   15-35358

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending   September 30, 2019

| | |
|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS, BOOK | $137,485 |
| **RECEIPTS:** | |
| 1. Receipts | $ 70,591 |
| 2. Transfers from Other Accounts | $ - |
| **DISBURSEMENTS:** | |
| 3. Net Payroll: | |
| a. Officers | $ - |
| b. Others | $ - |
| 4. Taxes: | |
| a. Federal Income Taxes | $ - |
| b. FICA Withholdings | $ - |
| c. Employee's withholdings | $ - |
| d. Employer's FICA | $ - |
| e. Federal Unemployment Taxes | $ - |
| f. State Income Tax | $ - |
| g. State Employee withholdings | $ - |
| h. All other state taxes | $ - |
| 5. Necessary Expenses: | |
| a. Rent or mortgage payment(s) | $ - |
| b. Utilities | $ - |
| c. Insurance | $ - |
| d. Merchandise bought for manufacture or sale | $ - |
| e. Plant Operations | $ - |
| f. G&A Office | $ 58 |
| g. Benefits | $ - |
| h. Property Taxes | $ - |
| i. Professional Fees | $ 25,057 |
| j. Loan & Interest | $ - |
| TOTAL DISBURSEMENTS (before transfers) | $ 25,115 |
| Transfers to Other Accounts | $ - |
| TOTAL DISBURSEMENTS (including transfers) | $ 25,115 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ 45,475 |
| ENDING CASH, BOOK | $ 182,960 |
| OUTSTANDING CHECKS, CURRENT MONTH | $ 26,658 |
| ENDING CASH, BANK | $ 209,618 |
| ENDING BALANCE IN  MB Financial - 1961 | $ 209,618 |
| ENDING BALANCE IN  MB Financial - 1996 | $ - |
| ENDING BALANCE IN  MB Financial - 1988 | $ - |
| ENDING BALANCE IN MB Financial - 3069 | $ - |
| ENDING BALANCE IN ALL ACCOUNTS | $ 209,618 |

OPERATING REPORT Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LB Steel, LLC                           CASE NO.    15-35358

RECEIPTS LISTING

For Month Ending    September 30, 2019

Bank:           MB Financial

Location:       Chicago, IL

Account Name:   LB Steel

Account No:     xxxxxx1961

| DATE RECEIVED: | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/23/2019 | Liberty Steel Holdings | $ 70,590.67 |
| | TOTAL: | $ 70,591 |

Receipts may be identified by major categories.  It is not necessary to list each transaction separately by name of customer or invoice number.  You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LB Steel, LLC                                             CASE NO.    15-35358

DISBURSEMENTS LISTING

For Month Ending    September 30, 2019

Bank:              MB Financial

Location:          Chicago, IL

Account Name:      LB Steel

Account No:        xxxxxx1961

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| See attached list of Disbursements | | | $ 25,115 |
| | | TOTAL: | $ 25,115 |

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3A

**LB Steel, LLC**
**OPERATING ACCOUNT DISBURSEMENTS**
**September, 2019**

| DATE | CHECK# | PAYEE | CATEGORY | AMOUNT |
|---|---|---|---|---:|
| 9/12/2019 | ACH | Fifth Third | G&A Office | $ 58.24 |
| 9/27/2019 | 123952 | BURKE, WAR | Professional Fees | $ 2,907.00 |
| 9/27/2019 | 123953 | Epiq Class | Professional Fees | $ 986.05 |
| 9/27/2019 | 123954 | Mueller & Co | Professional Fees | $ 5,000.00 |
| 9/27/2019 | 123955 | Nisen & Elliot | Professional Fees | $ 14,820.00 |
| 9/27/2019 | 123956 | Stretto | Professional Fees | $ 1,024.45 |
| 9/27/2019 | 123957 | U.S.Legal | Professional Fees | $ 319.75 |
| | | | | $ 25,115.49 |

OPERATING REPORT Page 3B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LB Steel, LLC                                          CASE NO.   15-35358

For Month Ending   September 30, 2019

### STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ - |
| Change in inventory | $ - |
| Ending inventory | $ - |

### PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ - |
| Payroll taxes due but unpaid | $ - |

The Debtor uses ADP, a third party processor, for the preparation of payroll and payroll tax submissions. Taxes are withdrawn by ADP from the Debtor's accounts prior to payroll pay-dates. Thus all payroll taxes are paid by the debtor each pay period, with no lag.

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | TOTAL: | $ - |

(1) Amounts can vary due to days in the period, fees, etc.

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LB Steel, LLC                                CASE NO.  15-35358

For Month Ending    September 30, 2019

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE

| | |
|---|---|
| Beginning of month balance | $ - |
| Add: sales on account | $ - |
| Less: intercompany offsets/sale of AR | $ - |
| Less: collections | $ - |
| End of month balance | $ - |

| 0 - 30 Days | 31 - 60 Days | Over 60 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 |

Balances include both third party and intercompany receivables.

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ - |
| Add: credit extended | $ - |
| Less: payments on account | $ - |
| End of month balance | $ - |

| | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|---|
| TOTAL | $ - | | | | $ - |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LB Steel, LLC               CASE NO.    15-35358

For Month Ending    September 30, 2019

TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( x ) | No ( ) |
| 2. | FICA withholdings | Yes ( x ) | No ( ) |
| 3. | Employee's withholdings | Yes ( x ) | No ( ) |
| 4. | Employer's FICA | Yes ( x ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( x ) | No ( ) |
| 6. | State Income Taxes | Yes ( x ) | No ( ) |
| 7. | State Employee withholdings | Yes ( x ) | No ( ) |
| 8. | All other State Taxes | Yes ( x ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of the last payment.

OPERATING REPORT Page 6

| Form 6123 (Rev. 06-97) | Department of the Treasury-Internal Revenue Service **Verification of Fiduciary's Federal Tax Deposit** |
|---|---|
| | Do not attach this Notice to your Return |
| **TO** | District Director, Internal revenue Service Attn: Chief, Special Procedures Function |
| **FROM:** | **NOT APPLICABLE** |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| Section 1 | Form 941 Federal Tax Deposit (FTD) Information |
|---|---|
| | For the payroll period from _____ to _____ |
| Taxes Reported on Form 941, Employer=s Quarterly Federal Tax Return | Payroll date _____ |
| | Gross wages paid to employees $_____ |
| | Income tax withheld $_____ |
| | Social Security (Employer's plus Employee's share of Social Security Tax) $_____ |
| | Tax Deposited $_____ |
| | Date Deposited |
| **Section 2** | Form 940 Federal Tax Deposit (FTD) Information |
| | For the payroll period from _____ to _____ |
| Taxes Reported on Form 940, Employer=s Annual Federal Unemployment Tax Return | Gross wages paid to employees $_____ |
| | Tax Deposited $_____ |
| | Date Deposited |

**Certification**
(Certification is limited to receipt or electronic transmittal of deposit only)
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer=s Tax Guide (Publication 15)

| Deposit Method (check box) | 9 Form 8109/8109B Federal Tax Deposit (FTD) coupon 9 Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor=s Employer Identification Number: | Name and Address of Bank | |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct
Signed: Date:
Name and Title (print or type)

Cat. #43099Z                                Form  6123 (rev. 06-97)

OPERATING REPORT Page 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: LB Steel, LLC         CASE NO.   15-35358

For Month Ending   September 30, 2019

### INSURANCE QUESTIONNAIRE

Debtors in possession and trustees are required to maintain appropriate insurance on property of the estate to avoid risk to the estate or to the public. See 11 U.S.C. §§ 1107(a) and 1112(b)(4)(C).

1. For each policy of insurance maintained by the debtor in possession as of the Petition Date, state the following (*provide certificates of insurance for each policy if not already provided*):

| Carrier | Policy No. | Coverage Type | Policy Expiration Date | Cancellation Date, if applicable* |
|---|---|---|---|---|
| NOT APPLICABLE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*if a policy was cancelled for any reason during the reporting period, Identify the reason for cancellation (*i.e.*, non-payment, sale of asset, abandonment, etc.).

2. Have all required insurance premium payments during the reporting period been made? If not, identify the policy for which premiums have not been paid, the amount due, and reason for non-payment (attach separate sheet if necessary).

N/A

3. Has the debtor/trustee received notice from any insurer during the reporting period that a policy of insurance is subject to cancellation or non-renewal? If so, identify the carrier, coverage type and basis for potential cancellation or non-renewal (attach separate sheet if necessary).

N/A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### DECLARATION UNDER PENALTY OF PERJURY

I, _____Patrick O'Malley_____, acting as the duly authorized agent for LB Steel, LLC declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

SEPTEMBER 2019

_____Patrick J O'Malley_____
LB Steel, LLC

Print or type name and capacity of
person signing this Declaration:

Patrick O'Malley
Chief Restructuring Officer
LB Steel, LLC

DATED: _October 11, 2019_

OPERATING REPORT Page 9

# CERTIFICATE OF SERVICE

David J. Gold, an attorney, certifies that on **October 11, 2019**, he caused the foregoing *Summary of Cash Receipts and Cash Disbursements for Month Ending September 30, 2019* to be filed electronically with the Court and served via operation of the Court's electronic filing system to the ECF registered parties listed below and as otherwise indicated on the subsequent service list below.

**Via ECF Notification:**

David A Agay on behalf of Interested Party LB Industries, Inc.
dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; mgupta@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com

Jeffrey E Altshul on behalf of Creditors CenterPoint Energy Services, Inc., FirstEnergy Solutions Corp., Creditor Ohio Edison Company, Creditor Westar Energy, Inc.
jaltshul@carlsondash.com, kidstein@carlsondash.com

Kurt M. Carlson on behalf of Creditors CenterPoint Energy Services, Inc., FirstEnergy Solutions Corp., Creditor Ohio Edison Company, Creditor Westar Energy, Inc.
kcarlson@carlsondash.com, knoonan@carlsondash.com; bmurzanski@carlsondash.com

Barry A Chatz on behalf of Creditor MB Financial Bank, N.A.
bachatz@arnstein.com, jbmedziak@arnstein.com

Rosanne Ciambrone on behalf of Creditor Committee The Official Committee of Unsecured Creditors'
rciambrone@duanemorris.com, jkahane@duanemorris.com; rpdarke@duanemorris.com

William Cross on behalf of Creditor Walsh Construction Company
wcross@fslegal.com

Michael K Desmond on behalf of Creditor Walsh Construction Company
mdesmond@fslegal.com, dorisbay@fslegal.com

Joshua A Gadharf on behalf of Interested Party LB Industries, Inc.
jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com

David J. Gold on behalf of Debtor LB Steel, LLC
dgold@perkinscoie.com, jmatamoros@perkinscoie.com, ecf-f3d8ba2b0968@ecf.pacerpro.com

David A. Golin on behalf of Creditor MB Financial Bank, N.A.
dagolin@arnstein.com, mgonzalez@arnstein.com

Emily S. Gottlieb on behalf of Claims/Noticing Agent Garden City Group, LLC
emily_gottlieb@gardencitygroup.com, paul.kinealy@gardencitygroup.com;PACERTeam@gardencitygroup.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Kevin H Morse on behalf of Creditor MB Financial Bank, N.A.
khmorse@arnstein.com

- 2 -

John S Mrowiec on behalf of Creditor Conway & Mrowiec
jsm@cmcontractors.com

Matthew A Olins on behalf of Creditor Committee The Official Committee of Unsecured Creditors
maolins@duanemorris.com

John R Weiss on behalf of Creditor Committee The Official Committee of Unsecured Creditors'
jrweiss@duanemorris.com

Keri L Wintle on behalf of Creditor Committee The Official Committee of Unsecured Creditors'
klwintle@duanemorris.com

Samuel C. Wisotzkey on behalf of Creditor Scot Forge Company
swisotzkey@kmksc.com, kmksc@kmksc.com

Stephen A Yokich on behalf of Creditor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International
efile@dbb-law.com, syokich@dbb-law.com

**Served as indicated:**

| Name | Party Type | Fax No. or Email | Type of Service |
|---|---|---|---|
| Office of the U.S. Trustee<br>Attn: Roman Sukley<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | U.S. Trustee | Roman.L.Sukley@usdoj.gov | ECF and Email |
| Russell R. Johnson III<br>John M. Craig<br>Russell R. Johnson III, PLC<br>2258 Wheatlands Dr.<br>Manakin-Sabot, VA  23103 | Rule 2002 - Attorneys for CenterPoint Energy, et al. | russj4478@aol.com | Email (per consent) |

/s/ David J. Gold

119236-0001/133416900.2